UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RYAN NOAH SHAPIRO; JEFFREY STEIN;
NATIONAL SECURITY COUNSELORS;
TRUTHOUT,

   *Plaintiffs*,

   v.

U.S. DEPARTMENT OF JUSTICE,

   *Defendant*.

Civil Action No. 13-555 (RDM)

## ORDER

This is an action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq*. The Court entered a Memorandum Opinion in this matter on January 22, 2016. Dkt. 48. In its Opinion, the Court found that the FBI had contravened FOIA by withholding certain documents that must be disclosed under the Act. *See id.* at 20–46. The Court reserved judgment with respect to other documents, however, *see id.* at 46–62, and ordered the parties to appear at a status conference to discuss (1) remedial measures with respect to those documents unlawfully withheld under FOIA and (2) the scheduling of further evidentiary submissions with respect to those documents that may have been properly withheld, *see* Jan. 22, 2016 Minute Order. At the status conference held on February 26, 2016, the parties indicated that they had not yet had an opportunity to confer with respect to these issues. Accordingly, it is hereby **ORDERED** that:

(1) The parties shall meet and confer, on or before March 4, 2016, with respect to the issues raised by the Court's Opinion and any additional issues raised at the February 26, 2016 status conference.

(2)  The parties shall submit a joint status report to the Court setting out their positions with respect to those issues on or before March 11, 2016.  The joint status report shall indicate the parties' positions on the following issues:

(a)  The appropriate schedule for Defendant's production of those records that the Court has found were unlawfully withheld.  *See* Dkt. 48 at 20–46.

(b)  Whether the Court should enter final judgment with respect to Plaintiff Ryan Noah Shapiro under Federal Rule of Civil Procedure 54(b).

(c)  Whether additional briefing is necessary with respect to whether a declaratory judgment should issue invalidating Defendant's search-slip policy under *Payne Enterprises, Inc. v. United States*, 837 F.2d 486, 491 (D.C. Cir. 1988), and, if so, the appropriate schedule for such briefing.

(d)  The appropriate schedule for further briefing and evidentiary submissions on those issues identified by the Court as requiring additional submissions.  *See* Dkt. 48 at 46–62.

(e)  Any other issues that the parties deem appropriate.

**SO ORDERED.**

        /s/ Randolph D. Moss
        RANDOLPH D. MOSS
        United States District Judge

Date:  February 26, 2016