UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN NOAH SHAPIRO,** *et al.*  Plaintiffs  v.  **DEPARTMENT OF JUSTICE**  Defendant. | )  )  )  )  )  )  )  )  )  )  )  ) Civil Action No. 13-0555 (RDM)  (ECF) |

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given this 22nd day of July, 2016 that Defendant United States Department of Justice hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Memorandum Opinion and Order of the District Court entered on May 25, 2016, ECF No. 65.  Other orders implicated in this appeal are the Memorandum Opinion and Order of the District Court entered on April 8, 2016, ECF No. 53, and the Memorandum Opinion and Order of the District Court entered on January 22, 2016, ECF No. 48.

July 22, 2016                              Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar No. 415793
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar # 924092
Civil Chief

By:_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
Telephone: (202) 252-2562

1

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing Defendant's Notice of Appeal to be served upon Plaintiffs' counsel via ECF.

on this 22nd day of July, 2016         /s/
                                                          KENNETH ADEBONOJO
                                                          Assistant United States Attorney