UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**RYAN NOAH SHAPIRO,** *et al*.     )
                                    )
    **Plaintiffs**             )
                                    )   Civil Action No. 13-0555 (RDM)
    v.                         )   (ECF)
                                    )
**DEPARTMENT OF JUSTICE**           )
                                    )
    **Defendant.**             )
_____)

## NOTICE OF SUBMISSION OF DOCUMENT FOR *IN CAMERA* REVIEW

Pursuant to the Court's Memorandum Opinion and Order dated March 6, 2017, ECF No. 92, the Department of Justice ("Defendant"), by and through the undersigned counsel, respectfully submits this Notice to reflect on the docket that a document related File No. 1146761 has been submitted to Chambers for *in camera* review.

May 5, 2017                         Respectfully submitted,

 

                                          CHANNING D. PHILLIPS, D.C. Bar No. 415793
                                          United States Attorney
                                          for the District of Columbia

                                          DANIEL F. VAN HORN, D.C. Bar # 924092
                                          Civil Chief

                                          By:_____/s/_____
                                          KENNETH ADEBONOJO
                                          Assistant United States Attorney
                                          Judiciary Center Building
                                          555 4th Street, N.W. B Civil Division
                                          Washington, D.C.  20530
                                          Telephone: (202) 252-2562

1

**CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing Defendant's Notice of Submission of Document for *In Camera* Review to be served upon Plaintiffs' counsel via ECF.

on this 5th day of May, 2017.                    /s/
                                                                  KENNETH ADEBONOJO
                                                                  Assistant United States Attorney