UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN NOAH SHAPIRO,** *et al.* ) <br> ) <br> **Plaintiffs** ) <br> ) <br> v. ) <br> ) <br> **DEPARTMENT OF JUSTICE** ) <br> ) <br> **Defendant.** ) <br> ) | Civil Action No. 13-0555 (RDM) <br> (ECF) |

## JOINT STATUS REPORT

The parties, by and through the undersigned counsel, respectfully submit this Joint Status Report in response to the Court's Minute Order entered on December 21, 2022 ("Min. Ord."). In support hereof, the parties state the following:

1. In the aforementioned Minute Order, the Court ordered Defendant to start "releasing all responsive records located in FDPS commencing on March 1, 2022, with at least 500 pages processed per month." *See* Min Ord. The Court also ordered "[t]he parties [to] continue to confer on ways to narrow the e-mail related requests or searches of e-mail [and] file a Joint Status Report on or before February 7. 2022." *Id*. Accordingly, the Parties' Joint Status Report is now due.

2. Defendant is on track to commence producing FDPS records on the date and at the rate ordered by the Court.

3. Regarding the emails, the parties conferred regarding a format for Defendant to notify Plaintiffs of the distribution of custodians across the various requests in this case to enable Plaintiffs to be able to be better informed in the parties' attempted narrowing of the email issue.

1

Defendant will produce the document no later than February 28, 2022.

      3.      Defendant has been delayed in completing this task due to staff shortages caused by the Omicron variant. The parties anticipate that they would continue to confer thereafter and report to the Court.

February 7, 2022

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.   20530
Telephone: (202) 252-2562

/s/ Jeffrey L. Light
Jeffrey L. Light, Esq.
D.C. Bar #485360
1629 K Street, NW
Suite 300
Washington, DC   20006
202-277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD   20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*