UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RYAN NOAH SHAPIRO**, *et al*. | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Civil Action No. 13-0555 (RDM) (ECF) |
| **DEPARTMENT OF JUSTICE** | ) ) ) | |
| Defendant. | ) ) | |

### JOINT STATUS REPORT

Pursuant to this Court's Order of April 13, 2023, the parties submit this Joint Status Report.

1. With regard to email custodians, on October 25, 2022, this Court ordered that "Plaintiffs shall provide the 48 requests and Defendant shall respond." During the process of selecting the 48 requests, Plaintiffs identified a discrepancy in the FBI's list and requested more information from the FBI. The FBI provided this information. Plaintiffs subsequently selected 48 requests for processing and provided this list to Defendant on April 20, 2023. Defendant has not had sufficient time to respond as of the filing of this Joint Status Report, but anticipates providing a response by the time the parties' next status report on the custodian issue is due.

2. With regard to FDPS, Plaintiffs indicated in the Joint Status Report of June 30, 2022 that they "do not believe the FBI's search for FDPS records has complied with the Court's order because, among other things, the FBI failed to process non-document records, such as the text contained in the various tabs of FDPS." [ECF dkt: 187]. In its "Twenty-Third Overall and Twelth (sic) Declaration of Michael G. Seidel," the FBI clarified that its "position is that the

remaining tabs are not only not in document format, but the remaining tabs are not records at all, in any format, and do not contain records in any format." [ECF dkt: 188-1 at ¶ 7]. In their Joint Status Report of August 19, 2022, Plaintiff stated that their "position is that the remaining tabs are records and therefore must be processed." [ECF dkt: 189.] The parties reported being "at an impasse" on the issue. On August 22, 2022, this Court ordered the FBI to "file a declaration and brief on or before September 19, 2022 explaining why the remaining FDPS tabs are not records within the meaning of FOIA." After receiving an extension of time, the FBI filed its Supplemental Brief and Declaration on September 27, 2022 [ECF dkt: 191]. This Court's Order of October 25, 2022 did not address the question of whether it agreed with the FBI that the FDPS tabs are not records within the meaning of FOIA or what further steps the parties should take regrading the FDPS issue.

      3.      The parties remain at an impasse. Plaintiffs maintain that the Court's Order of December 21, 2021 requires the FBI to process the remaining FDPS tabs and that the FBI's supplemental declaration and brief [ECF dkt: 188] did not establish that the remaining tabs are not documents at all. This Court has not yet invited Plaintiffs to file a written response to the FBI's supplemental declaration and brief [ECF dkt: 188], but Plaintiffs believe that they should have an opportunity to be heard, either in writing or at a hearing, before a decision is rendered on the issue. Defendant maintains that its supplemental declaration and brief [ECF dkt:188] are sufficient to establish that the remaining FDPS tabs are not records and that, in the absence of a further order from this Court, the FBI is not required to process the remaining FDPS tabs.

      4.      The parties respectfully propose to file another Joint Status Report on this matter on or before May 22, 2023 regarding the email custodian issue. The parties request further guidance from this Court on how to proceed regarding the FDPS tabs issue.

April 21, 2023	MATTHEW M. GRAVES, D.C. Bar #481052
	United States Attorney

	BRIAN P. HUDAK
	Chief, Civil Division

	By: _____/s/_____
	KENNETH ADEBONOJO
	Assistant United States Attorney
	Judiciary Center Building
	601 D Street, N.W. B Civil Division
	Washington, D.C.   20530
	Telephone: (202) 252-2562

	*Counsel for Defendant*



	/s/ Jeffrey L. Light
	Jeffrey L. Light, Esq.
	D.C. Bar #485360
	1629 K Street, NW
	Suite 300
	Washington, DC   20006
	202-277-6213
	Jeffrey@LawOfficeOfJeffreyLight.com

	 /s/ Kelly B. McClanahan
	Kelly B. McClanahan, Esq.
	D.C. Bar #984704
	National Security Counselors
	4702 Levada Terrace
	Rockville, MD   20853
	301-728-5908
	240-681-2189 fax
	Kel@NationalSecurityLaw.org

	*Counsel for Plaintiffs*