**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

RYAN NOAH SHAPIRO, *et al.*          )
                                     )
                                     )
          **Plaintiffs**             )
                                     )          **Civil Action No. 13-0555 (RDM)**
          **v.**                     )          **(ECF)**
                                     )
**DEPARTMENT OF JUSTICE**            )
                                     )
          **Defendant.**             )
_____)

**JOINT STATUS REPORT**

Pursuant to this Court's Order of April 25, 2023, the parties submit this Joint Status Report.

1.      With regard to email custodians, on March 13, 2023, Defendant proposed a means of narrowing the number of email custodians. Plaintiffs responded more than a month later on April 20, 2023 – the day before the parties' last Joint Status Report was due. Plaintiffs had selected 48 requests for processing and provided this list to Defendant. Defendant responded yesterday that it believes the narrowed list is still too burdensome and Plaintiffs responded. Defendant has a proposal to lessen some of the burden,   to   streamline further the remainder of this litigation and proposes that the parties should continue to dialogue and report back to the Court next month. Plaintiffs' position is that they have already made a reasonable, good faith effort to compromise with Defendant by extensively reducing the number of requests for processing, and that in light of the Defendant's rejection of this offer of compromise, the Court should enforce its ruling that the Defendant must process the emails at issue in this case.

The FBI had notified the undersigned counsel for Defendant earlier about its updated

proposal, but the undersigned counsel for Defendant had been inundated with other deadlines and was out of the office most of last week to attend to a family emergency. The undersigned returned to a dispositive deadline last Friday on a narrow issue on remand from the D.C. Circuit in the "parent" companion to this case. Defendant believes that, given Plaintiffs' own delay in countering Defendant's proposal, an additional month should not cause any undue hardship to Plaintiffs and may prove to be productive. Defendant is prepared to have the discussion with Plaintiffs at a time of their choosing, but has proposed the end of this month, but no later than the first week of June. Thus, the parties may be able to report to the Court sooner that the date proposed for the parties' next proposed Joint Status Report.

2.      With regard to FDPS, on May 5, 2023, Plaintiffs filed a response [ECF dkt: 194] to the FBI's supplemental declaration and brief [ECF dkt: 188]. Defendant does not plan to file any, [ECF dkt: 191] additional brief, but is prepared to do so if the Court so directs.

May 22, 2023                        MATTHEW M. GRAVES, D.C. Bar #481052
                                    United States Attorney

                                    BRIAN P. HUDAK
                                    Chief, Civil Division

                                    By:_____/s/_____
                                    KENNETH ADEBONOJO
                                    Assistant United States Attorney
                                    Judiciary Center Building
                                    601 D Street, N.W. ʙ Civil Division
                                    Washington, D.C.   20530
                                    Telephone: (202) 252-2562

                                    *Counsel for Defendant*

/s/ Jeffrey L. Light
Jeffrey L. Light, Esq.
D.C. Bar #485360
1629 K Street, NW
Suite 300
Washington, DC    20006
202-277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD    20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*