UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RYAN NOAH SHAPIRO, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:13-cv-00555 (RDM) |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' CONSENT MOTION TO CONTINUE STATUS CONFERENCE

NOW COME Plaintiffs to respectfully ask the Court to reschedule the status conference currently scheduled for 5 October 2023 at 2:00 PM. Plaintiffs request that the status conference take place between 2:00 PM and 4:00 PM on 10 October or between 10:00AM and 4:00 PM on 11 or 13 October.

Plaintiffs have good cause to request this relief. The undersigned teaches a class at the George Washington University Law School on Thursdays from 1:40-3:40 PM, and the rest of Thursday is generally spent preparing for and traveling to that class.

Defendant consents to this Motion. A proposed Order accompanies this Motion.

Date:   October 3, 2023

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org
*Counsel for Plaintiffs*