UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RYAN NOAH SHAPIRO, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:13-cv-00555 (RDM) |
| | * | |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION OF Plaintiffs' Consent Motion to Continue Status Conference, and the entire record herein, it is this _____ day of _____, 2023,

**ORDERED** that Plaintiffs' Motion is **GRANTED**.

_____
Randolph D. Moss
United States District Judge