UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RYAN NOAH SHAPIRO, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 1:13-cv-00555 (RDM) |
| DEPARTMENT OF JUSTICE, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE THEIR OPPOSITION TO DEFENDANT'S MOTION FOR AN *EX PARTE*, *IN CAMERA* HEARING**

NOW COME Plaintiffs to respectfully request an eight-day extension, until 13 October 2023, of the deadline for filing their Opposition to Defendant's Motion for an *Ex Parte*, *In Camera* Hearing, Dkt. #198. This filing is due today, 5 October 2023.

Plaintiffs have good cause to request this relief. Defendants waited until a week before the previously scheduled hearing to file this Motion in an apparent attempt to get the Court to rule on it without giving Plaintiffs an opportunity to respond, or at the least to severely limit Plaintiffs' time to draft an appropriate response. Because the Court then scheduled a status conference for today, which needed to be continued until Monday due to the undersigned's teaching responsibilities, Plaintiffs are now in the position of potentially needing to draft a response without knowing what areas the Court intends to focus on. Moreover, depending on the results of the status conference, such a response may not even be necessary. Therefore, Plaintiffs request that they be allowed to file their Opposition four days after the status conference, so that they may best address all the concerns—if any—raised by the Court in that proceeding, and potentially head off any need for further briefing on these matters.

Defendant consents to this Motion. A proposed Order accompanies this Motion.

Date: October 5, 2023

                                                  Respectfully submitted,

                                                  /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*