### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO, *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Civil Action No. 1:13-cv-00555 (RDM) |
| DEPARTMENT OF JUSTICE, | * |
| Defendant. | * |

### ORDER

UPON CONSIDERATION OF Plaintiffs' Consent Motion for Enlargement of Time Within Which to File Their Opposition to Defendant's Motion for an *Ex Parte*, *In Camera* Hearing, and the entire record herein, it is this _____ day of _____, 2023,

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and

**FURTHER ORDERED** that Plaintiffs shall file their Opposition no later than October 13, 2023.

_____
Randolph D. Moss
United States District Judge