**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ) | |
| **RYAN NOAH SHAPIRO,** *et al.*     ) | |
| ) | |
| **Plaintiffs**    ) | |
| ) | **Civil Action No. 13-0555 (RDM)** |
| **v.**    ) | **(ECF)** |
| ) | |
| **DEPARTMENT OF JUSTICE**    ) | |
| ) | |
| **Defendant.**    ) | |
| ) | |

## JOINT STATUS REPORT

Pursuant to this Court's Order of October 12, 2023, the parties submit this Joint Status

Report.

The parties have conferred regarding the process for selecting a sample of FOIA requests

for which the FBI will create and produce screenshots for each tab in FDPS.   The Plaintiffs

have proposed that they provide to the FBI a list of 20 FOIA requests of their choosing,

identified by the underlying FOIA request tracking numbers. The Plaintiffs further propose that

the FBI will then file the screenshots on the public record, with any redactions they deem

necessary, together with a *Vaughn* index explaining the redactions, no later than the close of

business on October 20, 2023.

The FBI's position is that this issue is moot and that there is nothing to provide a sample

of, as the FBI has already searched for and released all non-exempt records in FDPS in relation

to *all* of the underlying FOIA requests. Further, there are no remaining records in FDPS because

FDPS itself is not a record.[1]  As such, the FBI cannot, in good faith, agree to any sampling, as

---

1  As previously explained in the Twenty-Fourth Overall and Thirteenth Declaration of Michael G. Seidel (ECF No.
191-1), the FOIA does not require the FBI to create records, which includes creating screenshots of FDPS. *Id.,* pp. 3-

there is nothing further left to process.    The FBI believes that the description of FDPS that its

staff will provide for the Court supports it stated position in this Joint Status Report.


October 16, 2023                          MATTHEW M. GRAVES, D.C. Bar #481052
                                          United States Attorney

                                          BRIAN P. HUDAK
                                          Chief, Civil Division

                                          By:          /draft/
                                          KENNETH ADEBONOJO
                                          Assistant United States Attorney
                                          Judiciary Center Building
                                          601 D Street, N.W. B Civil Division
                                          Washington, D.C.    20530
                                          Telephone: (202) 252-2562

                                          *Counsel for Defendant*




                                          /s/ Jeffrey L. Light
                                          Jeffrey L. Light, Esq.
                                          D.C. Bar #485360
                                          1629 K Street, NW
                                          Suite 300
                                          Washington, DC    20006
                                          202-277-6213
                                          Jeffrey@LawOfficeOfJeffreyLight.com

                                           /s/ Kelly B. McClanahan
                                          Kelly B. McClanahan, Esq.
                                          D.C. Bar #984704
                                          National Security Counselors
                                          4702 Levada Terrace
                                          Rockville, MD    20853
                                          301-728-5908

---

4, ¶¶ 7-10.    Should the Court and Plaintiffs desire to review some examples of screenshots of the tabs within FDPS, the FBI respectfully refers to the Exhibits provided with the Seidel declaration (ECF No. 191-2), which contain a screenshot of FDPS that was released, as "Colgan-6208," in a previous FOIA litigation and which was referenced by Plaintiff in the status conference held on October 20, 2021, as well as screenshots from FDPS training records.

240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*