**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RYAN NOAH SHAPIRO,** *et al.*, | ) |
| Plaintiffs | ) |
| v. | ) Civil Action No. 13-0555 (RDM) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) |
| Defendant. | ) |

**ORDER**

It is hereby ORDERED that Defendant's Motion for an Extension of time is DENIED.

_____
Hon. Randolph D. Moss
U.S. District Judge