UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN NOAH SHAPIRO**, *et al.* ) <br> ) <br> **Plaintiffs** ) <br> ) <br> v. ) <br> ) <br> **DEPARTMENT OF JUSTICE** ) <br> ) <br> **Defendant.** ) <br> ) | Civil Action No. 13-0555 (RDM) |

## NOTICE OF FILING OF DECLARATION

Pursuant to the Court's Minute Order entered on October 16, 2023, the Department of Justice ("Defendant"), by and through the undersigned counsel, respectfully submits this Notice of Filing of the Twenty-Seventh Overall and Sixteenth Declaration of Michael G. Seidel. Defendant also submits the screenshots requested by the Court with this filing. *See* Exhibit A.

November 22, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office-Civil Division
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2562