**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RYAN NOAH SHAPIRO, et al.,

       Plaintiffs,

       v.

U.S. DEPARTMENT OF JUSTICE,

       Defendant.

Civil Action No. 13-0555 (RDM)

# **<u>Exhibit A</u>**

HighView FDPS Case: 1001628-0 SHERRIFFS, ALEXANDER C  (Case ID = 560191), Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**
Type: FOIA
Sub Type: Standard
Sub Sub Type:
FOI/PA #: 1001628 - 0
Requester Category: Private Citizen
Requested Media: Paper
Case Size:

b7E -3

**Case ETNs**
Create Duplicate ETN
Delete Duplicate ETN

**Subject**
Description: SHERRIFFS, ALEXANDER C
Sub Desc:
Type: Individual
Category:

**Requester**
Organization/Individual

| Type | Name |
|------|------|
| Individual | ROSENFELD, SETH Mr. |

Organization Members

**Originating Offices**

| | Selected |
|---|---|
| HQ - FBI Headquarte | FBI Headquarters |
| AA - Ankara | |
| AC - Accra | |
| AD - Abu Dhabi | |
| AG - Algiers | |
| AH - Athens | |
| AL - Albany | |
| AM - Amman | |
| AN - Anchorage | |

Select >>
<< Remove

**Negotiations**
To:
From:
Date: 10-20-2023
<< Add
>> Remove

Screenshot Sample-1

HighView FDPS Case: 1001628-0 SHERRIFFS, ALEXANDER C (Case ID = 560191) Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:
Current Status: Out of Workflow
Updated: 07-22-2004  By:
Disposition: Closed

**Closed**
Reason: No Record
Other Desc:
On: 08-11-2004  By:
Reviewer:

**Reopened**
Reason:
On: 10-20-2023  By:

Received Date: 07-22-2004  By:
Created Date: 07-22-2004  By:
Perfected Date: 07-22-2004  By:
Date Ready:  By:
Reviewer:
Assigned FOIPA Date:  By:

Direct Assign   Direct Assign User:
Suspension Reason:
Deadline: 10-20-2023   Processed Under:
Batch Search:   User:
Batch Date:

Info Flags

Info Flags Applied

Add >>
<< Remove

**Standard Pages**
Actual    Reviewed    Removed:
Excluded:    Released:

**Non Imported**
Actual    Reviewed    Removed:
Excluded:    Released:

**PreProcessed Pages**
Actual    Removed:
Excluded:    Released:

**Standard Case Summary**
Total Pages:    Reviewed    Removed:
Excluded:    Released Pages:

View OGA Status Summary

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|
| 2013-07-25 | Closed | Closed Administratively | 51852 | | 2005-07-08 | |

Appeal References:

b6 -1
b7C -1
b7E -3

b6 -1
b7C -1
b7E -3

b6 -5
b7C -5

Screenshot Sample-2



Screenshot Sample-3



Screenshot Sample-4



b7E -3

Screenshot Sample-5



Screenshot Sample-6



Screenshot Sample-7



Screenshot Sample-8

b7E -3

HighView FDPS Case: 1001628-0 SHERRIFFS, ALEXANDER C. {Case ID = 560193}, Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Filter by Work Item Type: All

| Description | Queue | Status | Type | From | Assigned | Pages Reviewed | Pages Released | Approved/Sealed | Released |
|---|---|---|---|---|---|---|---|---|---|

**Processing Information**

Standard
- Actual:
- Reviewed:
- Removed:
- Excluded:
- Released:

OGA
- Actual:
- Reviewed:
- Removed:
- Excluded:
- Released:

Preprocessed
- Actual:
- Removed:
- Excluded:
- Released:

User:
Reviewer:
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023

Update Processing Info

**Classification Information**

Sent to CU    Sent to CU Date: 10-20-2023

- Reviewed:
- Withheld In Full:
- Declass:
- Partial:
- Unclass:

User:
Reviewer:
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023
Return To Processing: 10-20-2023    Update CU Info

WI Created: 10-20-2023    WI Closed: 10-20-2023

Description:
Type:
Status:

Update WI

Screenshot Sample-9



Screenshot Sample-10

HighView FDPS Case: 1001628-0 SHERRIFFS, ALEXANDER C  (Case ID = 560191), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Release Destination Type***

( • ) **Requester**        ( ) **OGA**        OGA Release Dest Sub Type*: [                    ]

**Ready Work Item(s)**

| Description | Ready Date |
|---|---|
|  |  |

**Ready Letter Work Item(s)**

| Description |
|---|
|  |

**Create Release**

Add | Remove

Standard — Reviewed: 0   Released: 0

PreProcessed — Released: 0

Reference:

**Work Item(s) to Release**

Segment: [         ▼]

Format: [         ▼]

Date: [ 10-20-2023 ▼]

**Letter to Release**

Create Release

Screenshot Sample-11

HighView FDPS Case: 1001628-0 SHERRIFFS, ALEXANDER C (Case ID = 550191), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | **Requester Releases** | OGA Releases | Case Fees | Case History

Segment: [ ]   Format: [ ]   Status: [ ]

Destination: [ ]   [ Delete ]

Release Create Date: [ 10-20-2023 ]
Release Creator: [ ]
Print/Export Analyst: [ ]
Print/Export Reviewer: [ ]
Release Complete Date: [ 10-20-2023 ]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|-------------|------|---------|--------|--------|-------------|--------|------|----------------|----------------|--------------------|
|             |      |         |        |        |             |        |      |                |                |                    |

**Release Item(s):**   [ Send To ]   [ Print Release ]   [ Export Release ]

Credits:
[ ]

Credit Date: [ 10-20-2023 ]
Credit Amount: [ ]

[ Apply Credit ]

**Release Letter:**   [ Print WI ]   [ Export WI ]

[ Add Release Letter ]   [ Print Release Letter ]   [ Export Release Letter ]

Screenshot Sample-12

HighView FDPS Case: 1001628-0 SHERRIFFS, ALEXANDER C. (Case ID = 560191) Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment:

Format:

Status:

Release Create Date: 10-20-2023

Destination:

Destination Sub-type:

Release Creator:

Print/Export Analyst:

Delete

Print/Export Reviewer:

Release Complete Date: 10-20-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**

Send To | Print Release | Export Release | Print/Export See Through Release

**Release Letter:**

Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-13

HighView FDPS Case: 1001628-0 SHERRIFFS, ALEXANDER C. (Case ID = 560191) Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

b6 -1
b7C -1

**Case Max Fee**

Amount: 0.00    Date: 07-22-1994    User: [blank]    Update    Requester Fee Category: [blank]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

Date: 10-26-2023    User: [blank]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-26-2023    Fee Type: [blank]    Amount: [blank]    Add

Case Fees: [blank]    Remove

Screenshot Sample-14

HighView FDPS Case: 1001628-0 SHERRIFFS, ALEXANDER C  (Case ID = 560193), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b7E  -3

Screenshot Sample-15

HighView FDPS Case: 1001628-0 SHERRIFFS, ALEXANDER C. (Case ID = 566744), Work Item:

**Case Summary** | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**

Type: Appeal   Sub Type: FOIA   Sub Sub Type:

FOI/PA #: 1001628   Requester Category: Private Citizen   Requested Media: Paper

Case Size:   Appeal Number: 511852   View Original Case

**Case ETNs**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**

Description: SHERRIFFS, ALEXANDER C.   Sub Desc:

Type: Individual   Category:

**Requester**

Organization/Individual

| Type | Name |
|------|------|
| Individual | ROSENFELD, SETH Mr. |

Organization Members

**Originating Offices**

HQ - FBI Headquarters
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

Select >

<< Remove

Selected

FBI Headquarters

**Negotiations**

To:   From:   Date: 10-20-2023

<< Add

>> Remove

b7E -3

Screenshot Sample-16

HighView FDPS Case: 1001628-0 SHERRIFFS, ALEXANDER C  (Case ID = 566744), Work Items: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 07-09-2005   By:

Disposition: Closed

**Closed**
Reason:

Other Desc:

On: 07-16-2007   By:

Reviewer:

**Reopened**
Reason:

On: 10-20-2023   By:

Received Date: 07-08-2005   By:

Created Date: 07-08-2005   By:

Perfected Date: 07-08-2005   By:

Date Ready:   By:

Reviewer:

Assigned FOIPA Date:   By:

Direct Assign   Direct Assign User:

Suspension Reason:

Deadline: 10-20-2023   Processed Under:

Batch Search:   User:

Batch Date:

Info Flags

Info Flags Applied

Add >>

<< Remove

**Standard Pages**
Actual:   Reviewed:   Removed:

Excluded:   Released:

**Non Imported**
Actual:   Reviewed:   Removed:

Excluded:   Released:

**PreProcessed Pages**
Actual:   Removed:

Excluded:   Released:

**Standard Case Summary**
Total Pages:   Reviewed:   Removed:

Excluded:   Released Pages:

View OGA Status Summary

Appeal References:

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|
| | | | | | | |

b6  -1
b7C -1
b7E -3

b6  -1
b7C -1
b7E -3

Screenshot Sample-17



Screenshot Sample-18



Screenshot Sample-19





HighView FDPS Case: 1001628-0 SHERRIFFS, ALEXANDER C  (Case ID = 566744), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Title | DocID | Create Date | To OCR | GCR D... | Appr Offi... | ETS Date | Policy | Policy Na... | Analyst | Vault | Seal... |
|---|---|---|---|---|---|---|---|---|---|---|---|

Work Item Object Information
Current Work Item Object(s)

Create Work Item
Objects for New Work Item   Add   Remove

Description
Assign To                    Unassigned          Create

Work Item Assignment
Case Owner Report

Screenshot Sample-21



HighView FDPS Case: 1001628-0 SHERRIFFS, ALEXANDER C  (Case ID = 566744); Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

📁 Administrative Documents

Screenshot Sample-23



b7E -3

Screenshot Sample-24

HighView FDPS Case: 1001628-0 SHERRIFFS, ALEXANDER C  (Case ID = 566744), Work Item: ()

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**OGA Coordination**

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**OGA Coordination Item(s)**

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**User Information**

OGA WI Owner: [_____]   Last Modified User: [_____]   Last Modified Date: [10-20-2023]

**OGA Coordination Item Information**

OGA: [_____]   Coord Type: [_____]   Coord Status: [_____]

Address: [_____]

Classification: [_____]   Sent To OGA Date: [10-20-2023]

Disposition: [_____]   Deadline Date: [10-20-2023]

Disposition Reason: [_____]   Return Date: [10-20-2023]

Disposition User: [_____]   Disposition Date: [10-20-2023]

Page(s)    Returned Page(s)/Analyst/Date

Update

Screenshot Sample-25



HighView FDPS Case: 1001628-0 SHERRIFFS, ALEXANDER C  (Case ID = 566744)  Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [          ]    Format: [          ]    Status: [                    ]

Destination: [                    ]    [ Delete ]

Release Create Date: [ 10-28-2023 ▼ ]
Release Creator: [                    ]
Print/Export Analyst: [                    ]
Print/Export Reviewer: [                    ]
Release Complete Date: [ 10-28-2023 ▼ ]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**Release Item(s):**    Send To    Print Release    Export Release

Credits:
[                    ]

Credit Date: [ 10-28-2023 ▼ ]
Credit Amount: [                    ]

**Release Letter:**    Print WI    Export WI

[ Apply Credit ]

Add Release Letter    Print Release Letter    Export Release Letter

Screenshot Sample-27

HighView FDPS Case: 1001628-0 SHERRIFFS, ALEXANDER C. (Case ID = 566744): Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | **OGA Releases** | Case Fees | Case History

Segment: [ ]   Format: [ ]   Status: [ ]

Release Create Date: [10-23-2023]

Destination: [ ]   Destination Sub-type: [ ]

Release Creator: [ ]

Print/Export Analyst: [ ]

Delete

Print/Export Reviewer: [ ]

**Releases:** (Double Click Release to select and see Item Details)

Release Complete Date: [10-23-2023]

| Description | Date | Segm... | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**

Send To | Print Release | Export Release | Print/Export See Through Release

**Release Letter:**

Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-28

HighView FDPS Case: 1001628-0 SHERRIFFS, ALEXANDER C. (Case ID = S66744), Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00   Date: 07-08-2005   User: [ ]   Update

Requester Fee Category: [ ▼ ]

b6 -1
b7C -1

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add   Remove

Date: 10-20-2023   User: [ ]

**Case Applied Fees**

If no Fees Applied at the Case Level, not Specific to a Release:

Fee Date: 10-20-2023 ▼   Fee Type: [ ▼ ]   Amount: [ ]   Add

Case Fees: [ ]   Remove

HighView FDPS Case: 1001628-0 SHERRIFFS, ALEXANDER C (Case ID = 566744) Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b7E -3

Screenshot Sample-30

HighView FDPS Case: 1001628-1 SHERRIFFS, ALEXANDER C. (Case ID = 610799) Work Item: 0

**Case Summary** | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**

Type: FOIA
Sub Type: Standard
Sub Sub Type:

FOI/PA #: 1001628 -
Requester Category: Private Citizen
Requested Media: Paper

Case Size:

**Case ETNs**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**

Description: SHERRIFFS, ALEXANDER C
Sub Desc:

Type: Individual
Category:

**Requester**

Organization/Individual

| Type | Name |
|------|------|
| Individual | ROSENFELD, SETH Mr. |

Organization Members

**Originating Offices**

HQ - FBI Headquarters
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

Selected
FBI Headquarters

Select >>

<< Remove

**Negotiations**

To:
From:
Date: 10-20-2023

<< Add

>> Remove

b7E -3

Screenshot Sample-31

HighView FOIPS Case: 1001628-1 SHERRIFFS, ALEXANDER C (Case ID = 610799) Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 07-22-2004    By:

Disposition: Closed

**Closed**
Reason: Partial Grant / Partial Denial (includes partial grants/no records responses)

Other Desc:

On: 04-03-2008    By:

Reviewer:

**Reopened**
Reason:

On: 03-05-2008    By:

Received Date: 07-22-2004    By:

Created Date: 07-22-2004    By:

Perfected Date: 07-22-2004    By:

Date Ready: 03-08-2008    By:

Reviewer:

Assigned FOIPA Date: 03-08-2008    By:

☐ Direct Assign    Direct Assign User:

Suspension Reason:

Deadline: 10-20-2023    Processed Under: FOIA

Batch Search:    User:

Batch Date:

**Info Flags:**

**Info Flags Applied:**

Add >>

<< Remove

**Standard Pages**
Actual:    Reviewed:    Removed:
Excluded:    Released:

**Non Imported**
Actual:    Reviewed:    Removed:
Excluded:    Released

**PreProcessed Pages**
Actual:    Removed:
Excluded:    Released:

**Standard Case Summary**
Total Pages:    Reviewed:    Removed:
Excluded:    Released Pages:

View OGA Status Summary

Appeal References:

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|
| | | | | | | |

b6 -1
b7C -1
b7E -3

b6 -1
b7C -1
b7E -3

Screenshot Sample-32





Screenshot Sample-34



b3 -1
b7E -4

Screenshot Sample-35



Screenshot Sample-36



Screenshot Sample-37



Screenshot Sample-38



b7E -3

HighView FDPS Case: 1001628-1 SHERRIFFS, ALEXANDER C  (Case ID = 610799), Work Items:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**OGA Coordination**

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|

**OGA Coordination Item(s)**

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|

**User Information**

OGA WI Owner: [            ]    Last Modified User: [            ]    Last Modified Date: [10-20-2023]

**OGA Coordination Item Information**

OGA: [            ]    Coord Type: [            ]    Coord Status: [            ]

Address: [            ]

Classification: [            ]    Sent To OGA Date: [10-20-2023]

Disposition: [            ]    Deadline Date: [10-20-2023]

Disposition Reason: [            ]    Return Date: [10-20-2023]

Disposition User: [            ]    Disposition Date: [10-20-2023]

Page(s)

Returned Page(s)/Analyst/Date

[ >> ]

[ << ]

[ Update ]

Screenshot Sample-40

HighView FDPS Case: 1001628-1 SHERRIFFS, ALEXANDER C (Case ID = 610799), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Release Destination Type***

( • ) Requester    ( ) OGA    OGA Release Dest Sub Type*: [_____]

**Ready Work Item(s)**

| Description | Ready Date |
|---|---|
| | |

**Ready Letter Work Item(s)**

| Description |
|---|
| |

**Create Release**

[ Add ] [ Remove ]

Standard: Reviewed: 0   Released: 0
PreProcessed: Released: 0

Reference:

**Work Item(s) to Release**

Segment: [_____▼]
Format: [_____▼]
Date: [ 10-20-2023 ▼]

**Letter to Release**

[ Create Release ]

Screenshot Sample-41

HighView FDPS Case: 1001628-1 SHERRIFFS, ALEXANDER C  (Case ID = 610799); Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: _____   Format: _____   Status: _____

Release Create Date: 10-20-2023
Release Creator: _____
Print/Export Analyst: _____
Print/Export Reviewer: _____

Destination: _____   [ Delete ]

Release Complete Date: 10-20-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 52872 | 04-03-2008 | Migra... | Released and Delivered | Paper | Other/Internal | 04-03-2008 | 0 | 22 | 22 | 0 |

**Release Item(s):**   [ Send To ]  [ Print Release ]  [ Export Release ]

Credits: _____

Credit Date: 10-20-2023
Credit Amount: _____

[ Apply Credit ]

**Release Letter:**   [ Print WI ]  [ Export WI ]

[ Add Release Letter ]  [ Print Release Letter ]  [ Export Release Letter ]

Screenshot Sample-42

HighView FDPS Case: 1001628-1 SHERRIFFS, ALEXANDER C  (Case ID = 610799), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | **OGA Releases** | Case Fees | Case History

Segment: [ ]   Format: [ ]   Status: [ ]

Destination: [ ]   Destination Sub-type: [ ]

Release Create Date: [10-20-2023]
Release Creator: [ ]
Print/Export Analyst: [ ]
Print/Export Reviewer: [ ]
Release Complete Date: [10-20-2023]

Delete

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|-------------|------|---------|--------|--------|-------------|-----------------|--------|------|-----|

**Release Item(s):**   Send To   Print Release   Export Release   Print/Export See Through Release

**Release Letter:**   Print WI   Export WI

Add Release Letter   Print Release Letter   Export Release Letter

Screenshot Sample-43

HighView FDPS Case: 1001628-1 SHERRIFFS, ALEXANDER C  (Case ID = 610799), Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00   Date: 07-22-2004   User:                         Update

Requester Fee Category: 

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add   Remove

Date: 10-20-2023   User: 

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023   Fee Type:    Amount:    Add

Case Fees:    Remove

b6  -1
b7C  -1

Screenshot Sample-44

HighView FDPS Case: 1001628-1 SHERRIFFS, ALEXANDER C  (Case ID = 610799), Work Item: ()

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b7E  -3

Screenshot Sample-45

HighView FDPS Case: 1001628-2 SHERRIFFS, ALEXANDER C. (Case ID = 620404), Work Item: {}

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**
Type: FOIA
Sub Type: Standard
Sub Sub Type:
FOI/PA #: 1001628 - 2
Requester Category: Private Citizen
Requested Media: Paper
Case Size:

**Case ETNs**
Create Duplicate ETN
Delete Duplicate ETN

**Subject**
Description: SHERRIFFS, ALEXANDER C.
Sub Desc:
Type: Individual
Category:

**Requester**

Organization/Individual

| Type | Name |
|------|------|
| Individual | ROSENFELD, SETH Mr. |

Organization Members

**Originating Offices**

| | Selected |
|---|---|
| HQ - FBI Headquarter | FBI Headquarters |
| AA - Ankara | |
| AC - Accra | |
| AD - Abu Dhabi | |
| AG - Algiers | |
| AH - Athens | |
| AL - Albany | |
| AM - Amman | |
| AN - Anchorage | |

Select >>
<< Remove

**Negotiations**
To:
From:
Date: 10-20-2020
<< Add
>> Remove

b7E -3

Screenshot Sample-46

HighView FDPS Case: 1001628-2 SHERRIFFS, ALEXANDER C  (Case ID = 620404), Work Items: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 07-22-2004  By:

Disposition: Closed

**Closed**
Reason: Partial Grant / Partial Denial (includes: partial grants/no records responsive)

Other Desc:

On: 03-30-2009   By:

Reviewer:

**Reopened**
Reason:

On: 03-02-2009   By:

Received Date: 07-22-2004  By:

Created Date: 07-22-2004  By:

Perfected Date: 07-22-2004  By:

Date Ready: 03-03-2009  By:

Reviewer:

Assigned FOIPA Date: 03-03-2009  By:

Direct Assign   Direct Assign User:

Suspension Reason:

Deadline: 10-20-2020   Processed Under: FOIA

Batch Search:    User:

Batch Date:

Info Flags

Info Flags Applied

Add >>

<< Remove

**Standard Pages**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**Non Imported**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**PreProcessed Pages**
Actual:   Removed:
Excluded:   Released:

**Standard Case Summary**
Total Pages:   Reviewed:   Removed:
Excluded:   Released Pages:

View OGA Status Summary

Appeal References:

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|
| | | | | | | |

b6 -1
b7C -1
b7E -3

b6 -1
b7C -1
b7E -3

Screenshot Sample-47





Screenshot Sample-49





b3 -1
b7E -4

Screenshot Sample-51



Screenshot Sample-52



b7E -3

HighView FDPS Case: 1001628-3 SHERRIFFS, ALEXANDER C  {Case ID = 620494}, Work Items {}

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**OGA Coordination**

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**OGA Coordination Item(s)**

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**User Information**

OGA WI Owner: [_____]  Last Modified User: [_____]  Last Modified Date: [10-26-2023]

**OGA Coordination Item Information**

OGA: [_____]  Coord Type: [_____]  Coord Status: [_____]

Address: [_____]

Page(s)          Returned Page(s)/Analyst/Date

Classification: [_____]  Sent To OGA Date: [10-26-2023]

Disposition: [_____]  Deadline Date: [10-26-2023]

Disposition Reason: [_____]  Return Date: [10-26-2023]

Disposition User: [_____]  Disposition Date: [10-26-2023]       Update

Screenshot Sample-55



Screenshot Sample-56

HighView FDPS Case: 1001628-2 SHERRIFFS, ALEXANDER C. (Case ID = 620404) Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [            ]    Format: [            ]    Status: [                    ]

Destination: [            ]         [ Delete ]

Release Create Date: [ 10-20-2023 ▼ ]
Release Creator: [            ]
Print/Export Analyst: [            ]
Print/Export Reviewer: [            ]
Release Complete Date: [ 10-20-2023 ▼ ]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 21075 | 03-27-2009 | Interim | Released and Delivered | Paper | Other/Internal | 03-27-2009 | 0 | 158 | 158 | 0 |
| Release 56320 | 03-30-2009 | Migra... | Released and Delivered | Paper | Other/Internal | 03-30-2009 | 0 | 158 | 158 | 0 |

**Release Item(s):**    Send To    Print Release    Export Release

Credits:
[                    ]

Credit Date: [ 10-20-2023 ▼ ]
Credit Amount: [            ]
[            ]

[ Apply Credit ]

**Release Letter:**    Print WI    Export WI

[ Add Release Letter ]    [ Print Release Letter ]    [ Export Release Letter ]

HighView FDPS Case: 1001628-2 SHERRIFFS, ALEXANDER C  (Case ID = 620494)  Work Item: [

| Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History |

Segment: [          ▼]   Format: [        ▼]   Status: [                    ▼]

Release Create Date: [ 10-26-2023 ▼]

Destination: [              ▼]   Destination Sub-type: [            ▼]

Release Creator: [                    ]

Print/Export Analyst: [                    ]

Print/Export Reviewer: [                    ]

Delete

Release Complete Date: [ 10-26-2023 ▼]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**

Send To   Print Release   Export Release   Print/Export See Through  Release

**Release Letter:**

Print WI   Export WI

Add Release Letter   Print Release Letter   Export Release Letter

Screenshot Sample-58

HighView FDPS Case: 1001628-2 SHERRIFFS, ALEXANDER C. (Case ID = 620494), Work Item: ()

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00    Date: 07-22-2004    User: [          ]    [Update]    Requester Fee Category: [          ▼]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

[Add]    [Remove]

Date: 10-26-2023    User: [          ]

**Case Applied Fees**

(If a Fee is Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-26-2023 ▼    Fee Type: [          ▼]    Amount: [          ]    [Add]

Case Fees: [                    ]    [Remove]

b6    -1
b7C    -1

Screenshot Sample-59

HighView FDPS Case: 1001628-2 SHERRIFFS, ALEXANDER C  (Case ID = 620494)  Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b7E -3

Screenshot Sample-60

HighView FDPS Case: 1001628-3 SHERRIFFS, ALEXANDER C {Case ID = 633772} Work Item:

b7E -3

**Case**

Type: FOIA   Sub Type: Standard   Sub Sub Type:

FOI/PA #: 1001628   - 3   Requester Category: Private Citizen   Requested Media: Paper

Case Size:

**Case ETNs**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**

Description: SHERRIFFS, ALEXANDER C   Sub Desc:

Type: Individual   Category:

**Requester**

Organization/Individual

| Type | Name |
|------|------|
| Individual | ROSENFELD, SETH Mr. |

Organization Members

**Originating Offices**

Selected

HQ - FBI Headquarte
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

FBI Headquarters

Select >>

<< Remove

**Negotiation**

To:     From:     Date: 10-20-2023

<< Add

>> Remove

Screenshot Sample-61

HighView FOIPS Case: 1001628-3 SHERRIFFS, ALEXANDER C. (Case ID = 633772), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 07-22-2004  By:

Disposition: Closed

**Closed**
Reason: Partial Grant / Partial Denial (includes partial grants/no records responses)

Other Desc:

On: 07-07-2009   By:

Reviewer:

**Reopened**
Reason:

On: 04-05-2009   By:

Received Date: 07-22-2004   By:

Created Date: 07-22-2004   By:

Perfected Date: 07-22-2004   By:

Date Ready: 06-08-2009   By:

Reviewer:

Assigned FOI/PA Date: 06-08-2009   By:

Direct Assign    Direct Assign User:

Suspension Reason:

Deadline: 10-20-2023    Processed Under: FOIA

Batch Search:    User:

Batch Date:

Info Flags:

Info Flags Applied:

Add >>

<< Remove

**Standard Pages**
Actual:    Reviewed:    Removed:
Excluded:    Released:

**Non Imported**
Actual:    Reviewed:    Removed:
Excluded:    Released:

**PreProcessed Pages**
Actual:    Removed:
Excluded:    Released:

**Standard Case Summary**
Total Pages:    Reviewed:    Removed:
Excluded:    Released Pages:

View OGA Status Summary

Appeal References:

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|
| | | | | | | |

b6 -1
b7C -1
b7E -3

b6 -1
b7C -1
b7E -3

Screenshot Sample-62



Screenshot Sample-63



Screenshot Sample-64



Screenshot Sample-65



Screenshot Sample-66



Screenshot Sample-67

Screenshot Sample-68

HighView FDPS Case: 1001628-3 SHERRIFFS, ALEXANDER C. (Case ID = 633772). Work Items []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Administrative Documents

HighView FDPS Case: 1001628-3 SHERRIFFS, ALEXANDER C {Case ID = 633772}, Work Items []

b7E -3

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Filter by Work Item Type: All

| Description | Queue | Status | Type | From | Assigned | Pages Reviewed | Pages Released | Approved/Sealed | Released |
|---|---|---|---|---|---|---|---|---|---|

**Processing Information**

Standard
- Actual:
- Reviewed:
- Removed:
- Excluded:
- Released:

OGA
- Actual:
- Reviewed:
- Removed:
- Excluded:
- Released:

Preprocessed
- Actual:
- Removed:
- Excluded:
- Released:

User:
Reviewer:
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023

Update Processing Info

**Classification Information**

Sent to CU   Sent to CU Date: 10-20-2023

- Reviewed:
- Withheld In Full:
- Declass:
- Partial:
- Unclass:

User:
Reviewer:
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023
Return To Processing: 10-20-2023

Update CU Info

WI Created: 10-20-2023   WI Closed: 10-20-2023

Description:
Type:
Status:

Update WI

Screenshot Sample-69

HighView FDPS Case: 1001628-3 SHERRIFFS, ALEXANDER C (Case ID = 633773), Work Item:

**Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History**

### OGA Coordination

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|

### OGA Coordination Item(s)

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|

### User Information

OGA WI Owner:               Last Modified User:               Last Modified Date: 10-20-2023

### OGA Coordination Item Information

OGA:         Coord Type:         Coord Status:

Address:

Page(s)          Returned Page(s)/Analyst/Date

Classification:         Sent To OGA Date: 10-20-2023
Disposition:         Deadline Date: 10-20-2023
Disposition Reason:         Return Date: 10-20-2023
Disposition User:         Disposition Date: 10-20-2023          Update

Screenshot Sample-70

HighView FDPS Case: 1001628-3 SHERRIFFS, ALEXANDER C. (Case ID = 633772; Work Item: 3)

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Release Destination Type***

◉ **Requester**      ○ **OGA**      OGA Release Dest Sub Type*: [_____]

**Ready Work Item(s)**

| Description | Ready Date |
|---|---|
| | |

**Ready Letter Work Item(s)**

| Description |
|---|
| |

**Create Release**

Add   Remove

**Standard**
Reviewed: 0   Released: 0

**PreProcessed**
Released: 0

Reference:

**Work Item(s) to Release**

Segment: [_____▼]

Format: [_____▼]

Date: [ 10-20-2020 ▼]

**Letter to Release**

Create Release

Screenshot Sample-71

HighView FDPS Case: 1001628-3 SHERRIFFS, ALEXANDER C. (Case ID = 683772). Work Item: 8

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [        ]   Format: [        ]   Status: [              ]

Release Create Date: [ 10-28-2023 ▼]

Release Creator: [              ]

Destination: [              ]   Delete

Print/Export Analyst: [              ]

Print/Export Reviewer: [              ]

Release Complete Date: [ 10-28-2023 ▼]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 22138 | 06-22-2009 | Interim | Released and Delivered | Paper | Other/Internal | 06-22-2009 | 0 | 165 | 165 | 0 |
| Release 57293 | 07-07-2009 | Migra... | Released and Delivered | Paper | Other/Internal | 07-07-2009 | 0 | 165 | 165 | 0 |

**Release Item(s):**        Send To | Print Release | Export Release

Credits: [              ]

Credit Date: [ 10-28-2023 ▼]

Credit Amount: [              ]

**Release Letter:**        Print WI | Export WI

[              ]

Apply Credit

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-72

HighView FDPS Case: 1001628-3 SHERRIFFS, ALEXANDER C. (Case ID = 683772; Work Item: )

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: 
Format: 
Status: 
Release Create Date: 10-23-2023

Destination: 
Destination Sub-type: 
Release Creator: 
Print/Export Analyst: 
Print/Export Reviewer: 

Delete

Release Complete Date: 10-23-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**

Send To | Print Release | Export Release | Print/Export See Through Release

**Release Letter:**

Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-73

HighView FDPS Case: 1001628-3 SHERRIFFS, ALEXANDER C  (Case ID = 683772), Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00    Date: 07-22-2004    User: _____    Update    Requester Fee Category: [_____ ▼]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

Date: 10-20-2023    User: _____

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023 ▼    Fee Type: [_____ ▼]    Amount: _____    Add

Case Fees: _____    Remove

b6 -1
b7C -1



b7E -3

**HighView FDPS Case: 1049408-0 ELLINGWOOD, HERBERT E. (Case ID = 576669), Work Item: []**

b7E -3

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**
Type: FOIA    Sub Type: Standard    Sub Sub Type:
FOI/PA #: 1049408  - 0    Requester Category: Private Citizen    Requested Media: Paper
Case Size:

**Case ETNs**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**
Description: ELLINGWOOD, HERBERT E    Sub Desc:
Type: Individual    Category:

**Requester**
Organization/Individual

| Type | Name |
|------|------|
| Individual | ROSENFELD, SETH Mr. |

Organization Members

**Originating Offices**

HQ - FBI Headquarte
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

Selected
FBI Headquarters

Select >

< Remove

**Negotiation**
To:    From:    Date: 10-28-2020

<< Add

>> Remove

Screenshot Sample-76

HighView FDPS Case: 1049408-0 ELLINGWOOD, HERBERT E (Case ID = 576669) Work Items

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 05-17-2006   By:

Disposition: Closed

Closed
Reason: Partial Grant / Partial Denial (includes partial grant/no record; no response)

Other Desc:

On: 11-20-2007   By:

Reviewer:

Reopened
Reason:

On: 10-20-2023   By:

Received Date: 05-17-2006   By:

Created Date: 05-17-2006   By:

Perfected Date: 05-17-2006   By:

Date Ready: 04-25-2007   By:

Reviewer:

Assigned FOIPA Date: 08-02-2007   By:

Direct Assign   Direct Assign User:

Suspension Reason:

Deadline: 10-20-2023   Processed Under: FOIA

Batch Search:   User:

Batch Date:

Info Flags:

Info Flags Applied:

Add >>

<< Remove

Standard Pages:
Actual:   Reviewed:   Removed:
Excluded:   Released:

Non-Imported:
Actual:   Reviewed:   Removed:
Excluded:   Released:

PreProcessed Pages:
Actual:   Removed:
Excluded:   Released:

Standard Case Summary:
Total Pages:   Reviewed:   Removed:
Excluded:   Released Pages:

View OGA Status Summary

Appeal References:

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|
| | | | | | | |

b6 -1
b7C -1
b7E -3

b6 -1
b7C -1
b7E -3

Screenshot Sample-77



Screenshot Sample-78



Screenshot Sample-79



b6 -1
b7C -1



Screenshot Sample-81







b7E -3

Screenshot Sample-84



Screenshot Sample-85

HighView FDPS Case: 1049408-0 ELLINGWOOD, HERBERT E (Case ID = 576659); Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Release Destination Type***

⦿ **Requester**      ○ **OGA**     OGA Release Dest Sub Type*

**Ready Work Item(s)**

| Description | Ready Date |
|-------------|------------|
|             |            |

**Ready Letter Work Item(s)**

| Description |
|-------------|
|             |

**Create Release**

[ Add ]  [ Remove ]

**Standard**
Reviewed: 0   Released: 0

**PreProcessed**
Released: 0

Reference:

**Work Item(s) to Release**

Segment: [        ▾]
Format: [        ▾]
Date: [ 10-20-2023 ▾]

**Letter to Release**

[ Create Release ]

Screenshot Sample-86

HighView FDPS Case: 1049408-0 ELLINGWOOD, HERBERT E (Case ID = 576659), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [          ]   Format: [          ]   Status: [                    ]

Destination: [          ]                  [ Delete ]

Release Create Date: [ 10-20-2023 ]
Release Creator: [                    ]
Print/Export Analyst: [                    ]
Print/Export Reviewer: [                    ]
Release Complete Date: [ 10-20-2023 ]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 20879 | 11-20-2007 | Interim | Released and Delivered | Paper | Other/Internal | 11-20-2007 | 0 | 1059 | 991 | 0 |
| Release 20880 | 11-20-2007 | Interim | Released and Delivered | Paper | Other/Internal | 11-20-2007 | 0 | 430 | 328 | 0 |
| Release 44687 | 11-20-2007 | Migra... | Released and Delivered | Paper | Other/Internal | 11-20-2007 | 0 | 1489 | 1319 | 0 |

**Release Item(s):**    [ Send To ]  [ Print Release ]  [ Export Release ]

Credits: [                    ]

Credit Date: [ 10-20-2023 ]
Credit Amount: [          ]

[ Apply Credit ]

**Release Letter:**    [ Print WI ]  [ Export WI ]

[ Add Release Letter ]  [ Print Release Letter ]  [ Export Release Letter ]

HighView FDPS Case: 1049408-0 ELLINGWOOD, HERBERT E  (Case ID = 576659); Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| | |
|---|---|
| Segment: | Format: | Status: |
| Destination: | Destination Sub-type: |

Release Create Date: 10-20-2023
Release Creator:
Print/Export Analyst:
Print/Export Reviewer:
Release Complete Date: 10-20-2023

Delete

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**    Send To   Print Release   Export Release   Print/Export See Through Release

**Release Letter:**    Print WI   Export WI

Add Release Letter   Print Release Letter   Export Release Letter

HighView FDPS Case: 1049408-0 ELLINGWOOD, HERBERT E  (Case ID = 576659), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00    Date: 08-17-2008    User: _____    Update    Requester Fee Category: _____

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

Date: 10-20-2023    User: _____

**Case Applied Fees**

(Fee Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023    Fee Type: _____    Amount: _____    Add

Case Fees: 01-24-2008  Copy  $126.50    Remove

b6 -1
b7C -1

Screenshot Sample-89

HighView FDPS Case: 1049408-0 ELLINGWOOD, HERBERT E  (Case ID = 576659); Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b7E -3

Screenshot Sample-90

b7E -3

HighView FDPS Case: 1049408-1 ELLINGWOOD, HERBERT E (Case ID = 613746), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Cases**

Type: FOIA     Sub Type: Standard     Sub Sub Type:

FOI/PA #: 1049408 - 1     Requester Category: Private Citizen     Requested Media: Paper

Case Size:

**Case ETNs**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**

Description: ELLINGWOOD, HERBERT E     Sub Desc:

Type: Individual     Category:

**Requester**

Organization/Individual

| Type | Name |
|------|------|
| Individual | ROSENFELD, SETH Mr. |

Organization Members

**Originating Offices**

| | Selected |
|---|---|
| HQ - FBI Headquarters | FBI Headquarters |
| AA - Ankara | |
| AC - Accra | |
| AD - Abu Dhabi | |
| AG - Algiers | |
| AH - Athens | |
| AL - Albany | |
| AM - Amman | |
| AN - Anchorage | |

Select >>

<< Remove

**Negotiations**

To:     From:     Date: 10-26-2009

<< Add

>> Remove

Screenshot Sample-91

HighView FDPS Case: 1049408-1 ELLINGWOOD, HERBERT E  (Case ID = 613746)  Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**b6 -1**
**b7C -1**
**b7E -3**

**b7E -3**

Case Owner:

Current Status: Out of Workflow

Updated: 05-17-2006 By:

Disposition: Closed

**Closed**
Reason: Partial Grant / Partial Denial (includes partial grants/no records responses)

Other Desc:

On: 04-05-2006 By:

Reviewer:

**Reopened**
Reason:

On: 03-06-2006 By:

Received Date: 05-17-2006 By:

Created Date: 05-17-2006 By: ADMIN

Perfected Date: 05-17-2006 By:

Date Ready: 03-10-2006 By:

Reviewer:

Assigned FOIPA Date: 03-11-2006 By:

Direct Assign    Direct Assign User:

Suspension Reason:

Deadline: 10-20-2023    Processed Under: FOIA

Batch Search:    User:

Batch Date:

Info Flags

Info Flags Applied

Add >>

<< Remove

**Standard Pages**
Actual:    Reviewed:    Removed:
Excluded:    Released:

**Non Imported**
Actual:    Reviewed:    Removed:
Excluded:    Released:

**PreProcessed Pages**
Actual:    Removed:
Excluded:    Released:

**Standard Case Summary**
Total Pages:    Reviewed:    Removed:
Excluded:    Released Pages:

View OGA Status Summary

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|
| | | | | | | |

Appeal References:

Screenshot Sample-92



Screenshot Sample-93





b3 -1
b7A -1
b7E -4



Screenshot Sample-96





HighView FDPS Case: 1049408-1 ELLINGWOOD, HERBERT E  (Case ID = 613746), Work Item:

b7E -3

Filter by Work Item Type: All

| Description | Queue | Status | Type | From | Assigned | Pages Reviewed | Pages Released | Approved/Sealed | Released |
|---|---|---|---|---|---|---|---|---|---|

**Processing Information**

Standard
- Actual:
- Reviewed:
- Removed:
- Excluded:
- Released:

OGA
- Actual:
- Reviewed:
- Removed:
- Excluded:
- Released:

Preprocessed
- Actual:
- Removed:
- Excluded:
- Released:

User:
Reviewer:
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023

Update Processing Info

**Classification Information**

Sent to CU   Sent to CU Date: 10-20-2023

- Reviewed:
- Withheld In Full:
- Declass:
- Partial:
- Unclass:

User:
Reviewer:
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023
Return To Processing: 10-20-2023

Update CU Info

WI Created: 10-20-2023   WI Closed: 10-20-2023
Description:
Type:
Status:

Update WI

Screenshot Sample-99



Screenshot Sample-100

HighView FDPS Case: 1049408-1 ELLINGWOOD, HERBERT E  (Case ID = 613749), Work Items []

**Release Destination Type**

( • ) Requester      ( ) OGA      OGA Release (net) Sub Type:

## Ready Work Item(s)

| Description | Ready Date |
|---|---|
| | |

## Ready Letter Work Item(s)

| Description |
|---|
| |

**Create Release**

Add    Remove

**Standard**
Reviewed: 0    Released: 0

**PreProcessed**
Released: 0

Reference:

## Work Item(s) to Release

Segment: 
Format: 
Date: 10-20-2023

## Letter to Release

Create Release

Screenshot Sample-101

HighView FDPS Case: 1049408-1 ELLINGWOOD, HERBERT E (Case ID = 613749), Work Items []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [         ]   Format: [         ]   Status: [         ]

Destination: [         ]         [ Delete ]

Release Create Date: [ 10-20-2023 ]
Release Creator: [         ]
Print/Export Analyst: [         ]
Print/Export Reviewer: [         ]
Release Complete Date: [ 10-20-2023 ]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 50157 | 04-03-2008 | Migra... | Released and Delivered | Paper | Other/Internal | 04-03-2008 | 0 | 14 | 14 | 0 |

**Release Item(s):**   [ Send To ]  [ Print Release ]  [ Export Release ]

Credits: [         ]

Credit Date: [ 10-20-2023 ]
Credit Amount: [         ]

[         ]

[ Apply Credit ]

**Release Letter:**   [ Print WI ]  [ Export WI ]

[ Add Release Letter ]  [ Print Release Letter ]  [ Export Release Letter ]

Screenshot Sample-102

HighView FDPS Case: 1049408-1 ELLINGWOOD, HERBERT E  (Case ID = 613746), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [            ]   Format: [          ]   Status: [                          ]   Release Create Date: [10-26-2023 ▼]

Destination: [            ]   Destination Sub-type: [            ]   Release Creator: [                    ]

Print/Export Analyst: [                    ]

Delete   Print/Export Reviewer: [                    ]

Releases: (Double Click Release to select and see Item Details)   Release Complete Date: [10-26-2023 ▼]

| Description | Date | Segm. | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Release Item(s):   Send To   Print Release   Export Release   Print/Export See Through  Release

Release Letter:   Print WI   Export WI

Add Release Letter   Print Release Letter   Export Release Letter

Screenshot Sample-103



Screenshot Sample-104

HighView FDPS Case: 1049408-1 ELLINGWOOD, HERBERT E  (Case ID = 613746), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b6  -1
b7C -1
b7E -3

Screenshot Sample-105

HighView FDPS Case: 1049408-2 ELLINGWOOD, HERBERT E  (Case ID = 631144)  Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

### Case:

Type: FOIA    Sub Type: Standard    Sub Sub Type:

FOI/PA #: 1049408    - 2    Requester Category: Private Citizen    Requested Media: Paper

Case Size:

### Case ETN:

Create Duplicate ETN

Delete Duplicate ETN

### Subject:

Description: ELLINGWOOD, HERBERT E    Sub Desc:

Type: Individual    Category:

### Requester:

**Organization/Individual**

| Type | Name |
|------|------|
| Individual | ROSENFELD, SETH Mr. |

**Organization Members**

### Originating Offices

| Selected |
|----------|
| FBI Headquarters |

HQ - FBI Headquarters
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

Select >>
<< Remove

### Negotiations

To:    From:    Date: 10-20-2023

<< Add
>> Remove

b7E -3

Screenshot Sample-106

HighView FDPS Case: 1049408-2 ELLINGWOOD, HERBERT F (Case ID = 631144), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Work Flow

Updated: 05-17-2006    By:

Disposition: Closed

**Closed**
Reason: [Full Grant (includes directing requester to agency website for posted information)]

Other Desc:

On: 11-28-2000    By:
Reviewer:

**Reopened**
Reason:

On: 11-12-2008    By:

Received Date: 05-17-2006    By:

Created Date: 05-17-2006    By:

Perfected Date: 05-17-2006    By:

Date Ready: 11-13-2008    By:
Reviewer:

Assigned FOIPA Date: 11-14-2008    By:

Direct Assign    Direct Assign User:

Suspension Reason:

Deadline: 10-20-2023    Processed Under: FOIA

Batch Search:    User:

Batch Date:

Info Flags

Info Flags Applied

Add >>

<< Remove

**Standard Pages**
Actual:    Reviewed:    Removed:
Excluded:    Released:

**Non Imported**
Actual:    Reviewed:    Removed:
Excluded:    Released:

**PreProcessed Pages**
Actual:    Removed:
Excluded:    Released:

**Standard Case Summary**
Total Pages:    Reviewed:    Removed:
Excluded:    Released Pages:

View OGA Status Summary

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|
Appeal References:

b6 -1
b7C -1
b7E -3

b7E -3

Screenshot Sample-107



Screenshot Sample-108



Screenshot Sample-109



Screenshot Sample-110



Screenshot Sample-111



Screenshot Sample-112



Screenshot Sample-113



b7E -3



Screenshot Sample-115

HighView FDPS Case: 1049408-2 ELLINGWOOD, HERBERT E. (Case ID = 631144), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Release Destination Type*

( ● ) Requester        ( ○ ) OGA        OGA Release Dest Sub Type: [_____]

**Ready Work Item(s)**

| Description | Ready Date |
|---|---|
|  |  |

**Ready Letter Work Item(s)**

| Description |
|---|
|  |

Create Release

[ Add ] [ Remove ]

Standard
Reviewed: 0    Released: 0

PreProcessed
Released: 0

Reference:

**Work Item(s) to Release**

Segment: [_____ ▼]
Format: [_____ ▼]
Date: [ 10-20-2023 ▼]

**Letter to Release**

[ Create Release ]

Screenshot Sample-116

HighView FDPS Case: 1049408-2 ELLINGWOOD, HERBERT E. (Case ID = 631144), Work Item: ()

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [          ]   Format: [          ]   Status: [          ]

Destination: [          ]

[ Delete ]

Release Create Date: [ 10-20-2023 ]
Release Creator: [          ]
Print/Export Analyst: [          ]
Print/Export Reviewer: [          ]
Release Complete Date: [ 10-20-2023 ]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 50129 | 11-28-2008 | Migra... | Released and Delivered | Paper | Other/Internal | 11-28-2008 | 0 | 1 | 1 | 0 |

**Release Item(s):**   [ Send To ]  [ Print Release ]  [ Export Release ]

Credits:
[          ]

Credit Date: [ 10-20-2023 ]
Credit Amount: [          ]

**Release Letter:**   [ Print WI ]  [ Export WI ]

[ Apply Credit ]

[ Add Release Letter ]  [ Print Release Letter ]  [ Export Release Letter ]

Screenshot Sample-117

HighView FDPS Case: 1049408-2 ELLINGWOOD, HERBERT E. (Case ID = 683144), Work Item: {}

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [          ▾]   Format: [          ▾]   Status: [                              ▾]

Release Create Date: [10-20-2023 ▾]

Destination: [              ▾]   Destination Sub-type: [                    ▾]

Release Creator: [_____]

Print/Export Analyst: [_____]

[ Delete ]

Print/Export Reviewer: [_____]

**Releases:** (Double Click Release to select and see Item Details)

Release Complete Date: [10-20-2023 ▾]

| Description | Date | Segm... | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|-------------|------|---------|--------|--------|-------------|-----------------|--------|------|-----|

**Release Item(s):**    [ Send To ]  [ Print Release ]  [ Export Release ]  [ Print/Export See Through Release ]

**Release Letter:**    [ Print WI ]  [ Export WI ]

[ Add Release Letter ]  [ Print Release Letter ]  [ Export Release Letter ]

Screenshot Sample-118

HighView FDPS Case: 1049408-3 ELLINGWOOD, HERBERT E. (Case ID = 631144); Work Item: ()

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00   Date: 05-17-2006   User: [          ]   Update   Requester Fee Category: [          ▼]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add   Remove

Date: 10-20-2023   User: [          ]

**Case Applied Fees**
(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023 ▼   Fee Type: [          ▼]   Amount: [          ]   Add

Case Fees: [          ]   Remove

b6 -1
b7C -1

Screenshot Sample-119



b7E -3

Screenshot Sample-120

HighView FDPS Case: 1063060-0 BREWER, ROY MARTIN  {Case ID = 589843}, Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case:**

Type: FOIA   Sub Type: Standard   Sub Sub Type:

FOI/PA #: 1063060   - 0   Requester Category: Private Citizen   Requested Media: Paper

Case Size:

**Case ETNs:**

Create Duplicate ETN

Delete Duplicate ETN

**Subject:**

Description: BREWER, ROY MARTIN   Sub Desc:

Type: Individual   Category:

**Requester:**

Organization/Individual

| Type | Name |
|------|------|
| Individual | ROSENFELD, SETH Mr. |

Organization Members

**Originating Offices:**

| | Selected |
|---|---|
| HQ - FBI Headquarte | FBI Headquarters |
| AA - Ankara | |
| AC - Accra | |
| AD - Abu Dhabi | |
| AG - Algiers | |
| AH - Athens | |
| AL - Albany | |
| AM - Amman | |
| AN - Anchorage | |

Select ->

<< Remove

**Negotiations:**

To:   From:   Date: 10-26-2023

<< Add

-> Remove

b7E -3

Screenshot Sample-121

HighView FDPS Case: 1063060-0 BREWER, ROY MARTIN  (Case ID = 589843), Work Item: [

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 11-17-2006   By:

Disposition: Closed

**Closed**
Reason: Partial Grant / Partial Denial (includes partial grants/no records response)

Other Desc:

On: 04-26-2007   By:

Reviewer:

**Reopened**
Reason:

On: 10-20-2023   By:

Received Date: 11-17-2006   By:

Created Date: 11-17-2006   By:

Perfected Date: 11-17-2006   By:

Date Ready: 03-15-2007   By:

Reviewer:

Assigned FOIPA Date: 03-15-2007   By:

☐ Direct Assign    Direct Assign User:

Suspension Reason:

Deadline: 10-20-2023   Processed Under: FOIA

Batch Search:    User:

Batch Date:

Info Flags

Info Flags Applied

Add >>

<< Remove

**Standard Pages**
Actual:     Reviewed:     Removed:
Excluded:     Released:

**Non Imported**
Actual:     Reviewed:     Removed:
Excluded:     Released:

**PreProcessed Pages**
Actual:     Removed:
Excluded:     Released:

**Standard Case Summary**
Total Pages:     Reviewed:     Removed:
Excluded:     Released Pages:

View OGA Status Summary

Appeal References:

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|
| 2013-07-25 | Closed | Closed Administratively | 70573 | | 2007-06-18 | |

b6 –1,5
b7C –1,5
b7E –3

Screenshot Sample-122



Screenshot Sample-123



Screenshot Sample-124

b7E -4



Screenshot Sample-125



Screenshot Sample-126



Screenshot Sample-127

Administrative Documents

HighView FDPS Case: 1063060-0 BREWER, ROY MARTIN  (Case ID = 589843), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Filter by Work Item Type: All

| Description | Queue | Status | Type | From | Assigned | Pages Reviewed | Pages Released | Approved/Sealed | Released |
|---|---|---|---|---|---|---|---|---|---|

b7E -3

**Processing Information**

Standard
Actual: ___ Reviewed: ___ Removed: ___
Excluded: ___ Released: ___

OGA
Actual: ___ Reviewed: ___ Removed: ___
Excluded: ___ Released: ___

Preprocessed
Actual: ___ Removed: ___
Excluded: ___ Released: ___

User: ___
Reviewer: ___
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023   Update Processing Info

**Classification Information**
Sent to CU   Sent to CU Date: 10-20-2023
Reviewed: ___ Withheld In Full: ___
Declass: ___ Partial: ___
Unclass: ___
User: ___
Reviewer: ___
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023
Return To Processing: 10-20-2023   Update CU Info

WI Created: 10-20-2023   WI Closed: 10-20-2023
Description: ___
Type: ___
Status: ___
Update WI

Screenshot Sample-129

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**OGA Coordination**

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**OGA Coordination Item(s)**

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**User Information**

OGA WI Owner: [            ]     Last Modified User: [            ]     Last Modified Date: [ 10-20-2023 ]

**OGA Coordination Item Information**

OGA: [          ]     Coord Type: [          ]     Coord Status: [          ]

Address: [                              ]

Page(s)     Returned Page(s)/Analyst/Date

Classification: [              ]     Sent To OGA Date: [ 10-20-2023 ]

Disposition: [              ]     Deadline Date: [ 10-20-2023 ]

Disposition Reason: [              ]     Return Date: [ 10-20-2023 ]

Disposition User: [          ]     Disposition Date: [ 10-20-2023 ]

Update

Screenshot Sample-130

HighView FDPS Case: 1063060-0 BREWER, ROY MARTIN  (Case ID = 589843), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Release Destination Type\***

○ Requester          ○ OGA        OGA Release Dest Sub Type\*: [                    ]

**Ready Work Item(s)**

| Description | Ready Date |
|---|---|
| | |

**Ready Letter Work Item(s)**

| Description |
|---|
| |

**Create Release**

[ Add ]  [ Remove ]

Standard
Reviewed: [0]  Released: [0]

PreProcessed
Released: [0]

Reference:

**Work Item(s) to Release**

Segment: [          ▾]
Format: [          ▾]
Date: [ 10-20-2023 ▾]

**Letter to Release**

[ Create Release ]

Screenshot Sample-131

HighView FDPS Case: 1063060-0 BREWER, ROY MARTIN  (Case ID = 589843), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: 
Format: 
Status: 
Destination: 

Release Create Date: 10-20-2023
Release Creator: 
Print/Export Analyst: 
Print/Export Reviewer: 
Release Complete Date: 10-20-2023

Delete

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 44735 | 04-26-2007 | Migra... | Released and Delivered | Paper | Other/Internal | 04-26-2007 | 0 | 281 | 231 | 0 |

**Release Item(s):**        Send To    Print Release    Export Release

Credits: 

Credit Date: 10-20-2023
Credit Amount: 

**Release Letter:**        Print WI    Export WI

Apply Credit

Add Release Letter    Print Release Letter    Export Release Letter

Screenshot Sample-132

HighView FDPS Case: 1063060-0 BREWER, ROY MARTIN (Case ID = 589843), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Segment: | | Format: | | Status: | | Release Create Date: | 10-20-2023 |
|---|---|---|---|---|---|---|---|

Release Creator:

| Destination: | | Destination Sub-type: | | Print/Export Analyst: |
|---|---|---|---|---|

Print/Export Reviewer:

Delete

**Releases:** (Double Click Release to select and see Item Detail)

Release Complete Date: 10-20-2023

| Description | Date | Segm. | Status | Format | Destination | Destination Sub... | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**

Send To | Print Release | Export Release | Print/Export See Through  Release

**Release Letter:**

Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-133

HighView FDPS Case: 1063060-0 BREWER, ROY MARTIN  (Case ID = 589843), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

b6  -1
b7C  -1

### Case Max Fee

Amount: 0.00    Date: 11-17-2006    User: [            ]    Update

Requester Fee Category: [            ▼]

### Case Fee Agreement

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

Date: 10-23-2023    User: [            ]

### Case Applied Fees

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023    Fee Type: [            ▼]    Amount: [            ]    Add

Case Fees: [                    ]    Remove

HightView FDPS Case: 1063060-0 BREWER, ROY MARTIN {Case ID = 589843}, Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|-----------|---------------|------|

b6 -1
b7C -1
b7E -3

Screenshot Sample-135

b7E -3

HighView FDPS Case: 1063060-0 BREWER, ROY MARTIN (Case ID = 602784), Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**
Type: Appeal  Sub Type: FOIA  Sub Sub Type:
FOI/PA #: 1063060  0  Requester Category: Private Citizen  Requested Media: Paper
Case Size:  Appeal Number: 70573  View Original Case

**Case ETNs**
Create Duplicate ETN
Delete Duplicate ETN

**Subject**
Description: BREWER, ROY MARTIN  Sub Desc:
Type: Individual  Category:

**Requester**
Organization/Individual

| Type | Name |
|---|---|
| Individual | ROSENFELD, SETH Mr. |

Organization Members

**Originating Offices**
HQ - FBI Headquarters
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

Selected
FBI Headquarters

Select >>
<< Remove

**Negotiations**
To:  From:  Date:
<< Add
>> Remove

Screenshot Sample-136

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 06-19-2007   By:

Disposition: Closed

**Closed**
Reason:

Other Desc:

On: 07-19-2007   By:

Reviewer:

**Reopened**
Reason:

On: 10-20-2023   By:

Received Date: 06-19-2007   By:

Created Date: 06-19-2007   By:

Perfected Date: 06-19-2007   By:

Date Ready: 10-20-2023   By:

Reviewer:

Assigned FOIPA Date: 10-20-2023   By:

☐ Direct Assign   Direct Assign User:

Suspension Reason:

Deadline: 10-20-2023   Processed Under:

Batch Search:   User:

Batch Date:

Info Flags

Info Flags Applied

Add >>

<< Remove

**Standard Pages**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**Non-Imported**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**PreProcessed Pages**
Actual:   Removed:
Excluded:   Released:

**Standard Case Summary**
Total Pages:   Reviewed:   Removed:
Excluded:   Released Pages:

View OGA Status Summary

Appeal References:

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|

b6 -1
b7C -1
b7E -3

Screenshot Sample-137





Screenshot Sample-139



Screenshot Sample-140



Screenshot Sample-141





Screenshot Sample-143

HighView FDPS Case: 1063060-0 BREWER, ROY MARTIN  (Case ID = 602784), Work Item: 0

b7E -3

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Filter by Work Item Type: All

| Description | Queue | Status | Type | From | Assigned | Pages Reviewed | Pages Released | Approved/Sealed | Released |
|---|---|---|---|---|---|---|---|---|---|

**Processing Information**

Standard
Actual:          Reviewed:          Removed:
Excluded:                          Released:

OGA
Actual:          Reviewed:          Removed:
Excluded:                          Released:

Preprocessed
Actual:                          Removed:
Excluded:                          Released:

User:
Reviewer:
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023

Update Processing Info

**Classification Information**

Sent to CU      Sent to CU Date: 10-20-2023

Reviewed:          Withheld In Full:
Declass:          Partial:
Unclass:

User:
Reviewer:
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023
Return To Processing: 10-20-2023      Update CU Info

WI Created: 10-20-2023      WI Closed: 10-20-2023
Description:
Type:
Status:

Update WI

Screenshot Sample-144

HighView FDPS Case: 1063050-0 BREWER, ROY MARTIN (Case ID = 502784), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**OGA Coordination**

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**OGA Coordination Item(s)**

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**User Information**

OGA WI Owner: [ ]   Last Modified User: [ ]   Last Modified Date: [10-20-2023]

**OGA Coordination Item Information**

| | Page(s) | Returned Page(s)/Analyst/Date |
|---|---|---|

OGA: [ ]   Coord Type: [ ]   Coord Status: [ ]

Address: [ ]

Classification: [ ]   Sent To OGA Date: [10-20-2023]

Disposition: [ ]   Deadline Date: [10-20-2023]

Disposition Reason: [ ]   Return Date: [10-20-2023]

Disposition User: [ ]   Disposition Date: [10-20-2023]   Update

Screenshot Sample-145



HighView FDPS Case: 1063050-0 BREWER, ROY MARTIN  {Case ID = 602784}, Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment:          Format:              Status:                                   Release Create Date: 10-20-2023

Destination:                                      Delete                          Release Creator:

                                                                                  Print/Export Analyst:

                                                                                  Print/Export Reviewer:

**Releases:** (Double Click Release to select and see Item Details)             Release Complete Date: 10-20-2023

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**Release Item(s):**          Send To      Print Release     Export Release      Credits:

**Release Letter:**               Print WI       Export WI                       Credit Date: 10-20-2023

                                                                                  Credit Amount:

          Add Release Letter    Print Release Letter    Export Release Letter     Apply Credit

Screenshot Sample-147

HighView FDPS Case: 1063050-0 BREWER, ROY MARTIN  (Case ID = 602784), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [          ]   Format: [          ]   Status: [                    ]

Release Create Date: [10-20-2023]

Destination: [          ]   Destination Sub-type: [          ]

Release Creator: [          ]

Print/Export Analyst: [          ]

[Delete]

Print/Export Reviewer: [          ]

Release Complete Date: [10-20-2023]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub | Closed | Cost | Pa |
|-------------|------|-------|--------|--------|-------------|-----------------|--------|------|-----|
|             |      |       |        |        |             |                 |        |      |     |

**Release Item(s):**     [Send To]   [Print Release]   [Export Release]   [Print/Export See Through Release]

**Release Letter:**     [Print WI]   [Export WI]

[Add Release Letter]   [Print Release Letter]   [Export Release Letter]

Screenshot Sample-148

HighView FDPS Case: 1063060-0 BREWER, ROY MARTIN  (Case ID = 602784); Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00     Date: 08-18-2007     User: [          ]     Update     Requester Fee Category: [          ▼]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add     Remove

[                                                                        ]

Date: 10-20-2023     User: [          ]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023     Fee Type: [          ▼]     Amount: [          ]     Add

Case Fees: [                                        ]     Remove

b6  -1
b7C -1

Screenshot Sample-149

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b7E -3

Screenshot Sample-150

HighView FDPS Case: 1063050-1 BREWER, ROY MARTIN  {Case ID = 613747}, Work Items: []

## Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

### Case:

Type: FOIA          Sub Type: Standard          Sub Sub Type:

FOI/PA #: 1063050  -          Requester Category: Private Citizen          Requested Media: Paper

Case Size:

### Case ETNs

Create Duplicate ETN

Delete Duplicate ETN

### Subject:

Description: BREWER, ROY MARTIN          Sub Desc:

Type: Individual          Category:

### Requester:

**Organization/Individual**

| Type | Name |
|------|------|
| Individual | ROSENFELD, SETH Mr. |

**Organization Members**

### Originating Offices

| | Selected |
|--|----------|
| HQ - FBI Headquarters | FBI Headquarters |
| AA - Ankara | |
| AC - Accra | |
| AD - Abu Dhabi | |
| AG - Algiers | |
| AH - Athens | |
| AL - Albany | |
| AM - Amman | |
| AN - Anchorage | |

Select >>
<< Remove

### Negotiations

To:          From:          Date: 10-20-2023

<< Add
>> Remove

b7E -3

Screenshot Sample-151

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 01-30-2023    By:

Disposition: Closed

**Closed**
Reason: Partial Grant / Partial Denial (includes: partial grants/no records response)

Other Desc:

On: 04-30-2008    By:

Reviewer:

**Reopened**
Reason:

On: 03-06-2008    By:

Received Date: 11-17-2006    By:

Created Date: 11-17-2006    By:

Perfected Date: 11-17-2006    By:

Date Ready: 03-17-2008    By:

Reviewer:

Assigned FOIPA Date: 03-17-2008    By:

Direct Assign    Direct Assign User:

Suspension Reason:

Deadline: 10-30-2023    Processed Under: FOIA

Batch Search:    User:

Batch Date:

Info Flags

Info Flags Applied

Add >>

<< Remove

**Standard Pages**
Actual:    Reviewed:    Removed:
Excluded:    Released:

**Non Imported**
Actual:    Reviewed:    Removed:
Excluded:    Released:

**PreProcessed Pages**
Actual:    Removed:
Excluded:    Released:

**Standard Case Summary**
Total Pages:    Reviewed:    Removed:
Excluded:    Released Pages:

View OGA Status Summary

Appeal References:

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|

b6 -1
b7C -1
b7E -3

Screenshot Sample-152







b3 -1
b7E -4



Screenshot Sample-156

HighView FDPS Case: 1063050-1 BREWER, ROY MARTIN  (Case ID = 613747), Work Items []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Work Item Object Information

Current OGA Work Item Objects:

Work Item Assignment

Case Owner Report

Screenshot Sample-157



Case 1:13-cv-00555-RDM   Document 204-2   Filed 11/22/23   Page 159 of 908

Screenshot Sample-158

HighView FDPS Case: 1063060-1 BREWER, ROY MARTIN (Case ID = 613747), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Filter by Work Item Type: All

| Description | Queue | Status | Type | From | Assigned | Pages Reviewed | Pages Released | Approved/Sealed | Released |
|---|---|---|---|---|---|---|---|---|---|

b7E -3

WI Created: 10-20-2023    WI Closed: 10-20-2023

Description:

Type:

Status:

Update WI

**Processing Information**

Standard
Actual: _____  Reviewed: _____  Removed: _____
Excluded: _____  Released: _____

OGA
Actual: _____  Reviewed: _____  Removed: _____
Excluded: _____  Released: _____

Preprocessed
Actual: _____  Removed: _____
Excluded: _____  Released: _____

User: _____
Reviewer: _____
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023

Update Processing Info

**Classification Information**

Sent to CU   Sent to CU Date: 10-20-2023

Reviewed: _____  Withheld In Full: _____
Declass: _____  Partial: _____
Unclass: _____

User: _____
Reviewer: _____
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023
Return To Processing: 10-20-2023   Update CU Info

Screenshot Sample-159

HighView FDPS Case: 1063060-1 BREWER, ROY MARTIN  {Case ID = 613747}, Work Item: {}

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**OGA Coordination**

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**OGA Coordination Item(s)**

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**User Information**

OGA WI Owner: [          ]    Last Modified User: [          ]    Last Modified Date: [10-20-2023]

**OGA Coordination Item Information**

OGA: [          ]    Coord Type: [          ]    Coord Status: [          ]

Address: [          ]

Page(s)    Returned Page(s)/Analyst/Date

Classification: [          ]    Sent To OGA Date: [10-20-2023]

Disposition: [          ]    Deadline Date: [10-20-2023]

Disposition Reason: [          ]    Return Date: [10-20-2023]

Disposition User: [          ]    Disposition Date: [10-20-2023]

Update

Screenshot Sample-160

HighView FDPS Case: 1063050-1 BREWER, ROY MARTIN (Case ID = 613747), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Release Destination Type**

◉ Requester    ○ OGA    OGA Release Dest Sub Type

**Ready Work Item(s)**

| Description | Ready Date |
|---|---|
| | |

**Ready Letter Work Item(s)**

| Description |
|---|
| |

**Create Release**

Add    Remove

Standard: Reviewed: 0    Released: 0
PreProcessed: Released: 0
Reference:

**Work Item(s) to Release**

Segment:
Format:
Date: 10-20-2023

**Letter to Release**

Create Release

HighView FDPS Case: 1063060-1 BREWER, ROY MARTIN (Case ID = 613747), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [ ] Format: [ ] Status: [ ]

Destination: [ ] Destination Sub-type: [ ]

Delete

Release Create Date: [ 10-20-2023 ]
Release Creator: [ ]
Print/Export Analyst: [ ]
Print/Export Reviewer: [ ]
Release Complete Date: [ 10-20-2023 ]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub... | Closed | Cost | Pa; |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**

Send To | Print Release | Export Release | Print/Export See Through Release

**Release Letter:**

Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-163

HighView FDPS Case: 1063060-1 BREWER, ROY MARTIN  (Case ID = 613747); Work Items: ()

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00    Date: 11-17-2006    User: [            ]    Update

Requester Fee Category: [            ]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

Date: 10-20-2023    User: [            ]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release :)

Fee Date: 10-20-2023    Fee Type: [            ]    Amount: [            ]    Add

Case Fees: [            ]    Remove

b6  -1
b7C -1

Screenshot Sample-164

HighView FDPS Case: 1063050-1 BREWER, ROY MARTIN  (Case ID = 613747), Work Item: []

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b6 -1
b7C -1
b7E -3

Screenshot Sample-165

HighView FDPS Case: 1063050-2 BREWER, ROY MARTIN  (Case ID = 620697), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**
Type: FOIA
Sub Type: Standard
Sub Sub Type:
FOI/PA #: 1063050 - 2
Requester Category: Private Citizen
Requested Media: Paper
Case Size:

**Case ETNs**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**
Description: BREWER, ROY MARTIN
Sub Desc:
Type: Individual
Category:

**Requester**
Organization/Individual

| Type | Name |
|------|------|
| Individual | ROSENFELD, SETH Mr. |

Organization Members

**Originating Offices**

HQ - FBI Headquarters
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

Selected
FBI Headquarters

Select >>

<< Remove

**Negotiations**
To:    From:    Date: 10-19-2023

<< Add

>> Remove

b7E -3

HighView FDPS Case: 1063060-2 BREWER, ROY MARTIN  {Case ID = 626697}, Work Item []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 11-17-2006  By:

Disposition: Closed

**Closed**
Reason: Request Withdrawn
Other Desc:

On: 12-28-2018  By:
Reviewer:

**Reopened**
Reason:
On: 03-19-2008  By:

Received Date: 11-17-2006  By:
Created Date: 11-17-2006  By:
Perfected Date: 11-17-2006  By:
Date Ready: 03-13-2008  By:
Reviewer:

Assigned FOIPA Date: 03-19-2008  By:

☐ Direct Assign  Direct Assign User:

Suspension Reason:

Deadline: 10-23-2023  Processed Under:

Batch Search:  User:
Batch Date:

Info Flags

Info Flags Applied

Add >>

<< Remove

**Standard Pages**
Actual:  Reviewed:  Removed:
Excluded:  Released:

**Non Imported**
Actual:  Reviewed:  Removed:
Excluded:  Released

**PreProcessed Pages**
Actual:  Removed:
Excluded:  Released:

**Standard Case Summary**
Total Pages:  Reviewed:  Removed:
Excluded:  Released Pages:

View OGA Status Summary

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|
| | | | | | | |

Appeal References:

b6  -1
b7C -1
b7E -3

Screenshot Sample-167





Screenshot Sample-169



Screenshot Sample-170



Screenshot Sample-171



Screenshot Sample-172

HighView FDPS Case: 1063060-2 BREWER, ROY MARTIN  (Case ID = 620697), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Administrative Documents

Screenshot Sample-173



b7E -3

HighView FDPS Case: 1063060-2 BREWER, ROY MARTIN  (Case ID = 630697), Work Items []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

### OGA Coordination

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

### OGA Coordination Item(s)

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

#### User Information

OGA WI Owner: [_____]   Last Modified User: [_____]   Last Modified Date: [10-20-2023]

#### OGA Coordination Item Information

OGA: [_____]   Coord Type: [_____]   Coord Status: [_____]

Address: [_____]

Page(s)          Returned Page(s)/Analyst/Date

Classification: [_____]   Sent To OGA Date: [10-20-2023]

Disposition: [_____]   Deadline Date: [10-20-2023]

Disposition Reason: [_____]   Return Date: [10-20-2023]

Disposition User: [_____]   Disposition Date: [10-20-2023]   Update

Screenshot Sample-175

HighView FDPS Case: 1063060-2 BREWER, ROY MARTIN (Case ID = 620697), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Release Destination Type**

( • ) Requester      ( ○ ) OGA      OGA Release Dest Sub Type:

**Ready Work Item(s)**

| Description | Ready Date |
|-------------|------------|
|             |            |

**Ready Letter Work Item(s)**

| Description |
|-------------|
|             |

**Create Release**

Add   Remove

Standard: Reviewed: 0   Released: 0
PreProcessed: Released: 0

Reference:

**Work Item(s) to Release**

Segment:
Format:
Date: 10-20-2020

**Letter to Release**

Create Release

HighView FDPS Case: 1063060-2 BREWER, ROY MARTIN  (Case ID = 620697), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: _____ Format: _____ Status: _____

Release Create Date: 10-29-2023
Release Creator: _____

Destination: _____     Delete

Print/Export Analyst: _____
Print/Export Reviewer: _____

Releases: (Double Click Release to select and see Item Details)

Release Complete Date: 10-29-2023

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 52896 | 12-28-2010 | Migra... | Released and Delivered | Paper | Other/Internal | 12-28-2010 | 0 | 0 | 0 | 0 |

**Release Item(s):**     Send To | Print Release | Export Release

Credits:
_____

Credit Date: 10-29-2023
Credit Amount: _____

**Release Letter:**     Print WI | Export WI

Apply Credit

Add Release Letter | Print Release Letter | Export Release Letter

HighView FDPS Case: 1063060-2 BREWER, ROY MARTIN  (Case ID = 620697), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: _____   Format: _____   Status: _____

Release Create Date: 10-29-2023

Destination: _____   Destination Sub-type: _____

Release Creator: _____

Print/Export Analyst: _____

Print/Export Reviewer: _____

Delete

**Releases:** (Double Click Release to select and see Item Details)

Release Complete Date: 10-29-2023

| Description | Date | Segm... | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**Release Item(s):**   Send To | Print Release | Export Release | Print/Export See Through Release

**Release Letter:**   Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-178

HighView FDPS Case: 1063060-2 BREWER, ROY MARTIN  (Case ID = 620697), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00    Date: 11-17-2006    User: [            ]    Update    Requester Fee Category: [            ]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

Date: 10-20-2023    User: [            ]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023    Fee Type: [            ]    Amount: [            ]    Add

Case Fees: [            ]    Remove

b6  -1
b7C -1

Screenshot Sample-179

HighView FDPS Case: 1063060-2 BREWER, ROY MARTIN  (Case ID = 620697), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|---|---|---|---|---|---|

b7E -3

Screenshot Sample-180

HighView FDPS Case: 1063060-3 BREWER, ROY MARTIN  (Case ID = 631145), Work Item: []

## Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**

Type: FOIA    Sub Type: Standard    Sub Sub Type:

FOI/PA #: 1063060 - 3    Requester Category: Private Citizen    Requested Media: Paper

Case Size:

**Case & TNs**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**

Description: BREWER, ROY MARTIN    Sub Desc:

Type: Individual    Category:

**Requester**

Organization/Individual

| Type | Name |
|------|------|
| Individual | ROSENFELD, SETH Mr. |

Organization Members

**Originating Offices**

| | Selected |
|---|---|
| HQ - FBI Headquarte | FBI Headquarters |
| AA - Ankara | |
| AC - Accra | |
| AD - Abu Dhabi | |
| AG - Algiers | |
| AH - Athens | |
| AL - Albany | |
| AM - Amman | |
| AN - Anchorage | |

Select >>
<< Remove

**Negotiations**

To:    From:    Date: 10-29-2023

<< Add
>> Remove

b7E -3

Screenshot Sample-181

Case 1:13-cv-00555-RDM Document 204-2 Filed 11/22/23 Page 183 of 908

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 01-28-2021 By:

Disposition: Closed

**Closed**
Reason: Partial Grant / Partial Denial (includes partial grants/no records responses)

Other Desc:

On: 11-29-2006 By:

Reviewer:

**Reopened**
Reason:

On: 11-13-2006 By:

Received Date: 11-17-2006 By:

Created Date: 11-17-2006 By:

Perfected Date: 11-17-2006 By:

Date Ready: 11-13-2006 By:

Reviewer:

Assigned FOIPA Date: 11-14-2006 By:

☐ Direct Assign    Direct Assign User:

Suspension Reason:

Deadline: 10-20-2020    Processed Under: FOIA

Batch Search:    User:

Batch Date:

Info Flags

Info Flags Applied

Add >>

<< Remove

**Standard Pages**
Actual:    Reviewed:    Removed:
Excluded:    Released:

**Non Imported**
Actual:    Reviewed:    Removed:
Excluded:    Released:

**PreProcessed Pages**
Actual:    Removed:
Excluded:    Released:

**Standard Case Summary**
Total Pages:    Reviewed:    Removed:
Excluded:    Released Pages:

View OGA Status Summary

Appeal References:

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|

b6 -1
b7C -1
b7E -3

Screenshot Sample-182









Screenshot Sample-186



Screenshot Sample-187





b7E -3

Screenshot Sample-189



Screenshot Sample-190

HighView FDPS Case: 1063050-3 BREWER, ROY MARTIN  (Case ID = 631145), Work Item: ()

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Release Destination Type**

◉ Requester      ○ OGA      OGA Release Dest Sub Type

**Ready Work Item(s)**

| Description | Ready Date |
|---|---|

**Ready Letter Work Item(s)**

| Description |
|---|

**Create Release**

Add   Remove

Standard: Reviewed: 0   Released: 0

PreProcessed: Released: 0

Reference:

**Work Item(s) to Release**

Segment:
Format:
Date: 10-26-2023

**Letter to Release**

Create Release

HighView FDPS Case: 1063060-3 BREWER, ROY MARTIN  (Case ID = 631145), Work Item: ()

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [          ]  Format: [          ]  Status: [                                    ]

Release Create Date: 10-20-2023

Destination: [                    ]  Delete

Release Creator: [                    ]

Print/Export Analyst: [                    ]

Print/Export Reviewer: [                    ]

Releases: (Double Click Release to select and see Item Details)

Release Complete Date: 10-20-2023

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 19852 | 11-26-2008 | Interim | Released and Delivered | Paper | Other/Internal | 11-26-2008 | 0 | 250 | 250 | 0 |
| Release 19853 | 11-26-2008 | Interim | Released and Delivered | Paper | Other/Internal | 11-26-2008 | 0 | 56 | 56 | 0 |
| Release 20722 | 11-26-2008 | Interim | Released and Delivered | Paper | Other/Internal | 11-26-2008 | 0 | 257 | 256 | 0 |
| Release 20723 | 11-26-2008 | Interim | Released and Delivered | Paper | Other/Internal | 11-26-2008 | 0 | 720 | 659 | 0 |
| Release 52413 | 11-26-2008 | Migra... | Released and Delivered | Paper | Other/Internal | 11-26-2008 | 0 | 1283 | 1221 | 0 |

Release Item(s):  Send To | Print Release | Export Release

Credits: [                    ]

Credit Date: 10-20-2023

Credit Amount: [          ]

Release Letter:  Print WI | Export WI

Apply Credit

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-192

HighView FDPS Case: 1063050-3 BREWER, ROY MARTIN  (Case ID = 631145), Work Item: ()

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: _____ Format: _____ Status: _____

Release Create Date: 10-20-2023

Release Creator: _____

Destination: _____ Destination Sub-type: _____

Print/Export Analyst: _____

Print/Export Reviewer: _____

Delete

Release Complete Date: 10-20-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub... | Closed | Cost | Pag |
|-------------|------|-------|--------|--------|-------------|---------------------|--------|------|-----|

**Release Item(s):**    Send To    Print Release    Export Release    Print/Export See Through  Release

**Release Letter:**    Print Wl    Export Wl

Add Release Letter    Print Release Letter    Export Release Letter

Screenshot Sample-193

HighView FDPS Case: 1063D50-3 BREWER, ROY MARTIN  (Case ID = 631145), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00    Date: 11-17-2008    User: [        ]    Update    Requester Fee Category: [        ]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

Date: 10-20-2023    User: [        ]

**Case Applied Fees**

(Fee Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023    Fee Type: [        ]    Amount: [        ]    Add

Case Fees: [        ]    Remove

b6  -1
b7C -1

Screenshot Sample-194

b6 -1
b7C -1
b7E -3

HighView FDPS Case: 1063060-3 BREWER, ROY MARTIN  (Case ID = 631145), Work Item: []

| Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History |

| Date | Action | Field | Prev Value | Current Value | User |
| --- | --- | --- | --- | --- | --- |

Screenshot Sample-195

HighView FDPS Case: 1121258-0 SHAPIRO, RYAN NOAH   (Case ID = 628060), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**

Type: Privacy Act          Sub Type: Standard          Sub Sub Type:

FOI/PA #: 1121258  -  0          Requester Category: Private Citizen          Requested Media: Paper

Case Size:

**Case ETNs**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**

Description: SHAPIRO, RYAN NOAH          Sub Desc:

Type: Individual          Category:

**Requester**

Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

**Originating Offices**

HQ - FBI Headquarters
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

Selected
FBI Headquarters

Select >>
<< Remove

**Negotiation**

To:          From:          Date: 10-19-2023

<< Add
>> Remove

b7E -3

Screenshot Sample-196

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 10-17-2008   By:

Disposition: Closed

**Closed**
Reason: No Records

Other Desc:

On: 10-31-2006   By:

Reviewer:

**Reopened**
Reason:

On: 10-19-2023   By:

Received Date: 10-17-2008   By:

Created Date: 10-17-2008   By:

Perfected Date: 10-17-2008   By:

Date Ready:   By:

Reviewer:

Assigned FOIPA Date:   By:

Direct Assign   Direct Assign User:

Suspension Reason:

Deadline: 10-19-2023   Processed Under:

Batch Search:   User:

Batch Date:

Info Flags

Info Flags Applied

Add >>

<< Remove

**Standard Pages**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**PreProcessed Pages**
Actual:   Removed:
Excluded:   Released:

**Non Imported**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**Standard Case Summary**
Total Pages:   Reviewed:   Removed:
Excluded:   Released Pages:

View OGA Status Summary

Appeal References:

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|
| | | | | | | |

b6 -1
b7C -1
b7E -3

b6 -1
b7C -1
b7E -3

Screenshot Sample-197



Screenshot Sample-198





b7E -3



Screenshot Sample-201

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Work Item Object Information
Current OGA Work Item Objects:

Work Item Assignment

Case Owner Report



b7E -3

Screenshot Sample-204

HighView FDPS Case: 1121258-0 SHAPIRO, RYAN NOAH  (Case ID = 628066), Work Item: {}

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**OGA Coordination**

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**OGA Coordination Item(s)**

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**User Information**

OGA WI Owner: [            ]   Last Modified User: [            ]   Last Modified Date: [ 10-19-2023 ]

**OGA Coordination Item Information**

OGA: [            ]   Coord Type: [            ]   Coord Status: [            ]

Address: [            ]

Classification: [            ]   Sent To OGA Date: [ 10-19-2023 ]

Disposition: [            ]   Deadline Date: [ 10-19-2023 ]

Disposition Reason: [            ]   Return Date: [ 10-19-2023 ]

Disposition User: [            ]   Disposition Date: [ 10-19-2023 ]

Page(s)

Returned Page(s)/Analyst/Date

Update

Screenshot Sample-205

HighView FDPS Case: 1121253-0 SHAPIRO, RYAN NOAH  (Case ID = 628056), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Release Destination Type:**

● Requester          ○ OGA          OGA Release Dest Sub Type: [                    ]

**Ready Work Item(s)**

| Description | Ready Date |
|---|---|
|  |  |

**Ready Letter Work Item(s)**

| Description |
|---|
|  |

**Create Release**

[Add] [Remove]

Standard
Reviewed: 0   Released: 0

PreProcessed
Released: 0

Reference:

**Work Item(s) to Release**

Segment: [          ]
Format: [          ]
Date: [ 10-19-2023 ]

**Letter to Release**

[ Create Release ]

Screenshot Sample-206

HighView FDPS Case: 1121258-0 SHAPIRO, RYAN NOAH  (Case ID = 628066), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment:  [            ]    Format:  [            ]    Status:  [                        ]

Destination:  [            ]                    Delete

Release Create Date:  10-19-2023
Release Creator:
Print/Export Analyst:
Print/Export Reviewer:
Release Complete Date:  10-19-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|-------------|------|-------|--------|--------|-------------|--------|------|----------------|----------------|--------------------|
|             |      |       |        |        |             |        |      |                |                |                    |

**Release Item(s):**          Send To    Print Release    Export Release

Credits:

Credit Date:  10-19-2023
Credit Amount:

Apply Credit

**Release Letter:**          Print WI    Export WI

Add Release Letter    Print Release Letter    Export Release Letter

Screenshot Sample-207

HighView FDPS Case: 1121258-0 SHAPIRO, RYAN NOAH  (Case ID = 628066), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [            ]   Format: [            ]   Status: [                              ]

Release Create Date: [ 10-19-2023 ]
Release Creator: [            ]

Destination: [            ]   Destination Sub-type: [            ]

Print/Export Analyst: [            ]
Print/Export Reviewer: [            ]

Delete

Release Complete Date: [ 10-19-2023 ]

**Releases:**  (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub... | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**

Send To | Print Release | Export Release | Print/Export See Through Release

**Release Letter:**

Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-208

HighView FDPS Case: 1121258-0 SHAPIRO, RYAN NOAH  (Case ID = 628066), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00    Date: 10-17-2008    User: [            ]    Update    Requester Fee Category: [            ]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add          Remove

Date: 10-18-2023    User: [            ]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-18-2023    Fee Type: [            ]    Amount: [            ]    Add

Case Fees: [            ]    Remove

b6  -1
b7C  -1

Screenshot Sample-209



b7E -3

Screenshot Sample-210

HighView FDPS Case: 1133487-0 NEGLEY, JAMES LUTCHER   (Case ID = 631762), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**

Type: Privacy Act          Sub Type: Standard          Sub Sub Type:

FOI/PA #: 1133487   -   0      Requester Category: Private Citizen          Requested Media: Paper

Case Size:

**Case ETNs**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**

Description: NEGLEY, JAMES LUTCHER          Sub Desc:

Type: Individual          Category:

**Requester**

**Organization/Individual**

| Type | Name |
|------|------|
| Individual | KHETAN, PRASHANT Mr. |

**Organization Members**

**Originating Offices**

| | Selected |
|---|---|
| HQ - FBI Headquarters | FBI Headquarters |
| AA - Ankara | |
| AC - Accra | |
| AD - Abu Dhabi | |
| AG - Algiers | |
| AH - Athens | |
| AL - Albany | |
| AM - Amman | |
| AN - Anchorage | |

Select >>

<< Remove

**Negotiations**

To:          From:          Date: 10-26-2023

<< Add

>> Remove

b7E  -3

Screenshot Sample-211

HighView FDPS Case: 1133487-0 NEGLEY, JAMES LUTCHER  (Case ID = 691762)  Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Work Flow

Updated: 07-06-2009   By:

Disposition: Closed

**Closed**
Reason: Partial Grant / Partial Denial (includes partial grants/no records responses)

Other Desc:

On: 07-01-2011   By:
Reviewer:

**Reopened**
Reason:

On: 10-26-2023   By:

Received Date: 07-06-2009   By:

Created Date: 07-06-2009   By:

Perfected Date: 07-06-2009   By:

Date Ready: 03-12-2010   By:
Reviewer:

Assigned FOIPA Date: 01-20-2010   By:

Direct Assign   Direct Assign User:

Suspension Reason:

Deadline: 10-26-2023   Processed Under: FOIPA (Both)

Batch Search:   User:

Batch Date:

Info Flags

Info Flags Applied

Add >>

<< Remove

**Standard Pages**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**Non Imported**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**Pre-Processed Pages**
Actual:   Removed:
Excluded:   Released:

**Standard Case Summary**
Total Pages:   Reviewed:   Removed:
Excluded:   Released Pages:

View OGA Status Summary

| Appeal References: | Status Date | Status | Disposition | Appeal Number | Attorney | Date Rec'd | Assigned To |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b6 -1
b7C -1
b7E -3

b6 -1
b7C -1
b7E -3

Screenshot Sample-212







b6 -1,2
b7C -1,2

Screenshot Sample-215



Screenshot Sample-216





Screenshot Sample-218



b7E -3

HighView FDPS Case: 1133487-0 NEGLEY, JAMES LUTCHER  (Case ID = 631762), Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

## OGA Coordination

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## OGA Coordination Item(s)

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### User Information

OGA WI Owner: [            ]    Last Modified User: [            ]    Last Modified Date: [ 10-20-2023 ]

### OGA Coordination Item Information

OGA: [            ]    Coord Type: [            ]    Coord Status: [            ]

Address: [            ]

Classification: [            ]    Sent To OGA Date: [ 10-20-2023 ]

Disposition: [            ]    Deadline Date: [ 10-20-2023 ]

Disposition Reason: [            ]    Return Date: [ 10-20-2023 ]

Disposition User: [            ]    Disposition Date: [ 10-20-2023 ]

Page(s)

Returned Page(s)/Analyst/Date

Update

Screenshot Sample-220

HighView FDPS Case: 1133487-0 NEGLEY, JAMES LUTCHER  (Case ID = 631762), Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Release Destination Type**

○ Requester          ○ OGA          OGA Release Dest Sub Type: [          ▼]

**Ready Work Item(s)**

| Description | Ready Date |
|---|---|
| | |

**Ready Letter Work Item(s)**

| Description |
|---|
| |

**Create Release**

[Add] [Remove]

Standard
Reviewed: 0   Released: 0

PreProcessed
Released: 0

Reference:

**Work Item(s) to Release**

Segment: [          ▼]
Format: [          ▼]
Date: [ 10-20-2023 ▼]

**Letter to Release**

[Create Release]

HighView FDPS Case: 1133487-0 NEGLEY, JAMES LUTCHER (Case ID = 631762) Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [ ]  Format: [ ]  Status: [ ]

Destination: [ ]  [ Delete ]

Release Create Date: [ 10-20-2023 ]
Release Creator: [ ]
Print/Export Analyst: [ ]
Print/Export Reviewer: [ ]
Release Complete Date: [ 10-20-2023 ]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 23380 | 07-15-2010 | Interim | Released and Delivered | Paper | Other/Internal | 07-15-2010 | 0 | 823 | 716 | 0 |
| Release 24205 | 12-14-2010 | Interim | Released and Delivered | Paper | Other/Internal | 12-14-2010 | 0 | 1457 | 1430 | 0 |
| Release 54783 | 07-01-2011 | Miga... | Released and Delivered | Paper | Other/Internal | 07-01-2011 | 0 | 6642 | 6172 | 0 |

**Release Item(s):**   [ Send To ]  [ Print Release ]  [ Export Release ]

**Credits:**
[ ]

Credit Date: [ 10-20-2023 ]
Credit Amount: [ ]

[ Apply Credit ]

**Release Letter:**   [ Print WI ]  [ Export WI ]

[ Add Release Letter ]  [ Print Release Letter ]  [ Export Release Letter ]

Screenshot Sample-222

HighView FDPS Case: 1133487-0 NEGLEY, JAMES LUTCHER  (Case ID = 631762); Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: ___  Format: ___  Status: ___

Release Create Date:
Release Creator:
Print/Export Analyst:

Destination: ___  Destination Sub-type: ___

Print/Export Reviewer:

Delete

Release Complete Date:

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Destination Sub... | Closed | Cost | Pa |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**    Send To   Print Release   Export Release   Print/Export See Through  Release

**Release Letter:**   Print WI   Export WI

Add Release Letter   Print Release Letter   Export Release Letter

Screenshot Sample-223

HighView FDPS Case: 1133487-0 NEGLEY, JAMES LUTCHER  (Case ID = 631762), Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | **Case Fees** | Case History

**Case Max Fee**

Amount: 0.00    Date: 07-08-2009    User: [          ]    Update    Requester Fee Category: [          ▼]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

[                                                                    ]

Date: 10-26-2023    User: [          ]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-26-2023 ▼    Fee Type: [          ▼]    Amount: [          ]    Add

Case Fees: 
08-19-2010  Copy  $61.60
09-01-2011  Copy  $143.00

Remove

b6  -1
b7C  -1

HighView FDPS Case: 1133487-0 NEGLEY, JAMES LUTCHER (Case ID = 631762), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b7E -3

Screenshot Sample-225

HighView FDPS Case: 1133487-1 NEGLEY, JAMES LUTCHER   (Case ID = 679308), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**

Type: Privacy Act     Sub Type: Standard     Sub Sub Type:

FOI/PA #: 1133487  -     Requester Category: Private Citizen     Requested Media: Paper

Case Size:

**Case ETNs**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**

Description: NEGLEY, JAMES LUTCHER     Sub Desc:

Type: Individual     Category:

**Requester**

Organization/Individual

| Type | Name |
|------|------|
| Individual | CARROLL, JOHN Mr. |

Organization Members

**Originating Offices**

HQ - FBI Headquarter
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

Selected

FBI Headquarters

Select >>

<< Remove

**Negotiations**

To:     From:     Date: 10-20-2023

<< Add

>> Remove

b7E  -3

Screenshot Sample-226

b6 -1
b7C -1
b7E -3

b6 -1
b7C -1
b7E -3

Screenshot Sample-227

## Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 07-05-2009  By:

Disposition: Closed

Closed
Reason: Partial Grant / Partial Denial (includes partial grant/no records responses)

Other Desc:

On: 12-31-2012  By:
Reviewer:

Reopened
Reason:
On: 09-06-2011  By:

Received Date: 07-06-2009  By:
Created Date: 07-06-2009  By:
Perfected Date: 07-06-2009  By:
Date Ready: 01-23-2012  By:
Reviewer:
Assigned FOIPA Date: 03-06-2012  By:

Direct Assign  Direct Assign User:
Suspension Reason:
Deadline: 10-20-2009  Processed Under: FOIA
Batch Search:  User:
Batch Date:

### Standard Pages
Actual:  Reviewed:  Removed:
Excluded:  Released:

### Non Imported
Actual:  Reviewed:  Removed:
Excluded:  Released:

### PreProcessed Pages
Actual:  Removed:
Excluded:  Released:

### Standard Case Summary
Total Pages:  Reviewed:  Removed:
Excluded:  Released Pages:

View OGA Status Summary

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|

Appeal References:





Screenshot Sample-229





HighView FDPS Case: 1133487-1 NEGLEY, JAMES LUTCHER  (Case ID = 679308), Work Items

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

- 1133487/OIP Referral
- 149A-SC-C27567-S serial 101; 355
- CD-Negley E-mails
- CD-Negley-Hardy 3rd Declaration
- Disk-Negley Declaration
- EC Response SF
- JTGTH RESPONSE
- James Lutcher Negley v. FBI 03-2126
- LA 190-2316
- LSU Emails
- LSU UNET Emails
- LSU Working File 1
- LSU Working File 2
- LSU Working File 3
- Negley 03-2126 CDC SF
- Negley2

| Title | DocID | Create Date | To OCR | OCR D... | Appr Offi... | ETS Date | Policy | Policy Na... | Analyst | Vault | Seal... |
|-------|-------|-------------|--------|----------|-------------|----------|--------|-------------|---------|-------|---------|

Work Item Object Information
Current Work Item Object(s)

Create Work Item
Objects for New Work Item    Add    Remove

Description
Assign To                              Unassigned       Create

Work Item Assignment
Case Owner Report

Screenshot Sample-231



Screenshot Sample-232





b7E -3

Screenshot Sample-234

HighView FDPS Case: 1133487-1 NEGLEY, JAMES LUTCHER  {Case ID = 679308}: Work Items {}

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**OGA Coordination**

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Clos |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**OGA Coordination Item(s)**

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**User Information**

OGA WI Owner: [ ]    Last Modified User: [ ]    Last Modified Date: [10-20-2023]

**OGA Coordination Item Information**

OGA: [ ]    Coord Type: [ ]    Coord Status: [ ]

Address: [ ]

Classification: [ ]    Sent To OGA Date: [10-20-2023]

Disposition: [ ]    Deadline Date: [10-20-2023]

Disposition Reason: [ ]    Return Date: [10-20-2023]

Disposition User: [ ]    Disposition Date: [10-20-2023]    Update

Page(s)

Returned Page(s)/Analyst/Date

Screenshot Sample-235



HighView FDPS Case: 1133487-1 NEGLEY, JAMES LUTCHER  (Case ID = 679308), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [            ]   Format: [            ]   Status: [            ]

Destination: [            ]            [ Delete ]

Release Create Date: [ 10-26-2023 ]
Release Creator: [            ]
Print/Export Analyst: [            ]
Print/Export Reviewer: [            ]
Release Complete Date: [ 10-26-2023 ]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 28520 | 12-27-2012 | Interim | Released and Delivered | Paper | Other/Internal | 12-27-2012 | 0 | 1201 | 1030 | 0 |
| Release 29282 | 09-21-2012 | Interim | Released and Delivered | Paper | Other/Internal | 09-21-2012 | 0 | 924 | 836 | 0 |
| Release 29478 | 08-30-2012 | Interim | Released and Delivered | Paper | Other/Internal | 08-30-2012 | 0 | 1020 | 878 | 0 |
| Release 29788 | 11-30-2012 | Interim | Released and Delivered | Paper | Other/Internal | 11-30-2012 | 0 | 878 | 685 | 0 |
| Release 67165 | 12-31-2012 | Migra... | Released and Delivered | Paper | Other/Internal | 12-31-2012 | 0 | 5098 | 4436 | 0 |

**Release Item(s):**        [ Send To ]   [ Print Release ]   [ Export Release ]

Credits:
[            ]

Credit Date: [ 10-26-2023 ]
Credit Amount: [            ]

**Release Letter:**        [ Print WI ]   [ Export WI ]

[            ]

[ Apply Credit ]

[ Add Release Letter ]   [ Print Release Letter ]   [ Export Release Letter ]

Screenshot Sample-237

HighView FDPS Case: 1133487-1 NEGLEY, JAMES LUTCHER  (Case ID = 679308), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [_____] ⌄   Format: [_____] ⌄   Status: [_____] ⌄

Destination: [_____] ⌄   Destination Sub-type: [_____] ⌄

Release Create Date: [ ] 10-26-2023 ⌄
Release Creator: [_____]
Print/Export Analyst: [_____]
Print/Export Reviewer: [_____]
Release Complete Date: [ ] 10-26-2023 ⌄

[ Delete ]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**Release Item(s):**   [ Send To ]  [ Print Release ]  [ Export Release ]  [ Print/Export See Through Release ]

**Release Letter:**   [ Print WI ]  [ Export WI ]

[ Add Release Letter ]  [ Print Release Letter ]  [ Export Release Letter ]

Screenshot Sample-238

HighView FDPS Case: 1133487-1 NEGLEY, JAMES LUTCHER  (Case ID = 679308), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00    Date: 07-08-2009    User: [                    ]    Update    Requester Fee Category: [          ▼]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

Date: 10-20-2023    User: [                    ]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023    Fee Type: [          ▼]    Amount: [          ]    Add

Case Fees: 
11-27-2012  Copy  $272.10

Remove

b6  -1
b7C  -1

Screenshot Sample-239



b7E -3

Screenshot Sample-240

HighView FDPS Case: 1133487-2 NEGLEY, JAMES LUTCHER (Case ID = 713211), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**

Type: Privacy Act
Sub Type: Standard
Sub Sub Type:

FOI/PA #: 1133487 - 2
Requester Category: Private Citizen
Requested Media: Paper

Case Size:

**Case ETNs**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**

Description: NEGLEY, JAMES LUTCHER
Sub Desc:

Type: Individual
Category:

**Requester**

Organization/Individual

| Type | Name |
|------|------|
| Individual | CARROLL, JOHN Mr. |

Organization Members

**Originating Offices**

HQ - FBI Headquarter
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

Selected
FBI Headquarters

Select >>

<< Remove

**Negotiations**

To:
From:
Date: 10-20-2023

<< Add
>> Remove

b7E -3

Screenshot Sample-241

HighView FDPS Case: 1133487-2 NEGLEY, JAMES LUTCHER  (Case ID = 718211), Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Work-flow

Updated: 07-06-2009   By:

Disposition: Closed

**Closed**
Reason: All Records Referred to Another Component

Other Desc:

On: 01-31-2013   By:

Reviewer:

**Reopened**
Reason:

On: 01-30-2013   By:

Received Date: 07-06-2009   By:

Created Date: 07-08-2009   By:

Perfected Date: 07-06-2009   By:

Date Ready: 01-30-2013   By:

Reviewer:

Assigned FOIPA Date: 01-30-2013   By:

☐ Direct Assign   Direct Assign User:

Suspension Reason:

Deadline: 10-20-2023   Processed Under: FOIA

Batch Search:   User:

Batch Date:

Info Flags

Info Flags Applied

Add >>

<< Remove

**Standard Pages**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**PreProcessed Pages**
Actual:   Removed:
Excluded:   Released:

**Non Imported**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**Standard Case Summary**
Total Pages:   Reviewed:   Removed:
Excluded:   Released Pages:

View OGA Status Summary

Appeal References:

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|
| | | | | | | |

b6  -1
b7C -1
b7E -3

b6  -1
b7C -1
b7E -3

Screenshot Sample-242



Screenshot Sample-243







Screenshot Sample-246







b7E -3



Screenshot Sample-250

HighView FDPS Case: 1133487-2 NEGLEY, JAMES LUTCHER (Case ID = 713211), Work Item: 8

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Release Destination Type**

○ Requester   ○ OGA   OGA Release Dest Sub Type:

**Ready Work Item(s)**

| Description | Ready Date |
|---|---|
|  |  |

**Ready Letter Work Item(s)**

| Description |
|---|
|  |

**Create Release**

Add   Remove

**Standard**
Reviewed: 0   Released: 0

**PreProcessed**
Released: 0

Reference:

**Work Item(s) to Release**

Segment: 
Format: 
Date: 10-20-2023

**Letter to Release**

Create Release

HighView FDPS Case: 1133487-2 NEGLEY, JAMES LUTCHER, (Case ID = 713211), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment:
Format:
Status:
Destination:

Release Create Date: 10-20-2023
Release Creator:
Print/Export Analyst:
Print/Export Reviewer:
Release Complete Date: 10-20-2023

Delete

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 72891 | 01-31-2013 | Migra... | Released and Delivered | Paper | Other/Internal | 01-31-2013 | 0 | 0 | 0 | 0 |

**Release Item(s):**

Send To | Print Release | Export Release

Credits:

Credit Date: 10-20-2023
Credit Amount:

**Release Letter:**

Print WI | Export WI

Apply Credit

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-252

HighView FDPS Case: 1133487-2 NEGLEY, JAMES LUTCHER (Case ID = 713211), Work Item:

Screenshot Sample-253

HighView FDPS Case: 1133487-2 NEGLEY, JAMES LUTCHER. (Case ID = 713211), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

b6 -1
b7C -1

**Case Max Fee**

Amount: 0.00    Date: 07-06-2009    User: [                    ]    Update    Requester Fee Category: [                    ▼]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

Date: 10-29-2023    User: [                    ]

**Case Applied Fees**

(Fix Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-29-2023    Fee Type: [            ▼]    Amount: [            ]    Add

Case Fees: [                              ]    Remove

Screenshot Sample-254

HighView FDPS Case: 1133487-2 NEGLEY, JAMES LUTCHER  (Case ID = 713211), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b7E -3

Screenshot Sample-255

HighView FDPS Case: 1133487-3 NEGLEY, JAMES LUTCHER (Case ID = 716975), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case:**

Type: Privacy Act    Sub Type: Standard    Sub Sub Type:

FOI/PA #: 1133487    -3    Requester Category: Private Citizen    Requested Media: Paper

Case Size:

**Case ETNs:**

Create Duplicate ETN

Delete Duplicate ETN

**Subject:**

Description: NEGLEY, JAMES LUTCHER    Sub Desc:

Type: Individual    Category:

**Requester:**

Organization/Individual

| Type | Name |
|------|------|
| Individual | CARROLL, JOHN Mr. |

Organization Members

**Originating Offices:**

HQ - FBI Headquarte
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

Select >>
<< Remove

Selected
FBI Headquarters

**Negotiations:**

To:    From:    Date: 10-20-2023

<< Add
>> Remove

b7E  -3

Screenshot Sample-256

HighView FDPS Case: 1133487-3 NEGLEY, JAMES LUTCHER  (Case ID = 716975), Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Work flow

Updated: 07-06-2009   By:

Disposition: Closed

**Closed**
Reason: Partial Grant / Partial Denial (includes partial grant/no records response)

Other Desc:

On: 04-01-2013   By:

Reviewer:

**Reopened**
Reason:

On: 03-13-2013   By:

Received Date: 07-06-2009   By:

Created Date: 07-06-2009   By:

Perfected Date: 07-06-2009   By:

Date Ready: 03-13-2013   By:

Reviewer:

Assigned FOIPA Date: 03-14-2013   By:

Direct Assign   Direct Assign User:

Suspension Reason:

Deadline: 10-28-2009   Processed Under: FOIA/PA (Both)

Batch Search:   User:

Batch Date:

Info Flags

Info Flags Applied

Add >>

<< Remove

**Standard Pages**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**Non Imported**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**PreProcessed Pages**
Actual:   Removed:
Excluded:   Released:

**Standard Case Summary**
Total Pages:   Reviewed:   Removed:
Excluded:   Released Pages:

View OGA Status Summary

Appeal References:

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|
| | | | | | | |

b6 -1
b7C -1
b7E -3

b6 -1
b7C -1
b7E -3

Screenshot Sample-257



Screenshot Sample-258



Screenshot Sample-259





Screenshot Sample-261







b7E -3

Screenshot Sample-264

HighView FDPS Case: 1133487-3 NEGLEY, JAMES LUTCHER  (Case ID = 716975), Work Items []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**OGA Coordination**

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|

**OGA Coordination Item(s)**

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|

**User Information**

OGA WI Owner: _____   Last Modified User: _____   Last Modified Date: 10-20-2023

**OGA Coordination Item Information**

OGA: _____   Coord Type: _____   Coord Status: _____

Address: _____

Page(s)

Returned Page(s)/Analyst/Date

Classification: _____   Sent To OGA Date: 10-20-2023

Disposition: _____   Deadline Date: 10-20-2023

Disposition Reason: _____   Return Date: 10-20-2023

Disposition User: _____   Disposition Date: 10-20-2023   Update

Screenshot Sample-265



HighView FDPS Case: 1133487-3 NEGLEY, JAMES LUTCHER (Case ID = 716975), Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: 

Format: 

Status: 

Destination: 

Delete

Release Create Date: 10-28-2023

Release Creator: 

Print/Export Analyst: 

Print/Export Reviewer: 

Release Complete Date: 10-28-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 73461 | 04-01-2013 | Migra... | Released and Delivered | Paper | Other/Internal | 04-01-2013 | 0 | 22 | 17 | 0 |

**Release Item(s):**

Send To | Print Release | Export Release

Credits:

Credit Date: 10-20-2023

Credit Amount: 

**Release Letter:**

Print WI | Export WI

Apply Credit

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-267

HighView FDPS Case: 1133487-3 NEGLEY, JAMES LUTCHER  (Case ID = 716875), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: _____   Format: _____   Status: _____

Destination: _____   Destination Sub-type: _____

Release Create Date: 10-28-2023

Release Creator: _____

Print/Export Analyst: _____

Print/Export Reviewer: _____

Delete

Release Complete Date: 10-28-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**Release Item(s):**   Send To   Print Release   Export Release   Print/Export See Through  Release

**Release Letter:**   Print WI   Export WI

Add Release Letter   Print Release Letter   Export Release Letter

Screenshot Sample-268

HighView FDPS Case: 1133487-3 NEGLEY, JAMES LUTCHER  (Case ID = 716975), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00   Date: 07-08-2009   User: _____   Update   Requester Fee Category: _____

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add   Remove

Date: 10-26-2023   User: _____

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-26-2023   Fee Type: _____   Amount: _____   Add

Case Fees: _____   Remove

b6  -1
b7C -1

HighView FDPS Case: 1133487-3 NEGLEY, JAMES LUTCHER  (Case ID = 716975), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b7E -3

Screenshot Sample-270

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case:**

Type: FOIA        Sub Type: Standard        Sub Sub Type:

FOI/PA #: 1143759    0    Requester Category: Private Citizen        Requested Media: Paper

Case Size:

**Case ETNs**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**

Description: COMPASSION OVER KILLING        Sub Desc:

Type: Individual        Category:

**Requester**

Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

**Originating Offices**

| | Selected |
|---|---|
| HQ - FBI Headquarte | FBI Headquarters |
| AA - Ankara | |
| AC - Accra | |
| AD - Abu Dhabi | |
| AG - Algiers | |
| AH - Athens | |
| AL - Albany | |
| AM - Amman | |
| AN - Anchorage | |

Select ->
<< Remove

**Negotiations**

To:        From:        Date: 10-20-2023

<< Add
>> Remove

b7E -3



b6 -1
b7C -1
b7E -3

b7E -3

Screenshot Sample-272



Screenshot Sample-273



Screenshot Sample-274



b7E -3



Screenshot Sample-276



HighView FDPS Case: 1143759-0 COMPASSION OVER KILLING  (Case ID = 652258),  Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Administrative Documents



Screenshot Sample-279



Screenshot Sample-280

HighView FDPS Case: 1143759-0 COMPASSION OVER KILLING  (Case ID = 652238), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Release Destination Type**

( ) Requester      ( ) OGA      OGA Release Dest Sub Type:  [                    ]

**Ready Work Item(s)**

| Description | Ready Date |
|---|---|
| | |

**Ready Letter Work Item(s)**

| Description |
|---|
| |

**Create Release**

[ Add ] [ Remove ]

Standard
Reviewed: 0    Released: 0

PreProcessed
Released: 0

Reference:

**Work Item(s) to Release**

Segment: [        ▼]
Format: [        ▼]
Date: [ 10-29-2023 ▼]

**Letter to Release**

[                    ]

[ Create Release ]

Screenshot Sample-281

HighView FDPS Case: 1143759-0 COMPASSION OVER KILLING  (Case ID = 652238), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [  ]  Format: [  ]  Status: [  ]

Destination: [  ]  Delete

Release Create Date: 10-29-2023
Release Creator: [  ]
Print/Export Analyst: [  ]
Print/Export Reviewer: [  ]
Release Complete Date: 10-29-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**   Send To   Print Release   Export Release

Credits: [  ]

Credit Date: 10-29-2023
Credit Amount: [  ]
[  ]
Apply Credit

**Release Letter:**   Print WI   Export WI

Add Release Letter   Print Release Letter   Export Release Letter

Screenshot Sample-282

HighView FDPS Case: 1143759-0 COMPASSION OVER KILLING  (Case ID = 652238), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [    ]   Format: [    ]   Status: [                    ]

Destination: [          ]   Destination Sub-type: [          ]

Release Create Date: [10-26-2023]

Release Creator: [          ]

Print/Export Analyst: [          ]

Print/Export Reviewer: [          ]

Delete

Releases: (Double Click Release to select and see Item Details)

Release Complete Date: [10-26-2023]

| Description | Date | Segm... | Status | Format | Destination | Destination Sub ... | Closed | Cost | Pag |
|-------------|------|---------|--------|--------|-------------|---------------------|--------|------|-----|

Release Item(s):

Send To | Print Release | Export Release | Print/Export See Through | Release

Release Letter:

Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-283

HighView FDPS Case: 1143759-0 COMPASSION OVER KILLING  (Case ID = 652238), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00    Date: 03-01-2016    User: [            ]    Update        Requester Fee Category: [          ▼]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add        Remove

Date: 10-20-2023    User: [            ]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023    Fee Type: [          ▼]    Amount: [        ]    Add

Case Fees: [                    ]    Remove

b6  -1
b7C  -1

Screenshot Sample-284

Screenshot Sample-285

HighView FDPS Case: 1143759-0 COMPASSION OVER KILLING (Case ID = 652238), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|-----------|---------------|------|

b6 -1
b7C -1
b7E -3

HighView FDPS Case: 1143755-1 COMPASSION OVER KILLING (CROSS-REFERENCES)  (Case ID = 675722), Work Item: [ ]

## Case:

Type: FOIA

Sub Type: Standard

Sub Sub Type:

FOI/PA #: 1143755

Requester Category:

Requested Media: Paper

Case Size:

## Case ETNs:

Create Duplicate ETN

Delete Duplicate ETN

## Subject

Description: COMPASSION OVER KILLING (CROSS-REFERENCES)

Sub Desc:

Type: Individual

Category:

## Requester

### Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

### Organization Members

## Originating Offices

| | Selected |
|---|---|
| HQ - FBI Headquarte | FBI Headquarters |
| AA - Ankara | |
| AC - Accra | |
| AD - Abu Dhabi | |
| AG - Algiers | |
| AH - Athens | |
| AL - Albany | |
| AM - Amman | |
| AN - Anchorage | |

Select >>

<< Remove

## Negotiations

To:

From:

Date: 10-20-2020

<< Add

>> Remove

b7E -3

Screenshot Sample-286



b6 -1
b7C -1
b7E -3

b7E -3

Screenshot Sample-287



Screenshot Sample-288





b3 -1
b7E -4

Screenshot Sample-290

HighView FDPS Case: 1143759-1 COMPASSION OVER KILLING (CROSS-REFERENCES)  (Case ID = 5757720) Work Item: 8

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Title | DocID | Create Date | To OCR | OCR D... | Appr Offi... | ETS Date | Policy | Policy Na... | Analyst | Vault | Seal... |
|---|---|---|---|---|---|---|---|---|---|---|---|

- 100-PD-44334 Serial 1014
- 100-PD-44334 Serial 1059
- 100-PD-44334 Serial 1265
- 100-PD-44334 Serial 128
- 100-PD-44334 Serial 1329
- 100-PD-44334 Serial 1506
- 100-PD-44334 Serial 1521
- 100-PD-44334 Serial 1522
- 100-PD-44334 Serial 1525
- 100-PD-44334 Serial 1634
- 100-PD-44334 Serial 1718
- 100-PD-44334 Serial 1723
- 100-PD-44334 Serial 1903
- 100-PD-44334 Serial 1905
- 100-PD-44334 Serial 1998
- 100-PD-44334 Serial 1981
- 100-PD-44334 Serial 1986
- 100-PD-44334 Serial 2019
- 100-PD-44334 Serial 2050
- 100-PD-44334 Serial 306
- 100-PD-44334 Serial 456
- 100-PD-44334 Serial 562
- 100-PD-44334 Serial 809
- 100-PD-44334-GJ Serial 6
- 100-PD-44334-NY Serial 3
- 100-PD-44334-SAC Serial 10
- 100-PD-44334-SC Serial 8
- 100A-NF-35558   ser. 183
- 100A-NF-35558 Serial 20
- 100A-NF-35558 Serial 207

Work Item Object Information

Current Work Item Object(s)

Create Work Item

Objects for New Work Item    Add    Remove

Description

Assign To [            ▼]  ☐ Unassigned    Create

Work Item Assignment

Case Owner Report

Screenshot Sample-291

HighView FDPS Case: 1143759-1 COMPASSION OVER KILLING (CROSS-REFERENCES)  (Case ID = 675722), Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Work Item Object Information
Current OGA Work Item Objects:

Work Item Assignment
Case Owner Report

Screenshot Sample-292

HighView FDPS Case: 1143759-1 COMPASSION OVER KILLING (CROSS-REFERENCES)  (Case ID = 675722)  Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Administrative Documents



b7E -3

Screenshot Sample-294

HighView FDPS Case: 1143759-1 COMPASSION OVER KILLING (CROSS-REFERENCES) (Case ID = 675722) Work Item: ()

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

### OGA Coordination

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

### OGA Coordination Item(s)

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### User Information

OGA WI Owner: [ ]   Last Modified User: [ ]   Last Modified Date: [ 10-20-2023 ]

### OGA Coordination Item Information

OGA: [ ]   Coord Type: [ ]   Coord Status: [ ]

Address: [ ]

Classification: [ ]   Sent To OGA Date: [ 10-20-2023 ]

Disposition: [ ]   Deadline Date: [ 10-20-2023 ]

Disposition Reason: [ ]   Return Date: [ 10-20-2023 ]

Disposition User: [ ]   Disposition Date: [ 10-20-2023 ]

Page(s)

Returned Page(s)/Analyst/Date

Update

Screenshot Sample-295





Screenshot Sample-297

HighView FDPS Case: 1143759-1 COMPASSION OVER KILLING (CROSS-REFERENCES)  (Case ID = 675722), Work Item: 5

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [        ]  Format: [        ]  Status: [                        ]   Release Create Date: [ 10-20-2023 ]

Destination: [            ]  Destination Sub-type: [            ]   Release Creator: [                    ]

Print/Export Analyst: [                    ]

[ Delete ]   Print/Export Reviewer: [                    ]

Release Complete Date: [ 10-20-2023 ]

**Releases:**  (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Destination Sub ... | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**    Send To    Print Release    Export Release    Print/Export See Through  Release

**Release Letter:**    Print WI    Export WI

[ Add Release Letter ]   [ Print Release Letter ]   [ Export Release Letter ]

Screenshot Sample-298

HighView FDPS Case: 1143759-1 COMPASSION OVER KILLING (CROSS-REFERENCES)  (Case ID = 675722), Work Item: 3

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00   Date: 03-01-2018   User:   Update

Requester Fee Category: [          ]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add   Remove

Date: 10-30-2023   User:

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-30-2023   Fee Type: [          ]   Amount: [          ]   Add

Case Fees:   Remove

b6 -1
b7C -1

Screenshot Sample-299

HighView FDPS Case: 1143759-1 COMPASSION OVER KILLING (CROSS-REFERENCES)  (Case ID = 675722), Work Item: S

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|-----------|---------------|------|

b7E -3

Screenshot Sample-300

HighView FDPS Case: 1156519-0 LAST CHANCE FOR ANIMALS  (Case ID = 655903), Work Item:

b7E  -3

## Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

### Case:

Type: FOIA
Sub Type: Standard
Sub Sub Type:

FOI/PA #: 1156519
Requester Category: Private Citizen
Requested Media: Paper

Case Size:

### Case ETNs

Create Duplicate ETN

Delete Duplicate ETN

### Subject

Description: LAST CHANCE FOR ANIMALS
Sub Desc:

Type: Individual
Category:

### Requester

#### Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

#### Organization Members

#### Originating Offices

HQ - FBI Headquarte
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

Selected
FBI Headquarters

Select >>
<< Remove

#### Negotiations

To:    From:    Date: 10-26-2023

<< Add
>> Remove

Screenshot Sample-301

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 11-03-2010   By:

Disposition: Closed

Closed
Reason: No Records

Other Desc:

On: 11-04-2010   By:

Reviewer:

Reopened
Reason:

On: 10-20-2023   By:

Received Date: 11-03-2010   By:

Created Date: 11-03-2010   By:

Perfected Date: 11-03-2010   By:

Date Ready:   By:

Reviewer:

Assigned FOIPA Date:   By:

Direct Assign   Direct Assign User:

Suspension Reason:

Deadline: 10-20-2023   Processed Under:

Batch Search:   User:

Batch Date:

Info Flag:

Info Flags Applied

Add >>

<< Remove

Standard Pages
Actual:   Reviewed:   Removed:
Excluded:   Released:

PreProcessed Pages
Actual:   Removed:
Excluded:   Released:

Non Imported
Actual:   Reviewed:   Removed:
Excluded:   Released:

Standard Case Summary
Total Pages:   Reviewed:   Removed:
Excluded:   Released Pages:

View OGA Status Summary

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Rec'd | Assigned To |
|---|---|---|---|---|---|---|
| | | | | | | |

Appeal References:

b6 -1
b7C -1
b7E -3

Screenshot Sample-302







Screenshot Sample-305



Screenshot Sample-306





Screenshot Sample-308



b7E -3

HighView FDPS Case: 1156519-0 LAST CHANCE FOR ANIMALS  (Case ID = 655903)  Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

### OGA Coordination

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

### OGA Coordination Item(s)

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### User Information

OGA WI Owner: [_____]    Last Modified User: [_____]    Last Modified Date: [10-20-2023]

### OGA Coordination Item Information

OGA: [_____]    Coord Type: [_____]    Coord Status: [_____]

Address: [_____]

Page(s)    Returned Page(s)/Analyst/Date

Classification: [_____]    Sent To OGA Date: [10-20-2023]

Disposition: [_____]    Deadline Date: [10-20-2023]

Disposition Reason: [_____]    Return Date: [10-20-2023]

Disposition User: [_____]    Disposition Date: [10-20-2023]    Update

Screenshot Sample-310



HighView FDPS Case: 1156519-0 LAST CHANCE FOR ANIMALS  (Case ID = 655993)  Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [            ]  Format: [            ]   Status: [                    ]

Destination: [            ]                    Delete

Release Create Date: [10-20-2023]
Release Creator: [                    ]
Print/Export Analyst: [                    ]
Print/Export Reviewer: [                    ]
Release Complete Date: [10-20-2023]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|-------------|------|-------|--------|--------|-------------|--------|------|----------------|----------------|--------------------|
|             |      |       |        |        |             |        |      |                |                |                    |

**Release Item(s):**      Send To    Print Release    Export Release

Credits: [                    ]

Credit Date: [10-20-2023]
Credit Amount: [          ]
[                    ]

Apply Credit

**Release Letter:**       Print WI    Export WI

Add Release Letter    Print Release Letter    Export Release Letter

HighView FDPS Case: 1156519-0 LAST CHANCE FOR ANIMALS  (Case ID = 655993)  Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| | | |
|---|---|---|
| Segment: | Format: | Status: |
| Destination: | Destination Sub-type: | |

Release Create Date: 10-20-2023

Release Creator:

Print/Export Analyst:

Print/Export Reviewer:

Release Complete Date: 10-20-2023

Delete

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Destination Sub ... | Closed | Cost | Pac |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**

Send To | Print Release | Export Release | Print/Export See Through  Release

**Release Letter:**

Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-313

HighView FDPS Case: 1156519-0 LAST CHANCE FOR ANIMALS  (Case ID = 655993)  Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00   Date: 11-03-2016   User: [blank]   Update   Requester Fee Category: [blank dropdown]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add   Remove

Date: 10-20-2023   User: [blank]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023   Fee Type: [blank dropdown]   Amount: [blank]   Add

Case Fees: [blank]   Remove

b6  -1
b7C -1

Screenshot Sample-314

HighView FDPS Case: 1156519-0 LAST CHANCE FOR ANIMALS  (Case ID = 655993)  Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b7E -3

Screenshot Sample-315

HighView FDPS Case: 1156519-1 LAST CHANCE FOR ANIMALS  (Case ID = 678170); Work Item: 8

b7E -3

## Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

### Case

| | | | |
|---|---|---|---|
| Type: | FOIA | Sub Type: | Standard | Sub Sub Type: | |
| FOI/PA #: | 1156519 | Requester Category: | Private Citizen | Requested Media: | Paper |

Case Size:

### Case ETNs

Create Duplicate ETN

Delete Duplicate ETN

### Subject

Description: LAST CHANCE FOR ANIMALS      Sub Desc:

Type: Individual      Category:

### Requester

#### Organization/Individual

| Type | Name |
|---|---|
| Individual | Shapiro, Ryan Dr. |

#### Organization Members

### Originating Offices

| Selected |
|---|
| FBI Headquarters |

HQ - FBI Headquarte
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

Select >>

<< Remove

### Negotiations

To:        From:        Date: 10-20-2023

<< Add

>> Remove

Screenshot Sample-316

HighView FDPS Case: 1156519-1 LAST CHANCE FOR ANIMALS (Case ID = 678170), Work Item: 0

## Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner: [____] FOI/PA Team 2.0

Current Status: Out of Workflow

Updated: 03-29-2019    By: [____]

Disposition: Closed

**Closed**
Reason: Partial Grant / Partial Denial (includes partial grants/no records responses)

Other Desc: [____]

On: 06-10-2015    By: [____]
Reviewer:

**Reopened**
Reason: [____]

On: 08-15-2011    By: [____]

Received Date: 11-03-2010    By: [____]

Created Date: 11-03-2010    By: [____]

Perfected Date: 11-03-2010    By: [____]

Date Ready: 03-22-2012    By: [____]
Reviewer: [____]

Assigned FOIPA Date: 03-26-2012    By: [____]

☑ Direct Assign    Direct Assign User: [____]

Suspension Reason: [____]

Deadline: 10-20-2023    Processed Under: [____]

Batch Search: [____]    User: [____]

Batch Date: [____]

**Info Flag:**

**Info Flags Applied**

Add >>

<< Remove

**Standard Pages**
Actual: [____]    Reviewed: [____]    Removed: [____]
Excluded: [____]    Released: [____]

**Non Imported**
Actual: [____]    Reviewed: [____]    Removed: [____]
Excluded: [____]    Released: [____]

**PreProcessed Pages**
Actual: [____]    Removed: [____]
Excluded: [____]    Released: [____]

**Standard Case Summary**
Total Pages: [____]    Reviewed: [____]    Removed: [____]
Excluded: [____]    Released Pages: [____]

View OGA Status Summary

Appeal Reference: 

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|
| | | | | | | |

b6 -1
b7C -1
b7E -3

Screenshot Sample-317



Screenshot Sample-318

HighView FDPS Case: 1156519-1 LAST CHANCE FOR ANIMALS  (Case ID = 678370), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Clear All Case Fee Waiver Data

Date of Fee Waiver Request*  08-15-2011

Requester Category

**Fee Waiver Reasons***

List of Reasons

Inability to Pay Fees
Information will contribute to public understanding of government operations or activities
No Reason Provided
Other Invalid Reason Provided

Reason Selected

Public Interest in Information

Select >>

<< Remove

**N/A**

Status*  N/A      Date  08-18-2015   User

Deferral

**Adjudication***

Date  10-26-2023   User

**Approved/Disapproved Reason***

List of Reasons

Reason Selected

Select >>

<< Remove

b6  -1
b7C -1

Screenshot Sample-319



b7E -4

Screenshot Sample-320



b7E -4

Screenshot Sample 321







b7E -3,4

Screenshot Sample-324

HighView FDPS Case: 1156519-1 LAST CHANCE FOR ANIMALS  (Case ID = 678170), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**OGA Coordination**

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**OGA Coordination Item(s)**

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**User Information**

OGA WI Owner: [ ]    Last Modified User: [ ]    Last Modified Date: [ 10-20-2023 ]

**OGA Coordination Item Information**

OGA: [ ]    Coord Type: [ ]    Coord Status: [ ]

Address: [ ]

Classification: [ ]    Sent To OGA Date: [ 10-20-2023 ]

Disposition: [ ]    Deadline Date: [ 10-20-2023 ]

Disposition Reason: [ ]    Return Date: [ 10-20-2023 ]

Disposition User: [ ]    Disposition Date: [ 10-20-2023 ]

Page(s): [ ]    Returned Page(s)/Analyst/Date: [ ]

Update

Screenshot Sample-325

HighView FDPS Case: 1156519-1 LAST CHANCE FOR ANIMALS  (Case ID = 678170); Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Release Destination Type:**

◉ Requester        ○ OGA        OGA Release Dest Sub Type:

**Ready Work Item(s)**

| Description | Ready Date |
|---|---|
| For forwarding purposes only | 12-FEB-2015 |
| January Metrics | 12-FEB-2015 |
| May Metrics | No...   12-FEB-2015 |

**Ready Letter Work Item(s)**

| Description |
|---|

**Create Release**

Add    Remove

Standard
Reviewed: 0    Released: 0

PreProcessed
Released: 0

Reference:

**Work Item(s) to Release**

Segment: 
Format: 
Date: FEB 20 2023

**Letter to Release**

Create Release

b6  -1
b7C -1

Screenshot Sample-326

HighView FDPS Case: 1156519-1 LAST CHANCE FOR ANIMALS (Case ID = 678170), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: _____ Format: _____ Status: _____

Destination: _____                    Delete

Release Create Date: 10-28-2023
Release Creator: _____
Print/Export Analyst: _____
Print/Export Reviewer: _____
Release Complete Date: 10-28-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 312048 | 07-29-2015 | Final | Released and Delivered | CD | Requester | 08-10-2015 | 0 | 0 | 38 | 0 |

**Release Item(s):**           Send To    Print Release    Export Release

Credits:
_____

Credit Date: 10-28-2023
Credit Amount: _____
_____

Apply Credit

**Release Letter:**           Print WI    Export WI

Add Release Letter    Print Release Letter    Export Release Letter

Screenshot Sample-327

HighView FDPS Case: 1156519-1 LAST CHANCE FOR ANIMALS  (Case ID = 678170); Work Items:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [_____]   Format: [_____]   Status: [_____]

Release Create Date: [10-20-2020 ▾]

Destination: [_____]   Destination Sub-type: [_____]

Release Creator: [_____]

Print/Export Analyst: [_____]

Print/Export Reviewer: [_____]

Delete

Release Complete Date: [10-20-2020 ▾]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Destination Sub ... | Closed | Cost | Pag |
|-------------|------|---------|--------|--------|-------------|---------------------|--------|------|-----|

**Release Item(s):**

Send To | Print Release | Export Release | Print/Export See Through  Release

**Release Letter:**

Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-328

HighView FDPS Case: 1156519-1 LAST CHANCE FOR ANIMALS (Case ID = 678170), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00    Date: 11-03-2013    User: [ ]    Update    Requester Fee Category: [ ]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

Date: 10-20-2023    User: [ ]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023    Fee Type: [ ]    Amount: [ ]    Add

Case Fees: [ ]    Remove

b6 -1
b7C -1

Screenshot Sample-329

HighView FDPS Case: 1156519-1 LAST CHANCE FOR ANIMALS  (Case ID = 678170); Work Item: ]

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b6  -1
b7C -1
b7E -3,4

Screenshot Sample-330

HighView FDPS Case: 1156661-0 PARME, LINDSAY  (Case ID = 664731), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**

Type: FOIA   Sub Type: Standard   Sub Sub Type:

FOI/PA #: 1156661 - 0   Requester Category: Private Citizen   Requested Media: Paper

Case Size:

**Case ETNs**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**

Description: PARME, LINDSAY   Sub Desc:

Type: Individual   Category:

**Requester**

Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

**Originating Offices**

HQ - FBI Headquarte
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

Select >>
<< Remove

Selected

FBI Headquarters

**Negotiations**

To:   From:   Date: 10-29-2023

<< Add
>> Remove

b7E -3

Screenshot Sample-331

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 11-04-2010   By:

Disposition: Closed

**Closed**
Reason: Other

Other Desc:

Wrong documents exported, will reopen with correct ones.

On: 05-30-2011   By:

Reviewer:

**Reopened**
Reason:

On: 10-26-2023   By:

Received Date: 11-04-2010   By:

Created Date: 11-04-2010   By:

Perfected Date: 11-04-2010   By:

Date Ready: 06-14-2011   By:

Reviewer:

Assigned FOIPA Date: 06-16-2011   By:

Direct Assign   Direct Assign User:

Suspension Reason:

Deadline: 10-26-2023   Processed Under:

Batch Search:   User:

Batch Date:

**Standard Pages**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**Non Imported**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**PreProcessed Pages**
Actual:   Removed:
Excluded:   Released:

**Standard Case Summary**
Total Pages:   Reviewed:   Removed:
Excluded:   Released Pages:

View OGA Status Summary

Info Flags:

Info Flags Applied:

Add >>

<< Remove

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|-------------|--------|-------------|---------------|----------|-----------|-------------|
| 2013-07-25 | Closed | Closed Administratively | 201101644 | | 2011-05-09 | |

Appeal References:

b6 -1,5
b7C -1,5
b7E -3

Screenshot Sample-332



HighView FDPS Case: 1156661-0 PARME, LINDSAY  (Case ID = 664731), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Clear All Case Fee Waiver Data

Date of Fee Waiver Request*  11-04-2010

Requester Category

**Fee Waiver Reasons***

List of Reasons

Inability to Pay Fees
Information will contribute to public understanding of government operations or activities
No Reason Provided
Other Invalid Reason Provided

Select >>

<< Remove

Reason Selected

Status*  Denied

**N/A**
Date  10-26-2023   User

Deferral

**Adjudication***
Date  02-24-2011   User

**Approved/Disapproved Reason***

List of Reasons

Requester is not part of an entity serving public interest
Information requested will not contribute to the public interest
Information is being sought for commercial interest
Commercial interest has been deemed greater than public interest
Information requested has already been released to the public
No factual information to support request

Select >>

<< Remove

Reason Selected

b6 -1
b7C -1

Screenshot Sample-334





Screenshot Sample-336







b7E -3

HighView FDPS Case: 1155651-0 PARME, LINDSAY  (Case ID = 664731), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**OGA Coordination**

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**OGA Coordination Item(s)**

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**User Information**

OGA WI Owner: [          ]    Last Modified User: [          ]    Last Modified Date: [ 10-29-2023 ]

**OGA Coordination Item Information**

OGA: [          ]    Coord Type: [          ]    Coord Status: [          ]    Page(s)    Returned Page(s)/Analyst/Date

Address: [          ]

Classification: [          ]    Sent To OGA Date: [ 10-29-2023 ]

Disposition: [          ]    Deadline Date: [ 10-29-2023 ]

Disposition Reason: [          ]    Return Date: [ 10-29-2023 ]

Disposition User: [          ]    Disposition Date: [ 10-29-2023 ]    Update

Screenshot Sample-340



HighView FDPS Case: 1156661-0 PARME, LINDSAY  (Case ID = 664731), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [        ]   Format: [        ]   Status: [        ]

Release Create Date: [10-26-2023]

Destination: [        ]   Delete

Release Creator: [        ]

Print/Export Analyst: [        ]

Print/Export Reviewer: [        ]

Release Complete Date: [10-26-2023]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**Release Item(s):**   Send To   Print Release   Export Release

Credits: [        ]

Credit Date: [10-26-2023]

Credit Amount: [        ]

[        ]

Apply Credit

**Release Letter:**   Print WI   Export WI

Add Release Letter   Print Release Letter   Export Release Letter

Screenshot Sample-342

HighView FDPS Case: 1156661-0 PARME, LINDSAY {Case ID = 664731}, Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | **OGA Releases** | Case Fees | Case History

| | |
|---|---|
| Segment: | Format: | Status: |

Release Create Date: 10-26-2023

Release Creator:

Destination: | Destination Sub-type:

Print/Export Analyst:

Print/Export Reviewer:

Delete

Release Complete Date: 10-26-2023

**Releases:** [Double Click Release to select and see Item Details]

| Description | Date | Segm. | Status | Format | Destination | Destination Sub ... | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**

Send To | Print Release | Export Release | Print/Export See Through Release

**Release Letter:**

Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-343

HighView FDPS Case: 1156661-0 PARME, LINDSAY  (Case ID = 664731), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00    Date: 11-04-2010    User: [ ]    Update    Requester Fee Category: [ ]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

Date: 10-20-2023    User: [ ]

**Case Applied Fees**

(For Fees, Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023    Fee Type: [ ]    Amount: [ ]    Add

Case Fees: [ ]    Remove

b6  -1
b7C -1

Screenshot Sample-344

HighView FDPS Case: 1156661-0 PARME, LINDSAY  (Case ID = 664731), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b6 -1
b7C -1
b7E -3

Screenshot Sample-345

HighView FDPS Case: 1156661-0 PARME, LINDSAY  (Case ID = 671125), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case:**

Type: Appeal   Sub Type: FOIA   Sub Sub Type:

FOI/PA #: 1156661     Requester Category: Private Citizen     Requested Media: Paper

Case Size:               Appeal Number: 2013 01544     View Original Case

**Case ETNs**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**

Description: PARME, LINDSAY     Sub Desc:

Type: Individual   Category:

**Requester**

Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

**Originating Offices**

HQ - FBI Headquarte
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

Select >
< Remove

**Selected**

FBI Headquarters

**Negotiations**

To:      From:      Date: 10-20-2023

<- Add
-> Remove

b7E  -3

Screenshot Sample-346

HighView FDPS Case: 1156661-0 PARME, LINDSAY  {Case ID = 671125}, Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Work flow

Updated: 05-06-2011        By:

Disposition: Closed

**Closed**
Reason:

Other Desc:

On: 02-06-2012     By: ADMIN
Reviewer:

**Reopened**
Reason:

On: 10-20-2023     By:

Received Date: 05-06-2011     By:
Created Date: 05-06-2011     By: ADMIN
Perfected Date: 05-06-2011     By:
Date Ready: 10-20-2023     By:
Reviewer:

Assigned FOIPA Date: 10-20-2023     By:

Direct Assign        Direct Assign User:

Suspension Reason:

Deadline: 10-20-2023        Processed Under:

Batch Search:        User:
Batch Date:

**Info Flags**

**Info Flags Applied**

Add >>
<< Remove

**Standard Pages**
Actual:        Reviewed:        Removed:
Excluded:        Released:

**PreProcessed Pages**
Actual:        Removed:
Excluded:        Released:

**Non Imported**
Actual:        Reviewed:        Removed:
Excluded:        Released:

**Standard Case Summary**
Total Pages:        Reviewed:        Removed:
Excluded:        Released Pages:

View OGA Status Summary

Appeal References:

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|
| | | | | | | |

b7E -3

Screenshot Sample-347





Screenshot Sample-349



Screenshot Sample-350



Screenshot Sample-351



Screenshot Sample-352

Administrative Documents



b7E -3

HighView FDPS Case: 1156661-0 PARME, LINDSAY  {Case ID = 671125}, Work Items: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**OGA Coordination**

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Closs |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**OGA Coordination Item(s)**

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**User Information**

OGA WI Owner: [          ]   Last Modified User: [          ]   Last Modified Date: [ 10-20-2023 ]

**OGA Coordination Item Information**

OGA: [          ]   Coord Type: [          ]   Coord Status: [          ]

Address: [          ]

Classification: [          ]   Sent To OGA Date: [ 10-20-2023 ]

Disposition: [          ]   Deadline Date: [ 10-20-2023 ]

Disposition Reason: [          ]   Return Date: [ 10-20-2023 ]

Disposition User: [          ]   Disposition Date: [ 10-20-2023 ]

Page(s)

Returned Page(s)/Analyst/Date

Update

Screenshot Sample-355



HighView FDPS Case: 1156661-0 PARME, LINDSAY  (Case ID = 671125), Work Item: []

| Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History |

Segment: [ ]  Format: [ ]  Status: [ ]

Release Create Date: [10-26-2023]

Destination: [ ]   Delete

Release Creator: [ ]

Print/Export Analyst: [ ]

Print/Export Reviewer: [ ]

Release Complete Date: [10-26-2023]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**   Send To   Print Release   Export Release

Credits: [ ]

Credit Date: [10-26-2023]

Credit Amount: [ ]

[ ]

Apply Credit

**Release Letter:**   Print WI   Export WI

Add Release Letter   Print Release Letter   Export Release Letter

Screenshot Sample-357

HighView FDPS Case: 1156661-0 PARME, LINDSAY  (Case ID = 671125), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | **OGA Releases** | Case Fees | Case History

Segment: [ ] Format: [ ]   Status: [ ]   Release Create Date: [ 10-26-2023 ]

Destination: [ ]   Destination Sub-type: [ ]   Release Creator: [ ]

Print/Export Analyst: [ ]

Delete   Print/Export Reviewer: [ ]

**Releases:** [Double Click Release to select and see Item Details]   Release Complete Date: [ 10-26-2023 ]

| Description | Date | Segm... | Status | Format | Destination | Destination Sub ... | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**Release Item(s):**   Send To   Print Release   Export Release   Print/Export See Through  Release

**Release Letter:**   Print WI   Export WI

Add Release Letter   Print Release Letter   Export Release Letter

Screenshot Sample-358

HighView FDPS Case: 1156661-0 PARME, LINDSAY  (Case ID = 671125), Work Item: ()

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00    Date: 06-09-2011    User: ADMIN    Update    Requester Fee Category: [ ]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

Date: 10-20-2023    User: [ ]

**Case Applied Fees**

(For Fees, applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023    Fee Type: [ ]    Amount: [ ]    Add

Case Fees: [ ]    Remove

Screenshot Sample-359

b7E -3

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|-----------|---------------|------|

HighView FDPS Case: 1156661-1 PARME, LINDSAY  (Case ID = 695045), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**

Type: FOIA
Sub Type: Standard
Sub Sub Type:

FOI/PA #: 1156661
Requester Category: Private Citizen
Requested Media: Paper

Case Size:

**Case ETNs**

Create Duplicate ETN
Delete Duplicate ETN

**Subject**

Description: PARME, LINDSAY
Sub Desc:

Type: Individual
Category:

**Requester**

Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

**Originating Offices**

HQ - FBI Headquarte
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

Select >
< Remove

Selected

FBI Headquarters

**Negotiations**

To:
From:
Date: 10-20-2023

<- Add
-> Remove

b7E -3

Screenshot Sample-361

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner: [                    ] FOI/PA Team 2.0

Current Status: [Out of Workflow]

Updated: [03-29-2019]  By: [                    ]

Disposition: [Closed]

**Closed**
Reason: [Partial Grant / Partial Denial (includes partial grants/no records responses)]
Other Desc: [                                                    ]

On: [11-09-2016]  By: [                    ]
Reviewer: [                    ]

**Reopened**
Reason: [                    ]
On: [02-23-2012]  By: [                    ]

Received Date: [11-04-2019]  By: [                    ]

Created Date: [11-04-2019]  By: [                    ]

Perfected Date: [11-04-2019]  By: [                    ]

Date Ready: [02-24-2012]  By: [                    ]
Reviewer: [                    ]

Assigned FOIPA Date: [02-22-2012]  By: [                    ]

☑ Direct Assign   Direct Assign User: [                    ]

Suspension Reason: [                    ]

Deadline: [10-30-2025]   Processed Under: [            ]

Batch Search: [          ]  User: [                    ]
Batch Date: [                    ]

Info Flags
Info Flags Applied

Add >>
<< Remove

**Standard Pages**
Actual: [    ]  Reviewed: [    ]  Removed: [    ]
Excluded: [    ]  Released: [    ]

**Non Imported**
Actual: [    ]  Reviewed: [    ]  Removed: [    ]
Excluded: [    ]  Released: [    ]

**PreProcessed Pages**
Actual: [    ]  Removed: [    ]
Excluded: [    ]  Released: [    ]

**Standard Case Summary**
Total Pages: [    ]  Reviewed: [    ]  Removed: [    ]
Excluded: [    ]  Released Pages: [    ]

View OGA Status Summary

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|
| | | | | | | |

Appeal References:

b6 -1
b7C -1
b7E -3

Screenshot Sample-362



Screenshot Sample-363





HighView FDPS Case: 1156661-1 PARME, LINDSAY {Case ID = 695045} Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Create Search Slip     Import Search Slip

- ACS
  - Metric Data [FF]
- Sentinel
- Manual Index Cards
- ELSUR
- Consult
- FOGSR
- ESI
- Intranet
- Other
  - Media [FF]
- Previously Scanned
- Pre-Processed
- Legacy
  - Parme, Lindsay [NR]
  - 183C-SF-129529 [FF]
  - 
  - 266I-SE-81793 [FF]
  - 266I-WF-237848 [FF]
  - Parme, Lindsey, Ann [NR]
  - SI [NR]
  - Parme, Lindsay, Ann [NR]
  - SI [NR]
  - Parme, Lindsay, A [NR]
  - SI [NR]
  - Parme, Lindsey, A [NR]
  - SI [NR]
  - 266I-SE-81793-SUB1A [FF]
  - 266I-SE-81793-FIN [FF]
  - 266I-WF-237848-1A [FF]
  - 266I-WF-237848-FIN [FF]
  - 266I-WF-237848-FISUR [FF]
  - 266I-WF-237848-GJ [FF]
  - 266I-WF-237848-IIR [FF]
  - 266I-WF-237848-MAIL [FF]
  - 266I-WF-237848-TA [FF]
  - 183-SF-129529 [FF]
  - CROSS-REFERENCES [FF]
  - 183C-SF-129529-302 [FF]
  - 183C-SF-129529-SE [FF]

b7E -4

Screenshot Sample-365





Screenshot Sample-367





b7E -3,4

HighView FDPS Case: 1156651-1 PARME, LINDSAY (Case ID = 695045), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**OGA Coordination**

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**OGA Coordination Item(s)**

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**User Information**

OGA WI Owner: [ ]   Last Modified User: [ ]   Last Modified Date: [ 10-20-2023 ]

**OGA Coordination Item Information**

OGA: [ ]   Coord Type: [ ]   Coord Status: [ ]

Page(s)   Returned Page(s)/Analyst/Date

Address: [ ]

Classification: [ ]   Sent To OGA Date: [ 10-20-2023 ]

Disposition: [ ]   Deadline Date: [ 10-20-2023 ]

Disposition Reason: [ ]   Return Date: [ 10-20-2023 ]

Disposition User: [ ]   Disposition Date: [ 10-20-2023 ]   Update

Screenshot Sample-370



HighView FDPS Case: 1156661-1 PARME, LINDSAY  (Case ID = 695045), Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: _____   Format: _____   Status: _____

Release Create Date: 10-20-2023

Destination: _____   Delete

Release Creator: _____

Print/Export Analyst: _____

Print/Export Reviewer: _____

Release Complete Date: 10-20-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 322890 | 11-04-2016 | Final | Released and Delivered | Paper | Requester | 11-08-2016 | 0 | 339 | 176 | 0 |

**Release Item(s):**   Send To   Print Release   Export Release

Credits:

Credit Date: 10-20-2023

Credit Amount: _____

**Release Letter:**   Print WI   Export WI

Apply Credit

Add Release Letter   Print Release Letter   Export Release Letter

Screenshot Sample-372

HighView FDPS Case: 1156661-1 PARME, LINDSAY (Case ID = 695045), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: ___ Format: ___ Status: ___
Destination: ___ Destination Sub-type: ___

Release Create Date: 10-26-2023
Release Creator: ___
Print/Export Analyst: ___
Print/Export Reviewer: ___
Release Complete Date: 10-26-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm.. | Status | Format | Destination | Destination Sub.. | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**

Send To | Print Release | Export Release | Print/Export See Through Release

**Release Letter:**

Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

HighView FDPS Case: 1156663-1 PARME, LINDSAY  (Case ID = 695045), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00   Date: 11-09-2016   User: [                    ]   Update

Requester Fee Category: Other

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add   Remove

Date: 10-26-2023   User: [                    ]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-26-2023   Fee Type: [          ]   Amount: [          ]   Add

Case Fees: [                    ]   Remove

b6 -1
b7C -1

Screenshot Sample-374

HighView FDPS Case: 1156661-1 PARME, LINDSAY  (Case ID = 695045), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b6 -1
b7C -1
b7E -3

HighView FDPS Case: 1157021-0 STOP HUNTINGTON ANIMAL CRUELTY (SHAC) (Case ID = 658135), Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**
Type: FOIA
Sub Type: Pre Processed
Sub Sub Type:
FOI/PA #: 1157021 - 0
Requester Category: Private Citizen
Requested Media: Paper
Case Size:

**Case ETNs**
Create Duplicate ETN
Delete Duplicate ETN

**Subject**
Description: STOP HUNTINGTON ANIMAL CRUELTY (SHAC)
Sub Desc:
Type: Individual
Category:

**Requester**
Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

**Originating Offices**

Selected
FBI Headquarters

HQ - FBI Headquarters
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

Select >>
<< Remove

**Negotiations**
To:     From:     Date: 10-20-2023

<< Add
>> Remove

b7E -3

Screenshot Sample-376

HighView FDPS Case: 1157021-0 STOP HUNTINGTON ANIMAL CRUELTY (SHAC)  (Case ID = 658135), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow
Updated: 11-12-2019   By:
Disposition: Closed

**Closed**
Reason: Duplicate Request
Other Desc:

On: 06-27-2011   By:
Reviewer:

**Reopened**
Reason:
On: 10-20-2023   By:

Received Date: 11-12-2019   By:
Created Date: 11-12-2019   By:
Perfected Date: 11-12-2019   By:
Date Ready: 10-20-2023   By:
Reviewer:
Assigned FOIPA Date: 10-20-2023   By:

Direct Assign   Direct Assign User:
Suspension Reason:
Deadline: 10-20-2023   Processed Under:
Batch Search:   User:
Batch Date:

Info Flags

Info Flags Applied

Add >>

<< Remove

**Standard Pages**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**Non Imported**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**PreProcessed Pages**
Actual:   Removed:
Excluded:   Released:

**Standard Case Summary**
Total Pages:   Reviewed:   Removed:
Excluded:   Released Pages:

View OGA Status Summary

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|
| 2013-07-25 | Closed | Remanded (FOI/PA Process) | 134 | | 2011-10-14 | |
| 2013-07-25 | Closed | Closed Administratively | 201102679 | | 2011-08-15 | |

Appeal References:

b6 -1
b7C -1
b7E -3

b6 -1
b7C -1
b7E -3

b6 -1,5
b7C -1,5

Screenshot Sample-377







b7A -1
b7E -4

Screenshot Sample-380



Screenshot Sample-381







b7E -3

Screenshot Sample-384

HighView FDPS Case: 1157021-0 STOP HUNTINGTON ANIMAL CRUELTY (SHAC)  (Case ID = 658135), Work Items []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**OGA Coordination**

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**OGA Coordination Item(s)**

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**User Information**

OGA WI Owner: [ ]     Last Modified User: [ ]     Last Modified Date: [10-20-2023]

**OGA Coordination Item Information**

OGA: [ ]     Coord Type: [ ]     Coord Status: [ ]

Address: [ ]

Page(s)     Returned Page(s)/Analyst/Date

Classification: [ ]     Sent To OGA Date: [10-20-2023]

Disposition: [ ]     Deadline Date: [10-20-2023]

Disposition Reason: [ ]     Return Date: [10-20-2023]

Disposition User: [ ]     Disposition Date: [10-20-2023]     Update



HighView FDPS Case: 1157021-0 STOP HUNTINGTON ANIMAL CRUELTY (SHAC)  (Case ID = 658135), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [          ]  Format: [          ]  Status: [                    ]

Destination: [              ]          [ Delete ]

Release Create Date: [ 10-28-2023 ▼]
Release Creator: [                    ]
Print/Export Analyst: [                    ]
Print/Export Reviewer: [                    ]
Release Complete Date: [ 10-28-2023 ▼]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 224869 | 06-27-2011 | Migra... | Released and Delivered | Paper | Other/Internal | 06-27-2011 | 0 | 0 | 1138 | 1138 |

**Release Item(s):**     [ Send To ]  [ Print Release ]  [ Export Release ]

Credits: [                    ]

Credit Date: [ 10-28-2023 ▼]
Credit Amount: [          ]
[                    ]

**Release Letter:**     [ Print WI ]  [ Export WI ]

[ Apply Credit ]

[ Add Release Letter ]  [ Print Release Letter ]  [ Export Release Letter ]

HighView FDPS Case: 1157021-0 STOP HUNTINGTON ANIMAL CRUELTY (SHAC)  {Case ID = 658135}, Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [____]   Format: [____]   Status: [____]

Release Create Date: [10-20-2020]

Destination: [____]   Destination Sub-type: [____]

Release Creator: [____]

Print/Export Analyst: [____]

Print/Export Reviewer: [____]

Delete

Release Complete Date: [10-20-2020]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub... | Closed | Cost | Pac |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**     Send To | Print Release | Export Release | Print/Export See Through  Release

**Release Letter:**     Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-388

HighView FDPS Case: 1157021-0 STOP HUNTINGTON ANIMAL CRUELTY (SHAC) {Case ID = 658135}, Work Items []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

b6 -1
b7C -1

**Case Max Fee**

Amount: 0.00    Date: 11-12-2010    User: [          ]    Update    Requester Fee Category: [          ▾]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

Date: 10-20-2023    User: [          ]

**Case Applied Fees**

(Fee Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023 ▾    Fee Type: [          ▾]    Amount: [          ]    Add

Case Fees: [                                ]    Remove

HighView FDPS Case: 1157021-0 STOP HUNTINGTON ANIMAL CRUELTY (SHAC)  {Case ID = 658135}, Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b6 -1
b7C -1
b7E -3

Screenshot Sample-390

HighView FOIPS Case: 1157021-0 STOP HUNTINGTON ANIMAL CRUELTY (SHAC)  (Case ID = 682319)  Work Item:

**Case Summary** | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**

Type: Appeal          Sub Type: FOIA          Sub Sub Type:

FOI/PA #: 1157021 - 0          Requester Category: Private Citizen          Requested Media: Paper

Case Size:          Appeal Number: 2011G2079          View Original Case

**Case ETNs**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**

Description: STOP HUNTINGTON ANIMAL CRUELTY (SHAC)          Sub Desc:

Type: Individual          Category:

**Requester**

Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

**Originating Offices**

| | Selected |
|--|----------|
| HQ - FBI Headquarte | FBI Headquarters |
| AA - Ankara | |
| AC - Accra | |
| AD - Abu Dhabi | |
| AG - Algiers | |
| AH - Athens | |
| AL - Albany | |
| AM - Amman | |
| AN - Anchorage | |

Select >>          << Remove

**Negotiations**

To:          From:          Date: 10-29-2029

<< Add          >> Remove

b7E -3

Screenshot Sample-391

HighView FDPS Case: 1157021-0 STOP HUNTINGTON ANIMAL CRUELTY (SHAC)  (Case ID = 682319), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow
Updated: 08-15-2011 By:
Disposition: Closed

**Closed**
Reason:
Other Desc:

On: 10-01-2011 By: ADMIN
Reviewer:

**Reopened**
Reason:
On: 10-20-2023 By:

Received Date: 08-15-2011 By:
Created Date: 08-15-2011 By: ADMIN
Perfected Date: 08-15-2011 By:
Date Ready: 10-20-2023 By:
Reviewer:

Assigned FOIPA Date: 10-20-2023 By:
Direct Assign    Direct Assign User:
Suspension Reason:
Deadline: 10-20-2023    Processed Under:
Batch Search:    User:
Batch Date:

Info Flags

Info Flags Applied

Add >>
<< Remove

**Standard Pages**
Actual    Reviewed    Removed:
Excluded:    Released:

**Non Imported**
Actual    Reviewed:    Removed:
Excluded:    Released:

**PreProcessed Pages**
Actual    Removed:
Excluded:    Released:

**Standard Case Summary**
Total Pages:    Reviewed    Removed:
Excluded:    Released Pages:

View OGA Status Summary

Appeal References:

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|

b7E -3

b7E -3

Screenshot Sample-392



Screenshot Sample-393



Screenshot Sample-394



Screenshot Sample-395



Screenshot Sample-396



Screenshot Sample-397





b7E -3

HighView FOPS Case: 1157021-0 STOP HUNTINGTON ANIMAL CRUELTY (SHAC)  {Case ID = 682319}  Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**OGA Coordination**

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|

**OGA Coordination Item(s)**

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|

**User Information**

OGA WI Owner: _____   Last Modified User: _____   Last Modified Date: 10-20-2023

**OGA Coordination Item Information**

OGA: _____   Coord Type: _____   Coord Status: _____

Address: _____

Page(s)

Returned Page(s)/Analyst/Date

Classification: _____   Sent To OGA Date: 10-20-2023

Disposition: _____   Deadline Date: 10-20-2023

Disposition Reason: _____   Return Date: 10-20-2023

Disposition User: _____   Disposition Date: 10-20-2023   Update

>>

<<

Screenshot Sample-400

Case 1:13-cv-00555-RDM   Document 204-2   Filed 11/22/23   Page 402 of 908

**Release Destination Type***

○ Requester     ○ OGA     OGA Release Dest Sub Type:

## Ready Work Item(s)

| Description | Ready Date |
|-------------|------------|
|             |            |

## Ready Letter Work Item(s)

| Description |
|-------------|
|             |

**Create Release**

Add   Remove

**Standard**
Reviewed: 0   Released: 0

**PreProcessed**
Released: 0

Reference:

### Work Item(s) to Release

Segment: 
Format: 
Date: 10-20-2023

### Letter to Release

Create Release

HighView FDPS Case: 1157021-0 STOP HUNTINGTON ANIMAL CRUELTY (SHAC)  (Case ID = 682319), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [        ]   Format: [        ]   Status: [        ]

Destination: [        ]          [ Delete ]

Release Create Date: [ 10-20 2023 ]
Release Creator: [        ]
Print/Export Analyst: [        ]
Print/Export Reviewer: [        ]
Release Complete Date: [ 10-20 2023 ]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**Release Item(s):**          Send To    Print Release    Export Release

Credits: [        ]

Credit Date: [ 10-20-2023 ]
Credit Amount: [        ]

Apply Credit

**Release Letter:**          Print WI    Export WI

Add Release Letter    Print Release Letter    Export Release Letter

HighView FDPS Case: 1157021-0 STOP HUNTINGTON ANIMAL CRUELTY (SHAC)  (Case ID = 682319), Work Item: 0

Segment: 

Format: 

Status: 

Release Create Date: 10-28-2023

Release Creator:

Destination: 

Destination Sub-type: 

Print/Export Analyst:

Print/Export Reviewer:

Delete

Release Complete Date: 10-28-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|-------------|------|-------|--------|--------|-------------|-----------------|--------|------|-----|
|  |  |  |  |  |  |  |  |  |  |

**Release Item(s):**

Send To    Print Release    Export Release    Print/Export See Through  Release

**Release Letter:**

Print WI    Export WI

Add Release Letter    Print Release Letter    Export Release Letter

HighView FDPS Case: 1157021-0 STOP HUNTINGTON ANIMAL CRUELTY (SHAC)  (Case ID = 682319), Work Items

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00   Date: Jun-16-2011   User: ADMIN   Update   Requester Fee Category: [            ]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add   Remove

Date: 10-20-2023   User: [            ]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023   Fee Type: [        ]   Amount: [        ]   Add

Case Fees: [            ]   Remove

Screenshot Sample-404

HighView FDPS Case: 1157021-0 STOP HUNTINGTON ANIMAL CRUELTY (SHAC)  (Case ID = 682319), Work Items

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|-----------|---------------|------|

b7E -3

Screenshot Sample-405

HighView FDPS Case: 1157021-0 STOP HUNTINGTON ANIMAL CRUELTY (SHAC)  (Case ID = 686530); Work Item: 0

b7E -3

**Case Summary** | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case:**
Type: Appeal    Sub Type: FOIA    Sub Sub Type:
FOI/PA #: 1157021 - 0    Requester Category: Private Citizen    Requested Media: Paper
Case Size:     Appeal Number: 134    View Original Case

**Case ETNs:**
Create Duplicate ETN
Delete Duplicate ETN

**Subject:**
Description: STOP HUNTINGTON ANIMAL CRUELTY (SHAC)    Sub Desc:
Type: Individual    Category:

**Requester:**
Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

**Originating Offices**

| | Selected |
|------|----------|
| HQ - FBI Headquarte | FBI Headquarters |
| AA - Ankara | |
| AC - Accra | |
| AD - Abu Dhabi | |
| AG - Algiers | |
| AH - Athens | |
| AL - Albany | |
| AM - Amman | |
| AN - Anchorage | |

Select >>
<< Remove

**Negotiation:**
To:    From:    Date: 10-20-2023

<< Add
>> Remove

Screenshot Sample-406

HighView FDPS Case: 1157021-0 STOP HUNTINGTON ANIMAL CRUELTY (SHAC) (Case ID = 686530). Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 10-14-2011   By:

Disposition: Closed

**Closed**
Reason:
Other Desc:
On: 03-13-2012   By: ADMIN
Reviewer:

**Reopened**
Reason:
On: 10-20-2023   By:

Received Date: 10-14-2011   By:
Created Date: 10-14-2011   By: ADMIN
Perfected Date: 10-14-2011   By:
Date Ready: 10-20-2023   By:
Reviewer:
Assigned FOIPA Date: 10-20-2023   By:

Direct Assign   Direct Assign User:
Suspension Reason:
Deadline: 10-20-2023   Processed Under:
Batch Search:   User:
Batch Date:

Info Flags                Info Flags Applied

Add >>
<< Remove

**Standard Pages**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**Non Imported**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**PreProcessed Pages**
Actual:   Removed:
Excluded:   Released:

**Standard Case Summary**
Total Pages:   Reviewed:   Removed:
Excluded:   Released Pages:

View OGA Status Summary

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Rec'd | Assigned To |
|---|---|---|---|---|---|---|
| | | | | | | |

Appeal References:

b7E -3

b7E -3

Screenshot Sample-407



Screenshot Sample-408







Screenshot Sample-411



HighView FDPS Case: 1157021-0 STOP HUNTINGTON ANIMAL CRUELTY (SHAC) (Case ID = 686530), Work Items 0

| Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History |

Administrative Documents

Screenshot Sample-413

b7E -3

HighView FDPS Case: 1157021-0 STOP HUNTINGTON ANIMAL CRUELTY (SHAC) (Case ID = 686530); Work Items [

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Filter by Work Item Type: All

| Description | Queue | Status | Type | From | Assigned | Pages Reviewed | Pages Released | Approved/Sealed | Released |
|---|---|---|---|---|---|---|---|---|---|

**Processing Information**

Standard
Actual: ___ Reviewed: ___ Removed: ___
Excluded: ___ Released: ___

OGA
Actual: ___ Reviewed: ___ Removed: ___
Excluded: ___ Released: ___

Preprocessed
Actual: ___ Removed: ___
Excluded: ___ Released: ___

User: ___
Reviewer: ___
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023
Update Processing Info

**Classification Information**

Sent to CU   Sent to CU Date: 10-20-2023
Reviewed: ___ Withheld In Full: ___
Declass: ___ Partial: ___
Unclass: ___
User: ___
Reviewer: ___
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023
Return To Processing: 10-20-2023   Update CU Info

WI Created: 10-20-2023   WI Closed: 10-20-2023
Description: ___
Type: ___
Status: ___
Update WI

Screenshot Sample-414



Screenshot Sample-415

HighView FDPS Case: 1157021-0 STOP HUNTINGTON ANIMAL CRUELTY (SHAC)   (Case ID = 686530), Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Release Destination Type***

⦿ Requester          ○ OGA          OGA Release Dest Sub Type:  [                    ]

**Ready Work Item(s)**

| Description | Ready Date |
| --- | --- |
|  |  |

**Ready Letter Work Item(s)**

| Description |
| --- |
|  |

**Create Release**

[ Add ]  [ Remove ]

**Standard**
Reviewed: 0    Released: 0

**PreProcessed**
Released: 0

Reference:

**Work Item(s) to Release**

Segment: [              ▼]
Format: [              ▼]
Date: [ 10-20-2023 ▼]

**Letter to Release**

[ Create Release ]

Screenshot Sample-416

HighView FDPS Case: 1157021-0 STOP HUNTINGTON ANIMAL CRUELTY (SHAC)  (Case ID = 686530); Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: 

Format: 

Status: 

Destination: 

Delete

Release Create Date: 10-20-2023

Release Creator: 

Print/Export Analyst: 

Print/Export Reviewer: 

Release Complete Date: 10-20-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**Release Item(s):**

Send To   Print Release   Export Release

Credits:

Credit Date: 10-20-2023

Credit Amount: 

**Release Letter:**

Print WI   Export WI

Apply Credit

Add Release Letter   Print Release Letter   Export Release Letter

Screenshot Sample-417

HighView FDPS Case: 1157021-0 STOP HUNTINGTON ANIMAL CRUELTY (SHAC)  (Case ID = 686530), Work Items []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [        ]   Format: [        ]   Status: [                    ]

Release Create Date: [10-19-2023 ▼]

Destination: [              ]   Destination Sub-type: [            ]

Release Creator: [              ]

Print/Export Analyst: [              ]

Delete

Print/Export Reviewer: [              ]

Release Complete Date: [10-19-2023 ▼]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**   Send To | Print Release | Export Release | Print/Export See Through  Release

**Release Letter:**   Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

HighView FDPS Case: 1157021-0 STOP HUNTINGTON ANIMAL CRUELTY (SHAC)  (Case ID = 686530), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00    Date: 10-14-2011    User: ADMIN    Update    Requester Fee Category: [            ]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

Date: 10-20-2023    User: [            ]

**Case Applied Fees**

(Fix Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023    Fee Type: [            ]    Amount: [            ]    Add

Case Fees: [            ]    Remove

Screenshot Sample-419

HighView FDPS Case: 1157021-0 STOP HUNTINGTON ANIMAL CRUELTY (SHAC)  (Case ID = 686530)  Work Items {}

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|-----------|---------------|------|

b7E -3

Screenshot Sample-420

HighView FDPS Case: 1157021-1 STOP HUNTINGTON ANIMAL CRUELTY (SHAC)  (Case ID = 681658)  Work Item=

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

b7E -3

**Case**

Type: Appeal
Sub Type: FOIA
Sub Sub Type:

FOI/PA #: 1157021 - 1
Requester Category: Private Citizen
Requested Media: Paper

Case Size:
Appeal Number: 135
View Original Case

**Case ETNs**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**

Description: STOP HUNTINGTON ANIMAL CRUELTY (SHAC)
Sub Desc:

Type: Individual
Category:

**Requester**

Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

**Originating Office:**

| | Selected |
|---|---|
| HQ - FBI Headquarte | FBI Headquarters |
| AA - Ankara | |
| AC - Accra | |
| AD - Abu Dhabi | |
| AG - Algiers | |
| AH - Athens | |
| AL - Albany | |
| AM - Amman | |
| AN - Anchorage | |

Select >>

<< Remove

**Negotiations**

To:
From:
Date: 10-26-2023

<< Add

>> Remove

Screenshot Sample-421

HighView FDPS Case: 1157021-1 STOP HUNTINGTON ANIMAL CRUELTY (SHAC)  (Case ID = 681658)  Work Items 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 10-14-2011   By:

Disposition: Closed

**Closed**
Reason:

Other Desc:

On: 03-26-2012   By:

Reviewer:

**Reopened**
Reason:

On: 10-20-2023   By:

Received Date: 10-14-2011   By:

Created Date: 10-14-2011   By: ADMIN

Perfected Date: 10-14-2011   By:

Date Ready: 10-20-2023   By:

Reviewer:

Assigned FOIPA Date: 10-20-2023   By:

☐ Direct Assign     Direct Assign User:

Suspension Reason:

Deadline: 10-20-2023     Processed Under:

Batch Search:     User:

Batch Date:

Info Flags

Info Flags Applied

Add >>

<< Remove

**Standard Pages**
Actual     Reviewed     Removed

Excluded     Released

**Non Imported**
Actual     Reviewed     Removed

Excluded     Released

**PreProcessed Pages**
Actual     Removed

Excluded     Released

**Standard Case Summary**
Total Pages     Reviewed     Removed

Excluded     Released Pages:

View OGA Status Summary

Appeal References:

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|
| | | | | | | |

b7E  -3

b7E  -3

Screenshot Sample-422





Screenshot Sample-424





Screenshot Sample-426



Screenshot Sample-427





b7E -3

HighView FDPS Case: 1157021-1 STOP HUNTINGTON ANIMAL CRUELTY (SHAC)  (Case ID = 681658), Work Item: {}

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

### OGA Coordination

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

### OGA Coordination Item(s)

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### User Information

OGA WI Owner: [ ]   Last Modified User: [ ]   Last Modified Date: [ 10-20-2023 ]

### OGA Coordination Item Information

OGA: [ ]   Coord Type: [ ]   Coord Status: [ ]

Address: [ ]

Classification: [ ]   Sent To OGA Date: [ 10-20-2023 ]

Disposition: [ ]   Deadline Date: [ 10-20-2023 ]

Disposition Reason: [ ]   Return Date: [ 10-20-2023 ]

Disposition User: [ ]   Disposition Date: [ 10-20-2023 ]

Page(s)

Returned Page(s)/Analyst/Date

Update

Screenshot Sample-430

HighView FDPS Case: 1157021-1 STOP HUNTINGTON ANIMAL CRUELTY (SHAC)  (Case ID = 681658), Work Items [

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Release Destination Type***

◉ **Requester**      ○ **OGA**      OGA Release Dest Sub Type*: [_____]

**Ready Work Item(s)**

| Description | Ready Date |
|---|---|
| | |

**Ready Letter Work Item(s)**

| Description |
|---|
| |

**Create Release**

Add    Remove

**Standard**
Reviewed: 0    Released: 0

**PreProcessed**
Released: 0

Reference:

**Work Item(s) to Release**

Segment: [_____]

Format: [_____]

Date: [ 10-20-2023 ]

**Letter to Release**

Create Release

Screenshot Sample-431

Case 1:13-cv-00555-RDM   Document 204-2   Filed 11/22/23   Page 433 of 908

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment:  
Format:  
Status:  
Destination:  

Delete

Release Create Date: 10-26-2023  
Release Creator:  
Print/Export Analyst:  
Print/Export Reviewer:  
Release Complete Date: 10-26-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**

Send To | Print Release | Export Release

Credits:

Credit Date: 10-26-2023  
Credit Amount:

**Release Letter:**

Print WI | Export WI

Apply Credit

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-432

HighView FDPS Case: 1157021-1 STOP HUNTINGTON ANIMAL CRUELTY (SHAC)  (Case ID = 681658), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [                    ]   Format: [                ]   Status: [                              ]

Destination: [                  ]   Destination Sub-type: [                    ]

Delete

Release Create Date: [10-30-2023]
Release Creator: [                    ]
Print/Export Analyst: [                    ]
Print/Export Reviewer: [                    ]
Release Complete Date: [10-30-2023]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|-------------|------|-------|--------|--------|-------------|-----------------|--------|------|-----|

**Release Item(s):**   Send To   Print Release   Export Release   Print/Export See Through   Release

**Release Letter:**   Print WI   Export WI

Add Release Letter   Print Release Letter   Export Release Letter

Screenshot Sample-433



HighView FDPS Case: 1157021-1 STOP HUNTINGTON ANIMAL CRUELTY (SHAC)  (Case ID = 681658); Work Items ()

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b7E -3

Screenshot Sample-435

HighView FDPS Case: 1157021-1 STOP HUNTINGTON ANIMAL CRUELTY (SHAC).  (Case ID = 671963), Work Item: []

b7E -3

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case:**

Type: FOIA   Sub Type: Standard   Sub Sub Type:

FOI/PA #: 1157021   Requester Category: Private Citizen   Requested Media: Paper

Case Size:

**Case ETNs**

Create Duplicate ETN

Delete Duplicate ETN

**Subject:**

Description: STOP HUNTINGTON ANIMAL CRUELTY (SHAC).   Sub Desc:

Type: Individual   Category:

**Requester:**

Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

**Originating Offices**

HQ - FBI Headquarters
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

Selected
FBI Headquarters

Select >>
<< Remove

**Negotiations**

To:    From:    Date: 10-20-2023

<< Add
>> Remove

Screenshot Sample-436

HighView FDPS Case: 1157021-1 STOP HUNTINGTON ANIMAL CRUELTY (SHAC), (Case ID = 671963), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner: FOI/PA Team 6.0

Current Status: FOI/PA - Awaiting assignment

Updated: 06-02-2020   By:

Disposition: Open

**Closed**
Reason:
Other Desc:

On:   By:
Reviewer:

**Reopened**
Reason:
On: 08-03-2011   By:

Received Date: 11-12-2018   By:
Created Date: 11-12-2018   By:
Perfected Date: 11-12-2018   By:
Date Ready: 06-02-2020   By:
Reviewer:
Assigned FOIPA Date: 06-03-2020   By:

☑ Direct Assign   Direct Assign User:
Suspension Reason:
Deadline: 10-20-2023   Processed Under:
Batch Search:   User:
Batch Date:

Info Flags
Info Flags Applied

Add >>
<< Remove

**Standard Pages**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**Non Imported**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**PreProcessed Pages**
Actual:   Removed:
Excluded:   Released:

**Standard Case Summary**
Total Pages:   Reviewed:   Removed:
Excluded:   Released Pages:

View OGA Status Summary

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|
| 2013-07-25 | Closed | Affirmed | 135 | | 2011-10-14 | |

Appeal References

b6 -1
b7C -1
b7E -3

b6 -1
b7C -1
b7E -3

b6 -5
b7C -5

Screenshot Sample-437



b6 -1
b7C -1

Screenshot Sample-438





Screenshot Sample-440



Screenshot Sample-441

HighView FDPS Case: 1157021-1 STOP HUNTINGTON ANIMAL CRUELTY (SHAC),  (Case ID = 671963), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Title | DocID | Create Date | To OCR | OCR D... | Appr Offi... | Vault | Seal... |
|-------|-------|-------------|--------|----------|-------------|-------|---------|

Work Item Object Information
Current OGA Work Item Objects:

Work Item Assignment

Case Owner Report

HighView FDPS Case: 1157023-1 STOP HUNTINGTON ANIMAL CRUELTY (SHAC), (Case ID = 671983), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

- Administrative Documents
- Outgoing OGA Correspondence
- Outgoing Requester Correspondence

b6 -1
b7A -1
b7C -1
b7E -3,4,7

HighView FDPS Case: 1157021-1 STOP HUNTINGTON ANIMAL CRUELTY (SHAC),  {Case ID = 671953}, Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Filter by Work Item Type: All

| Description | Queue | Status | Type | From | Assigned | Pages Reviewed | Pages Released | Approved/Sealed | Released |
|---|---|---|---|---|---|---|---|---|---|

**Processing Information**

Standard
Actual: | Reviewed: | Removed:
Excluded: | Released:

OGA
Actual: | Reviewed: | Removed:
Excluded: | Released:

Preprocessed
Actual: | Removed:
Excluded: | Released:

User:
Reviewer:
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023

Update Processing Info

**Classification Information**

Sent to CU   Sent to CU Date: 10-20-2023

Reviewed: | Withheld In Full:
Declass: | Partial:
Unclass:

User:
Reviewer:
Initial Review Date: 10-20-2023
Final Review Date 10-20-2023
Return To Processing: 10-20-2023

Update CU Info

WI Created: 10-20-2023   WI Closed: 10-20-2023
Description:
Type:
Status:

Update WI

Screenshot Sample-444





HighView FDPS Case: 1157021-1 STOP HUNTINGTON ANIMAL CRUELTY (SHAC), (Case ID = 671963), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [            ]   Format: [            ]   Status: [            ]

Release Create Date: [ 10-20-2023 ]

Destination: [            ]        [ Delete ]

Release Creator: [            ]

Print/Export Analyst: [            ]

Print/Export Reviewer: [            ]

Release Complete Date: [ 10-20-2023 ]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**Release Item(s):**        [ Send To ]   [ Print Release ]   [ Export Release ]

Credits: [            ]

Credit Date: [ 10-20-2023 ]

Credit Amount: [            ]

**Release Letter:**        [ Print WI ]   [ Export WI ]

[ Apply Credit ]

[ Add Release Letter ]   [ Print Release Letter ]   [ Export Release Letter ]

Screenshot Sample-447

HighView FDPS Case: 1157021-1 STOP HUNTINGTON ANIMAL CRUELTY (SHAC), (Case ID = 671963). Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | **OGA Releases** | Case Fees | Case History

Segment:

Format:

Status:

Destination:

Destination Sub-type:

Delete

Release Create Date:   13-20-2023

Release Creator:

Print/Export Analyst:

Print/Export Reviewer:

Release Complete Date:   13-20-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Destination Sub... | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**

Send To    Print Release    Export Release    Print/Export See Through Release

**Release Letter:**

Print WI    Export WI

Add Release Letter    Print Release Letter    Export Release Letter

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00    Date: 11-12-2010    User:                    [Update]    Requester Fee Category: Favored

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

[Add]    [Remove]

Date: 10-20-2023    User:

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023    Fee Type:          Amount:              [Add]

Case Fees:

[Remove]

b6 -1
b7C -1

Screenshot Sample-449

HighView FDPS Case: 1157021-1 STOP HUNTINGTON ANIMAL CRUELTY (SHAC), {Case ID = 671963}, Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b6 -1
b7C -1
b7E -3

b7E -3

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case:**
Type: FOIA
Sub Type: Standard
Sub Sub Type:
FOI/PA #: 1159897 - 0
Requester Category:
Requested Media: Paper
Case Size:

**Case ETNs**
Create Duplicate ETN
Delete Duplicate ETN

**Subject:**
Description: KITCHEN, HYRAM (02/08/1990 MURDER)
Sub Desc:
Type: Individual
Category:

**Requester:**
Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

**Originating Offices**
HQ - FBI Headquarte
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

Selected
FBI Headquarters

Select >>
<< Remove

**Negotiations**
To:
From:
Date: 10-20-2025

<< Add
>> Remove

Screenshot Sample-451

HighView FDPS Case: 1159897-0 KITCHEN, HYRAM (02/08/1990 MURDER) (Case ID = 663530), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Work flow

Updated: 01-30-2013    By:

Disposition: Closed

**Closed**
Reason: Partial Grant / Partial Denial (includes partial grant/no records responses)

Other Desc:

On: 04-19-2011    By:

Reviewer:

**Reopened**
Reason:

On: 10-20-2022    By:

Received Date: 01-06-2011    By:

Created Date: 01-06-2011    By:

Perfected Date: 01-06-2011    By:

Date Ready: 02-08-2011    By:

Reviewer:

Assigned FOIPA Date: 02-10-2011    By:

Direct Assign    Direct Assign User:

Suspension Reason:

Deadline: 10-20-2023    Processed Under: FOIA

Batch Search:    User:

Batch Date:

Info Flags    Info Flags Applied

Add >>

<< Remove

**Standard Pages**
Actual:    Reviewed:    Removed:
Excluded:    Released:

**PreProcessed Pages**
Actual:    Removed:
Excluded:    Released:

**Non-Imported**
Actual:    Reviewed:    Removed:
Excluded:    Released:

**Standard Case Summary**
Total Pages:    Reviewed:    Removed:
Excluded:    Released Pages:

View OGA Status Summary

| Appeal References: | Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|---|
| | 2013-07-25 | Closed | Remanded (FOI/PA Process) | 201201153 | | 2012-01-20 | |

b6  -1
b7C -1
b7E -3

b7E -3

b6  -5
b7C -5

Screenshot Sample-452





Screenshot Sample-454



b3 -1
b7A -1
b7E -4,7



Screenshot Sample-456



Screenshot Sample-457



Screenshot Sample-458



b7E -3

Screenshot Sample-459



HighView FDPS Case: 1159897-0 KITCHEN, HYRAM (02/08/1990 MURDER)  (Case ID = 663530), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Release Destination Type**

( • ) Requester     ( ) OGA     OGA Release Dest Sub Type:

**Ready Work Item(s)**

| Description | Ready Date |
|---|---|
|  |  |

**Ready Letter Work Item(s)**

| Description |
|---|
|  |

**Create Release**

[ Add ]  [ Remove ]

Standard
Reviewed: 0    Released: 0

PreProcessed
Released: 0

Reference:

**Work Item(s) to Release**

Segment:
Format:
Date: 10-26-2023

**Letter to Release**

[ Create Release ]

Screenshot Sample-461

HighView FDPS Case: 1159897-0 KITCHEN, HYRAM (02/08/1990 MURDER)  (Case ID = 663530), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment:
Format:
Status:

Destination:

Release Create Date: 10-20-2023
Release Creator:
Print/Export Analyst:
Print/Export Reviewer:
Release Complete Date: 10-20-2023

Delete

**Releases:**  (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 64457 | 04-19-2011 | Migra... | Released and Delivered | Paper | Other/Internal | 04-19-2011 | 0 | 47 | 0 | 0 |

**Release Item(s):**

Send To    Print Release    Export Release

Credits:

Credit Date: 10-20-2023
Credit Amount:

**Release Letter:**

Print WI    Export WI

Apply Credit

Add Release Letter    Print Release Letter    Export Release Letter

HighView FDPS Case: 1159897-0 KITCHEN, HYRAM (02/08/1990 MURDER) (Case ID = 663536), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [          ▾]   Format: [          ▾]   Status: [                              ▾]

Release Create Date: [ 10-20-2023 ▾]

Destination: [                    ▾]   Destination Sub-type: [              ▾]

Release Creator: [                    ]

Print/Export Analyst: [                    ]

Print/Export Reviewer: [                    ]

[ Delete ]

Release Complete Date: [ 10-20-2023 ▾]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|-------------|------|-------|--------|--------|-------------|-----------------|--------|------|-----|

**Release Item(s):**

[ Send To ]  [ Print Release ]  [ Export Release ]  [ Print/Export See Through Release ]

**Release Letter:**

[ Print WI ]  [ Export WI ]

[ Add Release Letter ]  [ Print Release Letter ]  [ Export Release Letter ]

Screenshot Sample-463

HighView FDPS Case: 1159897-0 KITCHEN, HVRAM (02/08/1990 MURDER)  (Case ID = 663530), Work Item: []

b6 -1
b7C -1

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00    Date: 01-06-2011    User: [          ]    Update    Requester Fee Category: [          ]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

[          ]

Date: 10-20-2023    User: [          ]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023    Fee Type: [          ]    Amount: [          ]    Add

Case Fees: [          ]    Remove

HighView FDPS Case: 1159897-0 KITCHEN, HYRAM (02/08/1990 MURDER) (Case ID = 665530) Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b7E -3

Case 1:13-cv-00555-RDM Document 204-2 Filed 11/22/23 Page 467 of 908

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**

Type: Appeal
Sub Type: FOIA
Sub Sub Type:

FOI/PA #: 1159897 - 0
Requester Category:
Requested Media: Paper

Case Size:
Appeal Number: 2012001153
View Original Case

**Case ETNs**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**

Description: KITCHEN, HYRAM (02/08/1990 MURDER)
Sub Desc:
Type: Individual
Category:

**Requester**

Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

**Originating Offices**

| | Selected |
|---|---|
| HQ - FBI Headquarters | FBI Headquarters |
| AA - Ankara | |
| AC - Accra | |
| AD - Abu Dhabi | |
| AG - Algiers | |
| AH - Athens | |
| AL - Albany | |
| AM - Amman | |
| AN - Anchorage | |

Select >
<< Remove

**Negotiation**

To:
From:
Date: 10-20-2023

<< Add
>> Remove

b7E -3

Screenshot Sample-466



Screenshot Sample-467





Screenshot Sample-469



Screenshot Sample-470

HighView FDPS Case: 1159897-0 KITCHEN, HYRAM (02/08/1990 MURDER)  (Case ID = 685953), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History |

| Title | DocID | Create Date | To OCR | OCR D... | Appr Offi... | ETS Date | Policy | Policy Na... | Analyst | Vault | Seal... |
|-------|-------|-------------|--------|----------|-------------|----------|--------|-------------|---------|-------|--------|

Work Item Object Information
Current Work Item Object(s)

Create Work Item
Objects for New Work Item    Add    Remove

Description
Assign To                              Unassigned        Create

Work Item Assignment
Case Owner Report

Screenshot Sample-471



Screenshot Sample-472





b7E -3

Screenshot Sample-474



Screenshot Sample-475



HighView FDPS Case: 1159897-0 KITCHEN, HYRAM (02/03/1990 MURDER) (Case ID = 685853), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: _____  Format: _____   Status: _____

Release Create Date: 10-20-2023

Release Creator: _____

Destination: _____   Delete

Print/Export Analyst: _____

Print/Export Reviewer: _____

Release Complete Date: 10-20-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**Release Item(s):**   Send To | Print Release | Export Release

Credits: _____

Credit Date: 10-20-2023
Credit Amount: _____

**Release Letter:**   Print WI | Export WI

Apply Credit

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-477

HighView FDPS Case: 1159897-0 KITCHEN, HYRAM (02/03/1990 MURDER) (Case ID = 685853) Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [ ]   Format: [ ]   Status: [ ]

Destination: [ ]   Destination Sub-type: [ ]

Release Create Date: [ 10-20-2023 ]
Release Creator: [ ]
Print/Export Analyst: [ ]
Print/Export Reviewer: [ ]
Release Complete Date: [ 10-20-2023 ]

Delete

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub ... | Closed | Cost | Pag |
|-------------|------|-------|--------|--------|-------------|---------------------|--------|------|-----|
| | | | | | | | | | |

**Release Item(s):**

Send To    Print Release    Export Release    Print/Export See Through Release

**Release Letter:**

Print WI    Export WI

Add Release Letter    Print Release Letter    Export Release Letter

Screenshot Sample-478

HighView FDPS Case: 1159897-0 KITCHEN, HYRAM (02/08/1990 MURDER)  (Case ID = 665853), Work Items: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00   Date: 01-20-2012   User: ADMIN   Update   Requester Fee Category: [ ]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add   Remove

Date: 10-20-2023   User: [ ]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023   Fee Type: [ ]   Amount: [ ]   Add

Case Fees: [ ]   Remove

Screenshot Sample-479

HighView FDPS Case: 1158897-0 KITCHEN, HYRAM (02/08/1990 MURDER)  (Case ID = 685853); Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b7E -3

HighView FDPS Case: 1159897-1 KITCHEN, HYRAM (02/08/1990 MURDER)  (Case ID = 683704), Work Item: []

b7E -3

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**
Type: FOIA
Sub Type: Standard
Sub Sub Type:

FOI/PA #: 1159897       Requester Category:
Requested Media: Paper

Case Size:

**Case ETNs**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**
Description: KITCHEN, HYRAM (02/08/1990 MURDER)
Sub Desc:
Type: Individual       Category:

**Requester**
Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

**Originating Offices**
HQ - FBI Headquarter
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

Selected
FBI Headquarters

Select >>

<< Remove

**Negotiations**
To:       From:       Date: 10-26-2023

<< Add

>> Remove

Screenshot Sample-481

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 01-08-2011    By:

Disposition: Closed

**Closed**
Reason:

Other Desc:

On: 03-19-2011    By:

Reviewer:

**Reopened**
Reason:

On: 09-16-2011    By:

Received Date: 01-08-2011    By:

Created Date: 01-08-2011    By:

Perfected Date: 01-08-2011    By:

Date Ready: 10-23-2023    By:

Reviewer:

Assigned FOIPA Date: 10-23-2023    By:

☐ Direct Assign    Direct Assign User:

Suspension Reason:

Deadline: 10-23-2023    Processed Under:

Batch Search:    User:

Batch Date:

Info Flags

Info Flags Applied

Add >>

<< Remove

**Standard Pages**
Actual:    Reviewed:    Removed:
Excluded:    Released:

**PreProcessed Pages**
Actual:    Removed:
Excluded:    Released:

**Non Imported**
Actual:    Reviewed:    Removed:
Excluded:    Released:

**Standard Case Summary**
Total Pages:    Reviewed:    Removed:
Excluded:    Released Pages:

View OGA Status Summary

Appeal References:

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|
| | | | | | | |

b6 -1
b7C -1
b7E -3

b7E -3

Screenshot Sample-482





Screenshot Sample-484



Screenshot Sample-485



Screenshot Sample-486







b7E -3



HighView FDPS Case: 1159897-1 KITCHEN, HYRAM (02/08/1990 MURDER)  (Case ID = 683704), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Release Destination Type***

○ **Requester**        ○ **OGA**        OGA Release Dest Sub Type:

### Ready Work Item(s)

| Description | Ready Date |
|---|---|
| | |

### Ready Letter Work Item(s)

| Description |
|---|
| |

**Create Release**

| Add | Remove |

Standard: Reviewed: 0   Released: 0

PreProcessed: Released: 0

Reference:

**Work Item(s) to Release**

Segment: 
Format: 
Date: 10-20-2023

**Letter to Release**

Create Release

Screenshot Sample-491

HighView FDPS Case: 1159897-1 KITCHEN, HYRAM (02/08/1990 MURDER)  (Case ID = 683704),  Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [          ▼]    Format: [          ▼]    Status: [                              ▼]

Release Create Date: [10-20-2023 ▼]

Release Creator: [                    ]

Destination: [                    ]    [ Delete ]

Print/Export Analyst: [                    ]

Print/Export Reviewer: [                    ]

Release Complete Date: [10-20-2023 ▼]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**Release Item(s):**    [ Send To ]  [ Print Release ]  [ Export Release ]

Credits:
[                              ]

Credit Date: [10-20-2023 ▼]

Credit Amount: [                ]

[                              ]

[ Apply Credit ]

**Release Letter:**    [ Print WI ]  [ Export WI ]

[ Add Release Letter ]  [ Print Release Letter ]  [ Export Release Letter ]

HighView FDPS Case: 1159897-1 KITCHEN, HVRAM (02/08/1990 MURDER)  (Case ID = 688704), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [_____]  Format: [_____]   Status: [_____]

Release Create Date: [10-28-2023 ▼]

Destination: [_____]   Destination Sub-type: [_____ ▼]

Release Creator: [_____]

Print/Export Analyst: [_____]

Delete

Print/Export Reviewer: [_____]

Release Complete Date: [10-28-2023 ▼]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**Release Item(s):**

Send To | Print Release | Export Release | Print/Export See Through  Release

**Release Letter:**

Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

HighView FDPS Case: 1158897-1 KITCHEN, HYRAM (02/08/1998 MURDER)  (Case ID = 683704), Work Items: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00    Date: 01-08-2011    User: [        ]    Update

Requester Fee Category: [        ▼]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add      Remove

Date: 10-20-2023    User: [        ]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023    Fee Type: [        ▼]    Amount: [        ]    Add

Case Fees: [                    ]    Remove

b6  -1
b7C -1

Screenshot Sample-494



b7E -3

HighView FDPS Case: 1159897-2 KITCHEN, HYRAM (02/08/1996 MURDER)  (Case ID = 710595), Work Item: []

b7E -3

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**

Type: FOIA   Sub Type: Standard   Sub Sub Type:

FOI/PA #: 1159897   -2   Requester Category:   Requested Media: Paper

Case Size:

**Case ETNs**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**

Description: KITCHEN, HYRAM (02/08/1996 MURDER)   Sub Desc:

Type: Individual   Category:

**Requester**

Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

**Originating Offices**

| | Selected |
|---|---|
| HQ - FBI Headquarters<br>AA - Ankara<br>AC - Accra<br>AD - Abu Dhabi<br>AG - Algiers<br>AH - Athens<br>AL - Albany<br>AM - Amman<br>AN - Anchorage | FBI Headquarters |

Select >>

<< Remove

**Negotiations**

To:   From:   Date: 10-20-2023

<< Add

>> Remove

Screenshot Sample-496



b6 -1
b7C -1
b7E -3

b6 -1
b7C -1
b7E -3

Screenshot Sample-497





Screenshot Sample-499



b3 -1
b7E -4,7

Screenshot Sample-50



HighView FDPS Case: 1159897-2 KITCHEN, HYRAM (02/08/1990 MURDER)  (Case ID = 710595), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Title | DocID | Create Date | To OCR | OCR D... | Appr Offi... | ETS Date | Policy | Policy Na... | Analyst | Vault | Seal... |
|---|---|---|---|---|---|---|---|---|---|---|---|

100A-NY-183022 (147)
100A-NY-183022 (149)
100A-SC-8101-B (331)
100A-SF-80398 (319)
1159897-000 (Appeal) RTS Print-outs
1159897-000 RTS Print-outs
1159897-001 RTS Print-outs

b3  -1
b7E  -4,7

Work Item Object Information
Current Work Item Object(s)

Create Work Item
Objects for New Work Item   Add   Remove

Description
Assign To                              Unassigned        Create

Work Item Assignment
Case Owner Report

Screenshot Sample-501

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Work Item Object Information

Current OGA Work Item Objects:

Work Item Assignment

Case Owner Report

Screenshot Sample-502

HighView FDPS Case: 1159397-2 KITCHEN, HYRAM (03/08/1990 MURDER)  (Case ID = 710595), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

- Administrative Documents
- Outgoing Requester Correspondence

b3 -1
b7E -3,4,7

Screenshot Sample-504



Screenshot Sample-505



HighView FDPS Case: 1159897-2 KITCHEN, HYRAM (02/08/1990 MURDER) (Case ID = 710595), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [          ]   Format: [          ]   Status: [          ]

Release Create Date: [ 10-20-2023 ]

Destination: [          ]   Delete

Release Creator: [          ]

Print/Export Analyst: [          ]

Print/Export Reviewer: [          ]

Release Complete Date: [ 10-20-2023 ]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 29696 | 01-20-2013 | Interim | Released and Delivered | Paper | Other/Internal | 01-20-2013 | 0 | 232 | 0 | 0 |
| Release 304248 | 01-22-2015 | Final | Released and Delivered | CD | Requester | 02-04-2015 | 0 | 0 | 0 | 0 |

**Release Item(s):**   Send To | Print Release | Export Release

Credits:

Credit Date: [ 10-20-2023 ]
Credit Amount: [          ]

**Release Letter:**   Print WI | Export WI

[          ]

Apply Credit

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-507

HighView FDPS Case: 1159897-2 KITCHEN, HYRAM (02/08/1990 MURDER)  (Case ID = 710595), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: 
Format: 
Status: 

Release Create Date: 10-20-2023
Release Creator: 
Print/Export Analyst: 
Print/Export Reviewer: 

Destination: 
Destination Sub-type: 

Delete

Release Complete Date: 10-20-2023

**Releases:** (Double Click Releases to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Destination Sub ... | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**

Send To | Print Release | Export Release | Print/Export See Through | Release

**Release Letter:**

Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

HighView FDPS Case: 1159897-2 KITCHEN, HYRAM (02/08/1990 MURDER)  (Case ID = 710595), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00   Date: 01-00-2011   User:   [Update]

Requester Fee Category:

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

[Add]   [Remove]

Date: 10-26-2023   User:

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-26-2023   Fee Type:   Amount:   [Add]

Case Fees:   [Remove]

b6 -1
b7C -1

Screenshot Sample-509

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b6  -1
b7C -1
b7E -3

HighView FDPS Case: 1160815-0 COMPASSION OVER KILLING  (Case ID = 659893), Work Item: []

## Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

### Case:
Type: FOIA
Sub Type: Standard
Sub Sub Type:

FOI/PA #: 1160815    -0
Requester Category: Private Citizen
Requested Media: Paper

Case Size:

### Case ETN:

Create Duplicate ETN

Delete Duplicate ETN

### Subject:
Description: COMPASSION OVER KILLING
Sub Desc:

Type: Individual
Category:

### Requester:
Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

### Originating Offices:

| | Selected |
|---|---|
| HQ - FBI Headquarte | Washington Field |
| AA - Ankara | |
| AC - Accra | |
| AD - Abu Dhabi | |
| AG - Algiers | |
| AH - Athens | |
| AL - Albany | |
| AM - Amman | |
| AN - Anchorage | |

Select >>
<< Remove

### Negotiation:
To:
From:
Date: 10-28-2023

<< Add
>> Remove

b7E -3

Screenshot Sample-511

HighView FDPS Case: 1160815-0 COMPASSION OVER KILLING  (Case ID = 659893), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 02-02-2011   By:

Disposition: Closed

Closed
Reason: No Records

Other Desc:

On: 02-04-2011   By:

Reviewer:

Reopened
Reason:

On: 10-20-2023   By:

Received Date: 02-02-2011   By:

Created Date: 02-02-2011   By:

Perfected Date: 02-02-2011   By:

Date Ready:   By:

Reviewer:

Assigned FOIPA Date:   By:

Direct Assign   Direct Assign User:

Suspension Reason:

Deadline: 10-20-2023   Processed Under:

Batch Search:   User:

Batch Date:

Info Flags

Info Flags Applied

Add >>

<< Remove

Standard Pages
Actual:   Reviewed:   Removed:
Excluded:   Released:

Non Imported
Actual:   Reviewed:   Removed:
Excluded:   Released:

PreProcessed Pages
Actual:   Removed:
Excluded:   Released:

Standard Case Summary
Total Pages:   Reviewed:   Removed:
Excluded:   Released Pages:

View OGA Status Summary

Appeal References:

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|

b6  -1
b7C -1
b7E -3

Screenshot Sample-512



Screenshot Sample-513





b6 -1
b7C -1
b7E -3

Screenshot Sample-515



Screenshot Sample-516

HighView FDPS Case: 1160815-0 COMPASSION OVER KILLING  (Case ID = 659893), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Work Item Object Information
Current OGA Work Item Objects:

Work Item Assignment
Case Owner Report

Screenshot Sample-517

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

- 📁 Administrative Documents

HighView FDPS Case: 1160815-0 COMPASSION OVER KILLING (Case ID = 659899), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Filter by Work Item Type: All

| Description | Queue | Status | Type | From | Assigned | Pages Reviewed | Pages Released | Approved/Sealed | Released |
|---|---|---|---|---|---|---|---|---|---|

**Processing Information**

Standard
Actual:        Reviewed:        Removed:
Excluded:        Released:

OGA
Actual:        Reviewed:        Removed:
Excluded:        Released:

Preprocessed
Actual:        Removed:
Excluded:        Released:

User:
Reviewer:

**Classification Information**

Sent to CU   Sent to CU Date: 10-20-2023

Reviewed:        Withheld In Full:
Declass:        Partial:
Unclass:

User:
Reviewer:
Initial Review Date: 10-20-2023
Final Review Date 10-20-2023
Return To Processing: 10-20-2023   Update CU Info

WI Created: 10-20-2020   WI Closed: 10-20-2023
Description:
Type:
Status:
Update WI

Screenshot Sample-519

HighView FDPS Case: 1160815-0 COMPASSION OVER KILLING (Case ID = 659893), Work Items: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**OGA Coordination**

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**OGA Coordination Item(s)**

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**User Information**

OGA WI Owner: [ ]   Last Modified User: [ ]   Last Modified Date: [10-20-2023]

**OGA Coordination Item Information**

OGA: [ ]   Coord Type: [ ]   Coord Status: [ ]   Page(s)   Returned Page(s)/Analyst/Date

Address: [ ]

Classification: [ ]   Sent To OGA Date: [10-20-2023]

Disposition: [ ]   Deadline Date: [10-20-2023]

Disposition Reason: [ ]   Return Date: [10-20-2023]

Disposition User: [ ]   Disposition Date: [10-20-2023]   Update

Screenshot Sample-520

HighView FDPS Case: 1160815-0 COMPASSION OVER KILLING  (Case ID = 659883); Work Item: ]

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Release Destination Type*

○ Requester     ○ OGA     OGA Release Dest Sub Type*

**Ready Work Item(s)**

| Description | Ready Date |
|---|---|

**Ready Letter Work Item(s)**

| Description |
|---|

Create Release

Add    Remove

Standard
Reviewed: 0   Released: 0

PreProcessed
Released: 0

Reference:

**Work Item(s) to Release**

Segment:
Format:
Date:

**Letter to Release**

Create Release

Screenshot Sample-521

HighView FDPS Case: 1160815-0 COMPASSION OVER KILLING (Case ID = 659883) Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [          ] Format: [          ] Status: [                    ]

Destination: [                    ]   Delete

Release Create Date: 10-20-2023
Release Creator: [          ]
Print/Export Analyst: [          ]
Print/Export Reviewer: [          ]
Release Complete Date: 10-20-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**Release Item(s):**   Send To   Print Release   Export Release

Credits: [          ]

Credit Date: 10-20-2023
Credit Amount: [          ]

**Release Letter:**   Print WI   Export WI

Apply Credit

Add Release Letter   Print Release Letter   Export Release Letter

Screenshot Sample-522

HighView FDPS Case: 1160815-0 COMPASSION OVER KILLING (Case ID = 659883) Work Item: 0

## OGA Releases

| | | | |
|---|---|---|---|
| Segment: | | Format: | |
| Status: | | | |
| Destination: | | Destination Sub-type: | |

Release Create Date:
Release Creator:
Print/Export Analyst:
Print/Export Reviewer:
Release Complete Date:

Delete

**Releases:** [Double Click Release to select and see Item Details]

| Description | Date | Segm. | Status | Format | Destination | Destination Sub… | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**

Send To    Print Release    Export Release    Print/Export See Through Release

**Release Letter:**

Print WI    Export WI

Add Release Letter    Print Release Letter    Export Release Letter

HighView FDPS Case: 1160815-0 COMPASSION OVER KILLING  (Case ID = 659883)  Work Item: 0

**Case Summary** | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | **Case Fees** | Case History

### Case Max Fee

Amount: 0.00    Date: 02-02-2011    User: _____    Update    Requester Fee Category: _____

b6  -1
b7C -1

### Case Fee Agreement

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

Date: 10-26-2023    User: _____

### Case Applied Fees

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-26-2023    Fee Type: _____    Amount: _____    Add

Case Fees: _____    Remove

Screenshot Sample-524

HighView FDPS Case: 1160815-0 COMPASSION OVER KILLING  (Case ID = 659883); Work Item: )

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b7E -3

Screenshot Sample-525

HighView FDPS Case: 1161231-0 COMPASSION OVER KILLING  (Case ID = 657116), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case:**
Type: FOIA
Sub Type: Standard
Sub Sub Type:
FOI/PA #: 1161231 - 0
Requester Category: Private Citizen
Requested Media: Paper
Case Size:

**Case ETNs**
Create Duplicate ETN
Delete Duplicate ETN

**Subject:**
Description: COMPASSION OVER KILLING
Sub Desc:
Type: Individual
Category:

**Requester:**
Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

**Originating Offices**
HQ - FBI Headquarters
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

Selected
Baltimore

Select >>
<< Remove

**Negotiations**
To:
From:
Date: 10-19-2023

<< Add
>> Remove

b7E -3

Screenshot Sample-526

HighView FDPS Case: 1161231-0 COMPASSION OVER KILLING (Case ID = 657116), Work Items: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 02-09-2011   By:

Disposition: Closed

**Closed**
Reason: No Records

Other Desc:

On: 02-14-2011   By:

Reviewer:

**Reopened**
Reason:

On: 10-19-3620   By:

Received Date: 02-09-2011   By:

Created Date: 02-09-2011   By:

Perfected Date: 02-09-2011   By:

Date Ready:   By:

Reviewer:

Assigned FOIPA Date:   By:

☐ Direct Assign   Direct Assign User:

Suspension Reason:

Deadline: 10-19-3620   Processed Under:

Batch Search:   User:

Batch Date:

Info Flags

Info Flags Applied

Add >>

<< Remove

**Standard Pages**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**Non Imported**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**PreProcessed Pages**
Actual:   Removed:
Excluded:   Released:

**Standard Case Summary**
Total Pages:   Reviewed:   Removed:
Excluded:   Released Pages:

View OGA Status Summary

**Appeal References:**

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|
| | | | | | | |

b6  -1
b7C  -1
b7E  -3

Screenshot Sample-527







b7E -3

Screenshot Sample-530



Screenshot Sample-531



- Administrative Documents

HighView FDPS Case: 1161231-0 COMPASSION OVER KILLING  (Case ID = 657716), Work Items: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Filter by Work Item Type: All

| Description | Queue | Status | Type | From | Assigned | Pages Reviewed | Pages Released | Approved/Sealed | Released |
|---|---|---|---|---|---|---|---|---|---|

WI Created: 10-19-2023    WI Closed: 10-19-2023

**Processing Information**

Standard
Actual:          Reviewed:          Removed:
Excluded:        Released:

OGA
Actual:          Reviewed:          Removed:
Excluded:        Released:

Preprocessed
Actual:                    Removed:
Excluded:                 Released:

User:
Reviewer:
Initial Review Date: 10-19-2023
Final Review Date: 10-19-2023        Update Processing Info

**Classification Information**

Sent to CU    Sent to CU Date: 10-19-2023

Reviewed:          Withheld In Full:
Declass:           Partial:
Unclass:

User:
Reviewer:
Initial Review Date: 10-19-2023
Final Review Date: 10-19-2023
Return To Processing: 10-19-2023    Update CU Info

Description:
Type:
Status:

Update WI

Screenshot Sample-534

HighView FDPS Case: 1161231-0 COMPASSION OVER KILLING  (Case ID = 657116), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

### OGA Coordination

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Clos |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

### OGA Coordination Item(s)

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### User Information

OGA WI Owner: [ ]   Last Modified User: [ ]   Last Modified Date: [10-19-2023]

### OGA Coordination Item Information

OGA: [ ]   Coord Type: [ ]   Coord Status: [ ]

Address: [ ]

Page(s)   Returned Page(s)/Analyst/Date

Classification: [ ]   Sent To OGA Date: [10-19-2023]

Disposition: [ ]   Deadline Date: [10-19-2023]

Disposition Reason: [ ]   Return Date: [10-19-2023]

Disposition User: [ ]   Disposition Date: [10-19-2023]

Update

Screenshot Sample-535

HighView FDPS Case: 1161231-0 COMPASSION OVER KILLING  (Case ID = 657116), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Release Destination Type*

◉ Requester          ○ OGA          OGA Release Dest Sub Type*:

**Ready Work Item(s)**

| Description | Ready Date | |
|-------------|-----------|--|
|             |           |  |

**Ready Letter Work Item(s)**

| Description |
|-------------|
|             |

Create Release

Add    Remove

Standard
Reviewed: 0    Released: 0

PreProcessed
Released: 0

Reference:

**Work Item(s) to Release**

Segment:
Format:
Date: 10-19-2023

**Letter to Release**

Create Release

Screenshot Sample-536

HighView FDPS Case: 1161231-0 COMPASSION OVER KILLING  (Case ID = 657116), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [         ]  Format: [         ]  Status: [                              ]

Destination: [                    ]                Delete

Release Create Date: [ 10-19-2023 ]
Release Creator: [                    ]
Print/Export Analyst: [                    ]
Print/Export Reviewer: [                    ]
Release Complete Date: [ 10-19-2023 ]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**    Send To    Print Release    Export Release

Credits: [                    ]

Credit Date: [ 10-19-2023 ]
Credit Amount: [          ]

**Release Letter:**    Print WI    Export WI

[          ]

Apply Credit

Add Release Letter    Print Release Letter    Export Release Letter

HighView FDPS Case: 1161231-0 COMPASSION OVER KILLING (Case ID = 657116), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [_____]   Format: [_____]   Status: [_____]

Destination: [_____]   Destination Sub-type: [_____]

Release Create Date: [10-19-2023]
Release Creator: [_____]
Print/Export Analyst: [_____]
Print/Export Reviewer: [_____]
Release Complete Date: [10-19-2023]

Delete

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub | Closed | Cost | Pa |
|-------------|------|-------|--------|--------|-------------|-----------------|--------|------|-----|
| | | | | | | | | | |

**Release Item(s):**

Send To | Print Release | Export Release | Print/Export See Through | Release

**Release Letter:**

Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

HighView FDPS Case: 1161231-0 COMPASSION OVER KILLING  (Case ID = 657116), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00   Date: 02-09-2011   User: [                    ]   Update

Requester Fee Category: [                    ]

**Case Fees Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add   Remove

Date: 10-19-2023   User: [              ]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-19-2023   Fee Type: [          ]   Amount: [          ]   Add

Case Fees: [                    ]   Remove

b6  -1
b7C -1

Screenshot Sample-539

HighView FDPS Case: 1161231-0 COMPASSION OVER KILLING  {Case ID = 657116}, Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b7E -3

Screenshot Sample-540

b7E -3

**HighView FDPS** Case: 1164662-0 ZUBAIDAH, HESHAM ABU (2001 TO 2010)  (Case ID = 670903)  Work Item: 8

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**

Type: FOIA    Sub Type: Standard    Sub Sub Type:

FOI/PA #: 1164662 - 0    Requester Category:    Requested Media: Paper

Case Size:

**Case ETNs**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**

Description: ZUBAIDAH, HESHAM ABU (2001 TO 2010)    Sub Desc:

Type: Individual    Category:

**Requester**

Organization/Individual

| Type | Name |
|------|------|
| Individual | Leopold, Jason Mr. |

Organization Members

**Originating Offices**

HQ - FBI Headquarters
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

Select >>

<< Remove

Selected

FBI Headquarters

**Negotiations**

To:    From:    Date: 10-20-2023

<< Add

>> Remove

Screenshot Sample-541

HighView FDPS Case: 1164662-0 ZUBAIDAH, HESHAM ABU (2001 TO 2010) (Case ID = 670903), Work Item: 8

b6 -1
b7C -1
b7E -3

## Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Work flow

Updated: 04-15-2011   By:

Disposition: Closed

**Closed**
Reason: Partial Grant / Partial Denial (includes partial grants/no records responses)

Other Desc:

On: 11-28-2012   By:

Reviewer:

**Reopened**
Reason:

On: 10-26-2023   By:

Received Date: 04-15-2011   By:

Created Date: 04-15-2011   By:

Perfected Date: 04-15-2011   By:

Date Ready: 04-28-2011   By:

Reviewer:

Assigned FOIPA Date: 05-25-2011   By:

Direct Assign   Direct Assign User:

Suspension Reason:

Deadline: 10-26-2023   Processed Under: FOIA

Batch Search:   User:

Batch Date:

**Info Flags**

**Info Flags Applied**

Add >>

<< Remove

b7E -3

**Standard Pages**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**PreProcessed Pages**
Actual:   Removed:
Excluded:   Released:

**Non Imported**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**Standard Case Summary**
Total Pages:   Reviewed:   Removed:
Excluded:   Released Pages:

View OGA Status Summary

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|
| | | | | | | |

Appeal References:

Screenshot Sample-542


Screenshot Sample-543

HighView FDPS Case: 1164662-0 ZUBAIDAH, HESHAM ABU (2001 TO 2010)  (Case ID = 670903), Work Items 8

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Clear All Case Fee Waiver Data

Date of Fee Waiver Request*  ☑ 09-16-2011  ▼

Requester Category  [                    ▼]

**Fee waiver Reasons***

List of Reasons

| Inability to Pay Fees |
| Information will contribute to public understanding of government operations or activities |
| No Reason Provided |
| Other Invalid Reason Provided |

Reason Selected

Select >>

<< Remove

**N/A**

Status*  Denied  ▼        Date  10-28-2023  ▼   User

Deferral  [                    ▼]

**Adjudication***

Date  ☑ 09-16-2011  ▼   User

**Approved/Disapproved Reason***

List of Reasons

| Requester is not part of an entity serving public interest |
| Information requested will not contribute to the public interest |
| Information is being sought for commercial interest |
| Commercial interest has been deemed greater than public interest |
| Information requested has already been released to the public |
| No factual information to support request |

Reason Selected

Select >>

<< Remove

b6 -1
b7C -1

Screenshot Sample-544

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2023 BY NSICG



b6 -1
b7C -1

b3 -1
b7D -1
b7E -4

b3 -1
b7E -4

Screenshot Sample-545

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2023 BY

b6 -1
b7C -1

b3 -1
b7D -1
b7E -4



Screenshot Sample-546



Screenshot Sample-547



HighView FDPS Case: 1164662-0 ZUBAIDAH, HESHAM ABD (2001 TO 2010)  {Case ID = 670909}  Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Filter by Work Item Type: All

| Description | Queue | Status | Type | From | Assigned | Pages Reviewed | Pages Released | Approved/Sealed | Released |
|---|---|---|---|---|---|---|---|---|---|

**Processing Information**

*Standard*
Actual: | Reviewed: | Removed:
Excluded: | Released:

*OGA*
Actual: | Reviewed: | Removed:
Excluded: | Released:

*Preprocessed*
Actual: | Removed:
Excluded: | Released:

User:
Reviewer:
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023
Update Processing Info

**Classification Information**

Sent to CU   Sent to CU Date: 10-20-2023

Reviewed: | Withheld In Full:
Declass: | Partial:
Unclass:

User:
Reviewer:
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023
Return To Processing: 10-20-2023
Update CU Info

WI Created: 10-20-2023   WI Closed: 10-20-2023
Description:
Type:
Status:
Update WI

b6  -1
b7C  -1
b7E  -3

Screenshot Sample-549



HighView FDPS Case: 1164662-0 ZUBAIDAH, HESHAM ABU (2001 TO 2010)  (Case ID = 670903), Work Items: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Release Destination Type*

◉ **Requester**     ○ **OGA**     OGA Release Dest Sub Type*: [                    ]

**Ready Work Item(s)**

| Description | Ready Date |
|---|---|
| | |

**Ready Letter Work Item(s)**

| Description |
|---|
| |

Create Release

[Add] [Remove]

Standard
Reviewed: 0    Released: 0

PreProcessed
Released: 0

Reference:

**Work Item(s) to Release**

Segment: [          ▼]

Format: [          ▼]

Date: [ 10-20-2020 ▼]

**Letter to Release**

[Create Release]

Screenshot Sample-551

HighView FDPS Case: 1164662-0 ZUBAIDAH, HESHAM ABU (2001 TO 2010)  (Case ID = 670903), Work Items: 8

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: _____  Format: _____  Status: _____

Destination: _____  [ Delete ]

Release Create Date: 10-20-2023
Release Creator: _____
Print/Export Analyst: _____
Print/Export Reviewer: _____
Release Complete Date: 10-20-2023

**Releases:** (Double Click Release to select and see Item Detail.)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 27278 | 11-20-2012 | Interim | Released and Delivered | Paper | Other/Internal | 11-20-2012 | 0 | 276 | 247 | 0 |
| Release 27434 | 09-28-2012 | Interim | Released and Delivered | Paper | Other/Internal | 09-28-2012 | 0 | 612 | 461 | 0 |
| Release 28803 | 10-22-2012 | Interim | Released and Delivered | Paper | Other/Internal | 10-22-2012 | 0 | 589 | 544 | 0 |
| Release 65819 | 11-28-2012 | Migra... | Released and Delivered | Paper | Other/Internal | 11-28-2012 | 0 | 1403 | 1252 | 0 |

**Release Item(s):**   Send To   [ Print Release ]   [ Export Release ]

Credits:

Credit Date: 10-20-2023
Credit Amount: _____

**Release Letter:**   [ Print WI ]   [ Export WI ]

[ Apply Credit ]

[ Add Release Letter ]   [ Print Release Letter ]   [ Export Release Letter ]

Screenshot Sample-552

HighView FDPS Case: 1164662-0 ZUBAIDAH, HESHAM ABU (2001 TO 2010)  (Case ID = 670903)  Work Items: 8

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [          ]   Format: [          ]   Status: [                    ]

Release Create Date: [ 10-26-2023 ]

Release Creator: [                    ]

Destination: [          ]   Destination Sub-type: [          ]

Print/Export Analyst: [                    ]

Print/Export Reviewer: [                    ]

Delete

Release Complete Date: [ 10-26-2023 ]

**Releases:** (Double Click Release to select and see Item Detail.)

| Description | Date | Segm... | Status | Format | Destination | Destination Sub ... | Closed | Cost | Pa... |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**   Send To   Print Release   Export Release   Print/Export See Through  Release

**Release Letter:**   Print WI   Export WI

Add Release Letter   Print Release Letter   Export Release Letter

Screenshot Sample-553

HighView FDPS Case: 1164662-0 ZUBAIDAH, HESHAM ABU (2001 TO 2010)  (Case ID = 670903), Work Items 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00    Date: 04-15-2011    User: _____    Update    Requester Fee Category: _____

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

Date: 10-20-2023    User: _____

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023    Fee Type: _____    Amount: _____    Add

Case Fees:  11-05-2012  Copy  $20.00    Remove

b6  -1
b7C  -1

Screenshot Sample-554

b6 -1
b7C -1
b7E -3

HighView FDPS Case: 1164662-0 ZUBAIDAH, HESHAM ABU (2001 TO 2010)  (Case ID = 670903), Work Items: 0

| Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History |

| Date | Action | Field | Prev Value | Current Value | User |
| --- | --- | --- | --- | --- | --- |

Screenshot Sample-555

HighView FDPS Case: 1164662-0 ZUBAIDAH, HESHAM ABU (2001 TO 2010)  (Case ID = 721240), Work Item: 0

b7E -3

## Case

Type: [                    ]   Sub Type: [                    ]   Sub Sub Type: [                    ]

FOI/PA #: [ 1164662 ] - [ 0 ]   Requester Category: [                    ]   Requested Media: [ Paper ]

Case Size: [                    ]

## Case ETNs

[                                                        ]   [ Create Duplicate ETN ]

[                                                        ]   [ Delete Duplicate ETN ]

## Subject

Description: [ ZUBAIDAH, HESHAM ABU (2001 TO 2010) ]   Sub Desc: [                    ]

Type: [ Individual ]   Category: [                    ]

## Requester

### Organization/Individual

| Type | Name |
|------|------|
| Individual | Leopold, Jason Mr. |

### Organization Members

## Originating Offices

| | Selected |
|--|----------|
| HQ - FBI Headquarters | FBI Headquarters |
| AA - Ankara | |
| AC - Accra | |
| AD - Abu Dhabi | |
| AG - Algiers | |
| AH - Athens | |
| AL - Albany | |
| AM - Amman | |
| AN - Anchorage | |

[ Select > ]   [ < Remove ]

## Negotiations

To: [          ]   From: [          ]   Date: [ 10-20-2023 ]

[ << Add ]   [ >> Remove ]

Screenshot Sample-556

HighView FDPS Case: 1154662-0 ZUBAIDAH, HESHAM ABU (2001 TO 2010) (Case ID = 721240) Work Items: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:
Current Status: GU at Work flow
Updated: 03-12-2013   By:
Disposition: Closed

**Closed**
Reason:
Other Desc:
On: 07-01-2013   By:
Reviewer:

**Reopened**
Reason:
On: 10-20-2023   By:

Received Date: 03-12-2013   By:
Created Date: 03-12-2013   By:
Perfected Date: 03-12-2013   By:
Date Ready: 10-20-2023   By:
Reviewer:
Assigned FOIPA Date: 10-20-2023   By:
Direct Assign   Direct Assign User:
Suspension Reason:
Deadline: 10-20-2023   Processed Under: FOIA
Batch Search:   User:
Batch Date:

Standard Pages: Actual / Reviewed / Removed / Excluded / Released
Non Imported: Actual / Reviewed / Removed / Excluded / Released
PreProcessed Pages: Actual / Removed / Excluded / Released
Standard Case Summary: Total Pages / Reviewed / Removed / Excluded / Released Pages

View OGA Status Summary

Appeal References:
| Status Date | Status | Disposition | Appeal Number | Attorney | Date Rec'd | Assigned To |
|---|---|---|---|---|---|---|

b6 -1
b7C -1
b7E -3

b7E -3

Screenshot Sample-557





Screenshot Sample-559



Screenshot Sample-560

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2023 BY

b6 -1
b7C -1

b3 -1
b7E -4

FXView FDPS Case: 1164662-0 ZUBAIDAH, HESHAM ABU (2001 TO 2010) (Case ID = 721240), Work Items B

| Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History |

| | Title | DocID | Create Date | To OCR | OCR D... | Appr Offi... | ETS Date |

**Work Item Object Information**
Current Work Item Object(s)

**Create Work Item**
Objects for New Work Item   Add   Remove

Description
Assign To                          Unassigned   Create

Work Item Assignment
Case Owner Report



Screenshot Sample-562



Screenshot Sample-563



b7E -3

Screenshot Sample-564





HighView FDPS Case: 1164662-0 ZUBAIDAH, HESHAM ABU (2001 TO 2010) (Case ID = 721240) Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [        ]   Format: [        ]   Status: [                    ]

Release Create Date: [10-20-2023 ▼]

Destination: [              ]   [ Delete ]

Release Creator: [                    ]

Print/Export Analyst: [                    ]

Print/Export Reviewer: [                    ]

Release Complete Date: [10-20-2023 ▼]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 74181 | 07-01-2013 | Migra... | Released and Delivered | Paper | Other/Internal | 07-01-2013 | 0 | 538 | 461 | 0 |

**Release Item(s):**   [ Send To ]   [ Print Release ]   [ Export Release ]

Credits:
[                    ]

Credit Date: [10-20-2023 ▼]
Credit Amount: [          ]

**Release Letter:**   [ Print WI ]   [ Export WI ]

[ Apply Credit ]

[ Add Release Letter ]   [ Print Release Letter ]   [ Export Release Letter ]

Screenshot Sample-567

Screenshot Sample-568

HighView FDPS Case: 1164662-0 ZUBAIDAH, HESHAM ABU (2001 TO 2010) (Case ID = 721240) Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00    Date: 03-12-2013    User: [          ]    Update    Requester Fee Category: [          ]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

Date: 10-20-2023    User: [          ]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023    Fee Type: [          ]    Amount: [          ]    Add

Case Fees: [          ]    Remove

b6   -1
b7C  -1

Screenshot Sample-569

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

b6  -1
b7C -1
b7E -3

HighView FDPS Case: 1164662-1 ZUBAIDAH, HESHAM ABU (2001 TO 2010)  (Case ID = 710584), Work Item: 8

b7E -3

## Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

### Case

Type: FOIA   Sub Type: Standard   Sub Sub Type:

FOI/PA #: 1164662 - 1   Requester Category:   Requested Media: Paper

Case Size:

### Case ETNs

Create Duplicate ETN

Delete Duplicate ETN

### Subject

Description: ZUBAIDAH, HESHAM ABU (2001 TO 2010)   Sub Desc:

Type: Individual   Category:

### Requester

#### Organization/Individual

| Type | Name |
|------|------|
| Individual | Leopold, Jason Mr. |

#### Organization Members

### Originating Offices

| | Selected |
|--|----------|
| HQ - FBI Headquarters | FBI Headquarters |
| AA - Ankara | |
| AC - Accra | |
| AD - Abu Dhabi | |
| AG - Algiers | |
| AH - Athens | |
| AL - Albany | |
| AM - Amman | |
| AN - Anchorage | |

Select >>

<< Remove

### Negotiations

To:   From:   Date: 10-20-2023

<< Add

>> Remove

Screenshot Sample-571

HightView FDPS Case: 1164662-1 ZUBAIDAH, HESHAM ABU (2001 TO 2010) {Case ID = 710584}, Work Items 8

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 04-15-2011   By:

Disposition: Closed

Closed
Reason: Partial Grant / Partial Denial (includes partial grants/no records responses)

Other Desc:

On: 03-26-2013   By:
Reviewer:

Reopened
Reason:

On: 01-03-2013   By:

Received Date: 04-15-2011   By:

Created Date: 04-15-2011   By:

Perfected Date: 04-15-2011   By:

Date Ready: 03-26-2013   By:
Reviewer:

Assigned FOIPA Date: 03-28-2013   By:

Direct Assign   Direct Assign User:

Suspension Reason:

Deadline: 10-20-2023   Processed Under: FOI/PA Both

Batch Search:   User:

Batch Date:

Info Flags

Info Flags Applied

Add >>

<< Remove

Standard Pages
Actual:   Reviewed:   Removed:
Excluded:   Released:

Non Imported
Actual:   Reviewed:   Removed:
Excluded:   Released:

PreProcessed Pages
Actual:   Removed:
Excluded:   Released:

Standard Case Summary
Total Pages:   Reviewed:   Removed:
Excluded:   Released Pages:

View OGA Status Summary

Appeal References:

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|

b6 -1
b7C -1
b7E -3

b7E -3

Screenshot Sample-572





ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2023 BY NSICG



b6 -1
b7C -1

b3 -1
b7D -1
b7E -4

b3 -1
b7E -4

Screenshot Sample-575

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 10-31-2023 BY NSICG



b6 -1
b7C -1

b3 -1
b7E -4

Screenshot Sample-576





Screenshot Sample-578



b7E -3

High-View FDPS Cases 1164562-1 ZU8AIDAH, HESHAM ABU (2001 TO 2010)  (Case ID = 710584)  Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**OGA Coordination**

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**OGA Coordination Item(s)**

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**User Information**

OGA WI Owner: [                    ]     Last Modified User: [                    ]     Last Modified Date: [ 10-20-2023 ]

**OGA Coordination Item Information**

OGA: [          ]     Coord Type: [          ]     Coord Status: [          ]          Page(s)          Returned Page(s)/Analyst/Date

Address: [                    ]

Classification: [                    ]     Sent To OGA Date: [ 10-20-2023 ]

Disposition: [                    ]     Deadline Date: [ 10-20-2023 ]

Disposition Reason: [                    ]     Return Date: [ 10-20-2023 ]

Disposition User: [                    ]     Disposition Date: [ 10-20-2023 ]          Update

Screenshot Sample-580

HighView FDPS Case: 1164662-1 ZUBAIDAH, HESHAM ABU (2001 TO 2010)  (Case ID = 710584), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Release Destination Type**

( • ) Requester      ( ) OGA        OGA Release (incl Sub Type)* [                    ]

**Ready Work Item(s)**

| Description | Ready Date |
|-------------|-----------|
|             |           |

**Ready Letter Work Item(s)**

| Description |
|-------------|
|             |

**Create Release**

[ Add ]  [ Remove ]

Standard
Reviewed: 0    Released: 0

PreProcessed
Released: 0

Reference:

**Work Item(s) to Release**

Segment: [          ]
Format: [          ]
Date: [ 10-20-2023 ]

**Letter to Release**

[ Create Release ]

Screenshot Sample-581

HighView FDPS Case: 1164662-1 ZUBAIDAH, HESHAM ABU (2001 TO 2016)  (Case ID = 710584)  Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [          ]  Format: [          ]  Status: [          ]

Destination: [          ]     Delete

Release Create Date: [10-28 2023]
Release Creator: [          ]
Print/Export Analyst: [          ]
Print/Export Reviewer: [          ]
Release Complete Date: [10-28 2023]

**Releases:** [Double Click Release to select and see Item Details]

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 73759 | 03-20-2013 | Migra... | Released and Delivered | Paper | Other/Internal | 03-20-2013 | 0 | 66 | 28 | 0 |

**Release Item(s):**     Send To    Print Release    Export Release

Credits: [          ]

Credit Date: [10-28 2023]
Credit Amount: [          ]

[          ]

**Release Letter:**    Print WI    Export WI

Apply Credit

Add Release Letter    Print Release Letter    Export Release Letter

HighView FDPS Case: 1164652-1 ZUBAIDAH, HESHAM ABU (2001 TO 2016)  {Case ID = 710584}, Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [            ]   Format: [            ]   Status: [                    ]

Destination: [                ]   Destination Sub-type: [                ]

Release Create Date: [ 10-28 2023 ▼]

Release Creator: [                    ]

Print/Export Analyst: [                    ]

Print/Export Reviewer: [                    ]

Delete

Release Complete Date: [ 10-28 2023 ▼]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**      Send To    Print Release    Export Release    Print/Export See Through  Release

**Release Letter:**      Print WI    Export WI

Add Release Letter    Print Release Letter    Export Release Letter

HighView FDPS Case: 1164662-1 ZUBAIDAH, HESHAM ABU (2001 TO 2010)  (Case ID = 710384), Work Item: 0

**Case Summary** | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

### Case Max Fee

Amount: 0.00     Date: 04-15-2011     User: [        ]     Update

Requester Fee Category: [        ▼]

### Case Fee Agreement

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add     Remove

Date: 10-20-2023     User: [        ]

### Case Applied Fees

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023     Fee Type: [        ▼]     Amount: [        ]     Add

Case Fees:
04-11-2013  Copy   $15.00

Remove

b6 -1
b7C -1

Screenshot Sample-584

HighView FDPS Case: 1164662-1 ZUBAIDAH, HESHAM ABU (2001 TO 2016)  {Case ID = 710584}, Work Item: 

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b6  -1
b7C -1
b7E -3

HighView FDPS Case: 1164562-2 ZUBAIDAH, HESHAM ABU (2001 TO 2010)  {Case ID = 714617}, Work Item: 0

b7E -3

**Case Summary** | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**

Type: FOIA   Sub Type: Standard   Sub Sub Type:

FOI/PA #: 1164562  - 2   Requester Category:   Requested Media: Paper

Case Size:

**Case ETN:**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**

Description: ZUBAIDAH, HESHAM ABU (2001 TO 2010)   Sub Desc:

Type: Individual   Category:

**Requester**

**Organization/Individual**

| Type | Name |
|---|---|
| Individual | Leopold, Jason Mr. |

**Organization Members**

**Originating Offices**

HQ - FBI Headquarters
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

**Selected**

FBI Headquarters

Select >>

<< Remove

**Negotiations**

To:   From:   Date: 10-26-2023

<< Add

>> Remove

Screenshot Sample-586

Case 1:13-cv-00555-RDM   Document 204-2   Filed 11/22/23   Page 588 of 908

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 04-15-2011   By:

Disposition: Closed

**Closed**
Reason: Partial Grant / Partial Denial (includes partial grant / no records; responsive)

Other Desc:

On: 07-12-2013   By:

Reviewer:

**Reopened**
Reason:

On: 06-24-2013   By:

Received Date: 04-15-2011   By:

Created Date: 04-15-2011   By:

Perfected Date: 04-15-2011   By:

Date Ready: 06-25-2013   By:

Reviewer:

Assigned FOIPA Date: 06-25-2013   By:

☐ Direct Assign    Direct Assign User:

Suspension Reason:

Deadline: 10-20-2023   Processed Under: FOIA

Batch Search:   User:

Batch Date:

Info Flags:

Info Flags Applied:

Add >>

<< Remove

**Standard Pages**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**Non Imported**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**PreProcessed Pages**
Actual:   Removed:
Excluded:   Released:

**Standard Case Summary**
Total Pages:   Reviewed:   Removed:
Excluded:   Released Pages:

View OGA Status Summary

Appeal References:

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|
| | | | | | | |

b6 -1
b7C -1
b7E -3

b6 -1
b7C -1
b7E -3

Screenshot Sample-587



Screenshot Sample-588



Screenshot Sample-589



Screenshot Sample-590

HighView FDPS Case: 1164662-2 ZUBAIDAH, HESHAM ABU (2001 TO 2010)  (Case ID = 714617), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Delta Serials

| Title | DocID | Create Date | To OCR | OCR D... | Appr Offi... | ETS Date |
|-------|-------|-------------|--------|----------|-------------|----------|

**Work Item Object Information**

Current Work Item Object(s)

**Create Work Item**

Object: for New Work Item    Add    Remove

Description

Assign To                        □ Unassigned    Create

Work Item Assignment

Case Owner Report

Screenshot Sample-591



Screenshot Sample-592





b7E -3





HighView FDPS Case: 1164652-2 ZUBAIDAH, HESHAM ABU (2001 TO 2016)  (Case ID = 714617), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [ ]   Format: [ ]   Status: [ ]

Destination: [ ]   [ Delete ]

Release Create Date: [ 10-20-2023 ]
Release Creator: [ ]
Print/Export Analyst: [ ]
Print/Export Reviewer: [ ]
Release Complete Date: [ 10-20-2023 ]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 74624 | 07-12-2013 | Migra... | Released and Delivered | Paper | Other/Internal | 07-12-2013 | 0 | 79 | 13 | 0 |

**Release Item(s):**   [ Send To ]   [ Print Release ]   [ Export Release ]

Credits:
[ ]

Credit Date: [ 10-20-2023 ]
Credit Amount: [ ]

[ ]

[ Apply Credit ]

**Release Letter:**   [ Print WI ]   [ Export WI ]

[ Add Release Letter ]   [ Print Release Letter ]   [ Export Release Letter ]

Screenshot Sample-597

HighView FDPS Case: 1164652-2 ZUBAIDAH, HESHAM ABU (2001 TO 2016) {Case ID = 714617}, Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [　　　　] Format: [　　　　] Status: [　　　　　　　　]

Destination: [　　　　　] Destination Sub-type: [　　　　　　]

Release Create Date: [10-28 2023]
Release Creator: [　　　　　]
Print/Export Analyst: [　　　　　]
Print/Export Reviewer: [　　　　　]
Release Complete Date: [10-28 2023]

Delete

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**   Send To | Print Release | Export Release | Print/Export See Through  Release

**Release Letter:**   Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-598

HighView FDPS Case: 1164662-2 ZUBAIDAH, HESHAM ABU (2001 TO 2010) {Case ID = 714617}, Work Items: []

b6 -1
b7C -1

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00    Date: 04-15-2011    User: [                    ]    Update    Requester Fee Category: [            ▼]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

Date: 10-20-2023    User: [                    ]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023    Fee Type: [            ▼]    Amount: [            ]    Add

Case Fees: [                                    ]    Remove

Screenshot Sample-599

HighView FDPS Case: 1164662-2 ZUBAIDAH, HESHAM ABU (2001 TO 2016) (Case ID = 714617), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|-----------|--------------|------|

b6  -1
b7C -1
b7E -3

Screenshot Sample-600



b7E -3

Screenshot Sample-601



b6 -1
b7C -1
b7E -3

Screenshot Sample-602



Case 1:13-cv-00555-RDM   Document 204-2   Filed 11/22/23   Page 605 of 908





b6 -1
b7C -1



Screenshot Sample-606





Screenshot Sample-608



b7E -3

HighView FDPS Case: 1165550-0 UNDERSEA RAILROAD (Case ID = 673143) Work Item: 0

**OGA Coordination**

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|

**OGA Coordination Item(s)**

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|

**User Information**

OGA WI Owner: [ ]   Last Modified User: [ ]   Last Modified Date: [10-20-2023]

**OGA Coordination Item Information**

OGA: [ ]   Coord Type: [ ]   Coord Status: [ ]

Address: [ ]

Page(s)   Returned Page(s)/Analyst/Date

Classification: [ ]   Sent To OGA Date: [10-20-2023]
Disposition: [ ]   Deadline Date: [10-20-2023]
Disposition Reason: [ ]   Return Date: [10-20-2023]
Disposition User: [ ]   Disposition Date: [10-20-2023]

Update

Screenshot Sample-610



HighView FDPS Case: 1165350-0 UNDERSEA RAILROAD  (Case ID = 673143)  Work Item: 0

| Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History |

Segment: [          ]   Format: [          ]   Status: [          ]

Release Create Date: 10-20-2023

Destination: [          ]                    Delete

Release Creator: [          ]

Print/Export Analyst: [          ]

Print/Export Reviewer: [          ]

Release Complete Date: 10-20-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 66180 | 10-05-2011 | Migra... | Released and Delivered | Paper | Other/Internal | 10-05-2011 | 0 | 0 | 1 | 1 |

**Release Item(s):**     Send To    Print Release    Export Release

Credits: [          ]

Credit Date: 10-20-2023

Credit Amount: [          ]

**Release Letter:**     Print WI    Export WI

Apply Credit

Add Release Letter    Print Release Letter    Export Release Letter

Screenshot Sample-612

HighView FDPS Case: 1165550-0 UNDERSEA RAILROAD (Case ID = 673143), Work Item: 8

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [          ]   Format: [          ]   Status: [                    ]

Release Create Date: [10-20-2023 ▼]

Destination: [              ]   Destination Sub-type: [            ]

Release Creator: [                    ]

Print/Export Analyst: [                    ]

Print/Export Reviewer: [                    ]

Delete

Release Complete Date: [10-20-2023 ▼]

**Releases:** (Double Click: Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|-------------|------|-------|--------|--------|-------------|-----------------|--------|------|-----|

**Release Item(s):**

Send To | Print Release | Export Release | Print/Export See Through Release

**Release Letter:**

Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-613

HighView FDPS Case: 1165550-0 UNDERSEA RAILROAD  (Case ID = 673148)  Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

b6  -1
b7C -1

**Case Max Fee**

Amount: 0.00     Date: 05-03-2011     User: _____     Update     Requester Fee Category: _____

**Case Fee Agreement**

am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
am willing to pay additional fees. Please enter the amount you are willing to pay.

Add     Remove

Date: 10-20-2023     User: _____

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023     Fee Type: _____     Amount: _____     Add

Case Fees: _____     Remove

Screenshot Sample-614



b6 -1
b7C -1
b7E -3

HighView FDPS Case: 1167292-0 SHAPIRO, RYAN NOAH  (Case ID = 670420). Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case:**
Type: Privacy Act        Sub Type: Standard        Sub Sub Type:
FOI/PA #: 1167292 - 0        Requester Category: Private Citizen        Requested Media: Paper
Case Size:

**Case ETNs**
Create Duplicate ETN
Delete Duplicate ETN

**Subject:**
Description: SHAPIRO, RYAN NOAH        Sub Desc:
Type: Individual        Category:

**Requester:**
Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

**Originating Offices**

Selected

| HQ - FBI Headquarter |
| AA - Ankara |
| AC - Accra |
| AD - Abu Dhabi |
| AG - Algiers |
| AH - Athens |
| AL - Albany |
| AM - Amman |
| AN - Anchorage |

FBI Headquarters

Select >>
<< Remove

**Negotiations**
To:        From:        Date: 10-26-2023

<< Add
>> Remove

b7E -3

Screenshot Sample-616

HighView FDPS Case: 1167292-0 SHAPIRO, RYAN NOAH  (Case ID = 670420, Work Item: )

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 08-05-2011   By:

Disposition: Closed

**Closed**
Reason: No Records

Other Desc:

On: 08-03-2011   By:

Reviewer:

**Reopened**
Reason:

On: 10-26-2023   By:

Received Date: 08-02-2011   By:

Created Date: 08-02-2011   By:

Perfected Date: 08-02-2011   By:

Date Ready:   By:

Reviewer:

Assigned FOIPA Date:   By:

Direct Assign   Direct Assign User:

Suspension Reason:

Deadline: 10-20-2023   Processed Under:

Batch Search:   User:

Batch Date:

Info Flags:

Info Flags Applied:

Add >>

<< Remove

**Standard Pages**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**Non Imported**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**PreProcessed Pages**
Actual:   Removed:
Excluded:   Released:

**Standard Case Summary**
Total Pages:   Reviewed:   Removed:
Excluded:   Released Pages:

View OGA Status Summary

Appeal References:

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|

b6 -1
b7C -1
b7E -3

b6 -1
b7C -1
b7E -3

Screenshot Sample-617



Screenshot Sample-618





b7E -3



Screenshot Sample-621





Screenshot Sample-623



b7E -3

HighView FDPS Case: 1167292-0 SHAPIRO, RYAN NOAH  (Case ID = 670420), Work Items ))

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**OGA Coordination**

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Clos |
|---|---|---|---|---|---|---|---|---|---|

**OGA Coordination Item(s)**

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Dat |
|---|---|---|---|---|---|---|---|---|

**User Information**

OGA WI Owner: [          ]     Last Modified User: [          ]     Last Modified Date: [ 10-20-2023 ]

**OGA Coordination Item Information**

OGA: [          ]     Coord Type: [          ]     Coord Status: [          ]

Page(s)     Returned Page(s)/Analyst/Date

Address: [          ]

Classification: [          ]     Sent To OGA Date: [ 10-20-2023 ]

Disposition: [          ]     Deadline Date: [ 10-20-2023 ]

Disposition Reason: [          ]     Return Date: [ 10-20-2023 ]

Disposition User: [          ]     Disposition Date: [ 10-20-2023 ]     Update

Screenshot Sample-625

HighView FDPS Case: 1167292-0 SHAPIRO, RYAN NOAH  (Case ID = 670420)  Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Release Destination Type***
◉ Requester      ○ OGA      OGA Release Dest Sub Type:

**Ready Work Item(s)**

| Description | Ready Date |
|---|---|

**Ready Letter Work Item(s)**

| Description |
|---|

**Create Release**
Add   Remove
Standard: Reviewed: 0  Released: 0
PreProcessed: Released: 0
Reference:

**Work Item(s) to Release**

Segment:
Format:
Date: 10-20-2023

**Letter to Release**

Create Release

Screenshot Sample-626

HighView FDPS Case: 1167292-0 SHAPIRO, RYAN NOAH  (Case ID = 670420), Work Item: 3

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [          ]   Format: [          ]        Status: [                              ]

Destination: [                    ]                      Delete

Release Create Date: [ 10-26-2023 ]
Release Creator: [                    ]
Print/Export Analyst: [                    ]
Print/Export Reviewer: [                    ]
Release Complete Date: [ 10-26-2023 ]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**Release Item(s):**          Send To | Print Release | Export Release

Credits: [                    ]

Credit Date: [ 10-26-2023 ]
Credit Amount: [          ]
[                    ]

Apply Credit

**Release Letter:**          Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

HighView FDPS Case: 1167292-0 SHAPIRO, RYAN NOAH  (Case ID = 670420)  Work Item: 3

| Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History |

Segment: 
Format: 
Status: 
Destination: 
Destination Sub-type: 

Release Create Date:  10-26-2023
Release Creator: 
Print/Export Analyst: 
Print/Export Reviewer: 
Release Complete Date:  10-26-2023

Delete

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**

Send To | Print Release | Export Release | Print/Export See Through  Release

**Release Letter:**

Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-628

HighView FDPS Case: 1167292-0 SHAPIRO, RYAN NOAH  (Case ID = 670420), Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00    Date: 06-02-2011    User:            Update        Requester Fee Category:

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add      Remove

Date: 10-20-2023    User:

**Case Applied Fees**

(These Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023    Fee Type:        Amount:        Add

Case Fees:          Remove

b6 -1
b7C -1

Screenshot Sample-629

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|-----------|---------------|------|

b7E -3

Screenshot Sample-630



b7E -3

Screenshot Sample-631



b6 -1
b7C -1
b7E -3

b6 -1
b7C -1
b7E -3

Screenshot Sample-632



Screenshot Sample-633



Screenshot Sample-634



b7E -4

Screenshot Sample-635



HighView FDPS Case: 1167292-1 SHAPIRO, RYAN NOAH (Case ID = 674547), Work Item: 0

b7E -4

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Title | DocID | Create Date | To OCR | OCR D... | Appr Offi... | ETS Date | Policy | Policy Na... | Analyst | Vault | Seal... |
|-------|-------|-------------|--------|----------|-------------|----------|--------|-------------|---------|-------|---------|

Folder tree:
- 100-PD-44334-PR-Serials 64p.3, 104
- 100-PD-44334-SC-Serial 8
- 100-PD-44334-SOURCE2-Serial 6p.79
- 100-PD-44334-Serials 128, 1905
- 100A-NK-107866-Serial 75
- 177A-NY-282035
- 194A-SI-55815 ser 8
- 266I-NK-104397 ser 1009
- 266I-NY-283240-MC1-Serial 17
- 266I-NY-283240-MC2-Serial 8
- 90-NK-C87712 ser 399
- Ghost folder

Work Item Object Information
Current Work Item Object list

Create Work Item
Objects for New Work Item    Add    Remove

Description
Assign To                              ☐ Unassigned    Create

Work Item Assignment
Case Owner Report

Screenshot Sample-636

HighView FDPS Case: 1167292-1 SHAPIRO, RYAN NOAH  (Case ID = 674547); Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Work Item Object Information

Current OGA Work Item Objects:

Work Item Assignment

Case Owner Report

Screenshot Sample-637

Screenshot Sample-638

Administrative Documents

HighView FDPS Case: 1167292-1 SHAPIRO, RYAN NOAH  (Case ID = 674547)  Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Filter by Work Item Type: All

| Description | Queue | Status | Type | From | Assigned | Pages Reviewed | Pages Released | Approved/Sealed | Released |
|---|---|---|---|---|---|---|---|---|---|

**Processing Information**

Standard
Actual: | Reviewed: | Removed:
Excluded: | Released:

OGA
Actual: | Reviewed: | Removed:
Excluded: | Released:

Preprocessed
Actual: | Removed:
Excluded: | Released:

User:
Reviewer:
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023

Update Processing Info

**Classification Information**

Sent to CU  Sent to CU Date: 10-20-2023

Reviewed: | Withheld In Full:
Declass: | Partial:
Unclass:

User:
Reviewer:
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023
Return To Processing: 10-20-2023   Update CU Info

WI Created: 10-20-2023   WI Closed: 10-20-2023
Description:
Type:
Status:

Update WI

b7E -3

Screenshot Sample-639

HighView FDPS Case: 1167292-1 SHAPIRO, RYAN NOAH  (Case ID = 674547), Work Item: 8

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | **OGA Coordination** | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**OGA Coordination**

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**OGA Coordination Item(s)**

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**User Information**

OGA WI Owner: [              ]          Last Modified User: [                    ]          Last Modified Date: [ 10-20-2023 ]

**OGA Coordination Item Information**

OGA: [              ]          Coord Type: [              ]          Coord Status: [              ]

Address: [                                              ]

Classification: [                    ]          Sent To OGA Date: [ 10-20-2023 ]

Disposition: [                    ]          Deadline Date: [ 10-20-2023 ]

Disposition Reason: [                    ]          Return Date: [ 10-20-2023 ]

Disposition User: [              ]          Disposition Date: [ 10-20-2023 ]

Page(s) [          ]          Returned Page(s)/Analyst/Date [                    ]

Update

Screenshot Sample-640

HighView FOPS Case: 1167292-1 SHAPIRO, RYAN NOAH (Case ID = 674547), Work Item: 0

Release Destination Type*

○ Requester        ○ OGA        OGA Release Dest Sub Type*

**Ready Work Item(s)**

| Description | Ready Date |
|---|---|

**Ready Letter Work Item(s)**

| Description |
|---|

Create Release

Add  Remove

Standard
Reviewed: 0   Released: 0

PreProcessed
Released: 0

Reference:

**Work Item(s) to Release**

Segment:
Format:
Date: 10-26-2023

**Letter to Release**

Create Release

Screenshot Sample-641

HighView FOIPS Case: 1167292-1 SHAPIRO, RYAN NOAH (Case ID = 674547), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: ___  Format: ___  Status: ___

Destination: ___   Delete

Release Create Date: 10-20-2023
Release Creator: ___
Print/Export Analyst: ___
Print/Export Reviewer: ___
Release Complete Date: 10-20-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 30426 | 07-20-2012 | Interim | Released and Delivered | Paper | Other/Internal | 07-20-2012 | 0 | 16 | 7 | 0 |
| Release 30427 | 07-20-2012 | Interim | Released and Delivered | Paper | Other/Internal | 07-20-2012 | 0 | 136 | 0 | 0 |
| Release 30428 | 07-20-2012 | Interim | Released and Delivered | Paper | Other/Internal | 07-20-2012 | 0 | 11 | 0 | 0 |
| Release 65949 | 07-20-2012 | Migra... | Released and Delivered | Paper | Other/Internal | 07-20-2012 | 0 | 163 | 10 | 0 |

**Release Item(s):**   Send To   Print Release   Export Release

Credits:

Credit Date: 10-20-2023
Credit Amount: ___
Apply Credit

**Release Letter:**   Print WI   Export WI

Add Release Letter   Print Release Letter   Export Release Letter

Screenshot Sample-642

HighView FDPS Case: 1167292-1 SHAPIRO, RYAN NOAH  (Case ID = 674547), Work Item: ()

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [            ]   Format: [            ]   Status: [                              ]

Release Create Date: [ 10-20-2023 ]

Destination: [            ]   Destination Sub-type: [            ]

Release Creator: [                    ]

Print/Export Analyst: [                    ]

Delete

Print/Export Reviewer: [                    ]

Release Complete Date: [ 10-20-2023 ]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub | Closed | Cost | Pa |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**Release Item(s):**

Send To | Print Release | Export Release | Print/Export See Through Release

**Release Letter:**

Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

HighView FDPS Case: 1167292-1 SHAPIRO, RYAN NOAH  (Case ID = 674547)  Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00   Date: 06-02-2011   User: _____   Update   Requester Fee Category: _____

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add   Remove

Date: 10-20-2023   User: _____

**Case Applied Fees**

(Fee Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023   Fee Type: _____   Amount: _____   Add

Case Fees: _____   Remove

b6  -1
b7C -1

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b6 -1
b7C -1
b7E -3

Screenshot Sample-645

HighView FDPS Case: 1189304-0 LIBERATION COLLECTIVE  (Case ID = 575315)  Work Item:

## Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

### Case:
Type: FOIA
Sub Type: Standard
Sub Sub Type:

FOI/PA #: 1189304    0
Requester Category:

Requested Media: Paper

Case Size:

### Case ETNs:

Create Duplicate ETN

Delete Duplicate ETN

### Subject:
Description: LIBERATION COLLECTIVE
Sub Desc:

Type: Individual
Category:

### Requester:
Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

### Originating Offices:

HQ - FBI Headquarte
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

Select >>

<< Remove

Selected
FBI Headquarters

### Negotiations
To:    From:    Date: 10-29-2023

<< Add

>> Remove

b7E -3

Screenshot Sample-646

HighView FDPS Case: 1169304-0 LIBERATION COLLECTIVE {Case ID = 675315}, Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 07-13-2011   By:

Disposition: Closed

**Closed**
Reason: No Records

Other Desc:

On: 07-13-2011   By:

Reviewer:

**Reopened**
Reason:

On: 10-26-2023   By:

Received Date: 07-11-2011   By:

Created Date: 07-11-2011   By:

Perfected Date: 07-11-2011   By:

Date Ready:   By:

Reviewer:

Assigned FOIPA Date:   By:

Direct Assign   Direct Assign User:

Suspension Reason:

Deadline: 10-26-2023   Processed Under:

Batch Search:   User:

Batch Date:

Info Flags

Info Flags Applied

Add >>

<< Remove

**Standard Pages**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**PreProcessed Pages**
Actual:   Removed:
Excluded:   Released:

**Non Imported**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**Standard Case Summary**
Total Pages:   Reviewed:   Removed:
Excluded:   Released Pages:

View OGA Status Summary

| Appeal References: | Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|---|
| | 2019-04-01 | Closed | Closed Administratively | AP 20181945 | Duplicate | 2018-01-11 | |

b6 -1
b7C -1
b7E -3

Screenshot Sample-647

HighView FDPS Case: 1169304-0 LIBERATION COLLECTIVE  (Case ID = 575315), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Clear All Case Expedite Data

Date of Expedite Request* [ ] 10-20-2023 ▼

**Expedite Reason Given***

List of Reasons

Inform public of government activity when person is engaged in disseminating information
Loss of due process
Media interest affects public confidence in the government
No Reason Provided
Other Invalid Reason Provided
Threat to life or physical safety

Select >>
<< Remove

Reason Selected

Status* [ _____ ▼ ]

**N/A**
Date [ ] 10-20-2023   User [ _____ ]

**Adjudication***
Date [ ] 10-20-2023 ▼   Entity [ _____ ▼ ]   User [ _____ ]

**Approved/Disapproved Reason***

List of Reasons

Select >>
<< Remove

Reason Selected





b6 -1
b7C -1
b7E -3



Screenshot Sample-651



Screenshot Sample-652



Screenshot Sample-653



b7E -3

Screenshot Sample-654



Screenshot Sample-655



HighView FDPS Case: 1169304-0 LIBERATION COLLECTIVE  (Case ID = 675335), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [_____]  Format: [_____]  Status: [_____]

Destination: [_____]      [ Delete ]

Release Create Date: [10-20-2023 ▼]

Release Creator: [_____]

Print/Export Analyst: [_____]

Print/Export Reviewer: [_____]

Release Complete Date: [10-20-2023 ▼]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**      [ Send To ]  [ Print Release ]  [ Export Release ]

Credits: [_____]

Credit Date: [10-20-2023 ▼]

Credit Amount: [_____]

[_____]

[ Apply Credit ]

**Release Letter:**      [ Print WI ]  [ Export WI ]

[ Add Release Letter ]  [ Print Release Letter ]  [ Export Release Letter ]

Screenshot Sample-657

HighView FDPS Case: 1169304-0 LIBERATION COLLECTIVE (Case ID = 675335), Work Items: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: 
Format: 
Status: 

Destination: 
Destination Sub-type: 

Release Create Date: 10-26-2023
Release Creator: 
Print/Export Analyst: 
Print/Export Reviewer: 
Release Complete Date: 10-26-2023

Evalute

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Destination Sub... | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**

Send To | Print Release | Export Release | Print/Export See Through Release

**Release Letter:**

Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-658

HighView FDPS Case: 1169304-0 LIBERATION COLLECTIVE  (Case ID = 675315), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00   Date: 07-11-2011   User: [            ]   Update

Requester Fee Category: [            ]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add   Remove

Date: 10-26-2023   User: [            ]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-26-2023   Fee Type: [            ]   Amount: [        ]   Add

Case Fees: [            ]   Remove

b6  -1
b7C -1

Screenshot Sample-659

b6 -1
b7C -1
b7E -3

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

HighView FDPS Case: 1169304-1 LIBERATION COLLECTIVE  (Case ID = 676035), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**

Type: FOIA    Sub Type: Standard    Sub Sub Type:

FOI/PA #: 1169304  -  1    Requester Category:    Requested Media: Paper

Case Size:

**Case ETN**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**

Description: LIBERATION COLLECTIVE    Sub Desc:

Type: Individual    Category:

**Requester**

Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

**Originating Offices**

| | Selected |
|--|----------|
| HQ - FBI Headquarte | FBI Headquarters |
| AA - Ankara | |
| AC - Accra | |
| AD - Abu Dhabi | |
| AG - Algiers | |
| AH - Athens | |
| AL - Albany | |
| AM - Amman | |
| AN - Anchorage | |

Select >>

<< Remove

**Negotiations**

To:    From:    Date: 10-26-2023

<< Add

>> Remove

b7E -3

Screenshot Sample-661

HighView FDPS Case: 1169804-1 LIBERATION COLLECTIVE (Case ID = 678835), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner: FOI/PA Team 2.0

Current Status: Out of Workflow

Updated: 02-24-2017   By:

Disposition: Closed

**Closed**
Reason: Duplicate Request

Other Desc:

On: 02-24-2017   By:
Reviewer:

**Reopened**
Reason:

On: 08-17-2011   By:

Received Date: 07-11-2011   By:

Created Date: 07-11-2011   By:

Perfected Date: 07-11-2011   By:

Date Ready: 03-20-2012   By:

Reviewer:

Assigned FOIPA Date: 02-23-2017   By:

☑ Direct Assign   Direct Assign User:

Suspension Reason:

Deadline: 10-20-2023   Processed Under:

Batch Search:   User:

Batch Date:

**Info Flags**

**Info Flags Applied**

Add >>

<< Remove

**Standard Pages**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**Non Imported**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**PreProcessed Pages**
Actual:   Removed:
Excluded:   Released:

**Standard Case Summary**
Total Pages:   Reviewed:   Removed:
Excluded:   Released Pages:

View OGA Status Summary

| Appeal References | Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|---|
| | 2017-07-26 | Closed | Remanded (FOI/PA Process) | AP 20172828 | | 2017-03-20 | |
| | 2018-05-10 | Closed | Closed Administratively | AP20181945 | | 2018-05-10 | |

b6 -1,5
b7C -1,5
b7E -3

HighView FDPS Case: 1169304-1 LIBERATION COLLECTIVE, (Case ID = 878833), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Clear All Case Expedite Data

Date of Expedite Request*  10-20-2023

**Expedite Reason Given***

List of Reasons
- Inform public of government activity when person is engaged in disseminating information
- Loss of due process
- Media interest affects public confidence in the government
- No Reason Provided
- Other Invalid Reason Provided
- Threat to life or physical safety

Select >>

<< Remove

Reason Selected

**N/A**

Status*                    Date  10-20-2023    User

**Adjudication***

Date  10-20-2023    Entity                    User

**Approved/Disapproved Reason***

List of Reasons

Select >>

<< Remove

Reason Selected

Screenshot Sample-663

HighView FDPS Case: 1169304-1 LIBERATION COLLECTIVE  (Case ID = 676835), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Clear All Case Fee Waiver Data

Date of Fee Waiver Request*   ☑ 02-24-2017 ▼

Requester Category   Other Invalid Category ▼

**Fee Waiver Reasons***

List of Reasons
- Inability to Pay Fees
- No Reason Provided

Reason Selected
- Information will contribute to public understanding of government operations or activities
- Public Interest in Information

Select >>
<< Remove

**N/A**

Status*  N/A ▼     Date 02-24-2017 ▼   User

Deferral

**Adjudication***
Date  10-26-2021 ▼   User

**Approved/Disapproved Reason***

List of Reasons

Reason Selected

Select >>
<< Remove

b6  -1
b7C -1

Screenshot Sample-664



Screenshot Sample-665



b7E  -4

Screenshot Sample 666



Screenshot Sample-667



Screenshot Sample-668



b7E -3,4

Screenshot Sample-669



Screenshot Sample-670

HighView FDPS Case: 1169304-1 LIBERATION COLLECTIVE  (Case ID = 676885), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Release Destination Type*

○ **Requester**      ○ OGA      OGA Release Dest Sub Type*  [                    ▼]

**Ready Work Item(s)**

| Description | Ready Date |
|---|---|
|  |  |

**Ready Letter Work Item(s)**

| Description |
|---|
|  |

Create Release

Add   Remove

Standard
Reviewed: 0   Released: 0

PreProcessed
Released: 0

Reference:

**Work Item(s) to Release**

Segment: [          ▼]
Format: [          ▼]
Date: [ 10-20-2023 ▼]

**Letter to Release**

Create Release

Screenshot Sample-671

HighView FDPS Case: 1169304-1 LIBERATION COLLECTIVE  (Case ID = 676835), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [        ]   Format: [        ]   Status: [              ]

Destination: [              ]                    Delete

Release Create Date: [ 10-20-2023 ▼]
Release Creator: [              ]
Print/Export Analyst: [              ]
Print/Export Reviewer: [              ]
Release Complete Date: [ 10-20-2023 ▼]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 325090 | 02-21-2017 | Final | Released and Delivered | CD | Requester | 02-21-2017 | 0 | 56 | 0 | 0 |

**Release Item(s):**        Send To      Print Release      Export Release

Credits: [              ]

Credit Date: [ 10-20-2023 ▼]
Credit Amount: [              ]

**Release Letter:**        Print WI      Export WI

Apply Credit

Add Release Letter      Print Release Letter      Export Release Letter

HighView FDPS Case: 1169304-1 LIBERATION COLLECTIVE  (Case ID = 676835), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [_____] Format: [_____]  Status: [_____]

Destination: [_____]   Destination Sub-type: [_____]

Release Create Date: [ 10-20-2023 ▼]

Release Creator: [_____]

Print/Export Analyst: [_____]

Print/Export Reviewer: [_____]

Release Complete Date: [ 10-20-2023 ▼]

[Delete]

**Releases:** [Double Click Release to select and see Item Details]

| Description | Date | Segm. | Status | Format | Destination | Destination Sub ... | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**Release Item(s):**   [Send To] [Print Release] [Export Release] [Print/Export See Through] [Release]

**Release Letter:**   [Print WI] [Export WI]

[Add Release Letter] [Print Release Letter] [Export Release Letter]

Screenshot Sample-673

HighView FDPS Case: 1169304-1 LIBERATION COLLECTIVE  (Case ID = 676335), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00   Date: 02-28-2017   User:    Update

Requester Fee Category: Other

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

Date: 10-26-2023   User:

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-26-2023   Fee Type:    Amount:    Add

Case Fees:    Remove

b7E -3

Screenshot Sample-674



b6 -1
b7C -1
b7E -3,4

Screenshot Sample-675

HighView FDPS Case: 1169304-1 LIBERATION COLLECTIVE  (Case ID = 917508; Work Item: [])

b7E -3

**Case Summary** | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

### Case
Type: Appeal | Sub Type: FOIA | Sub Sub Type: [ ]
FOI/PA #: 1169304 - 1 | Requester Category: [ ] | Requested Media: CD
Case Size: [ ] | Appeal Number: AP-2017-2829 | View Original Case

### Case ETNs
Create Duplicate ETN
Delete Duplicate ETN

### Subject
Description: LIBERATION COLLECTIVE | Sub Desc: [ ]
Type: Individual | Category: [ ]

### Requester
Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

### Originating Offices
Selected

HQ - FBI Headquarter
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

FBI Headquarters

Select >>
<< Remove

### Negotiations
To: [ ] | From: [ ] | Date: 10-20-2020

<< Add
>> Remove

Screenshot Sample-676

HighView FDPS Case: 1169804-1 LIBERATION COLLECTIVE (Case ID = 917508), Work Item: ()

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner: FOI/PA Team 4.3

Current Status: Out of Workflow

Updated: 12-08-2017   By:

Disposition: Closed

**Closed**
Reason: Full Denial Based on Exemptions

Other Desc:

On: 12-05-2017   By:
Reviewer:

**Reopened**
Reason:

On: 10-20-2023   By:

Received Date: 07-26-2017   By:

Created Date: 07-26-2017   By:

Perfected Date: 07-26-2017   By:

Date Ready: 10-20-2023   By:
Reviewer:

Assigned FOIPA Date: 10-20-2023   By:

☑ Direct Assign   Direct Assign User:

Suspension Reason:

Deadline: 10-20-2023   Processed Under:

Batch Search:   User:

Batch Date:

Info Flags

Info Flags Applied

Add >>

<< Remove

**Standard Pages**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**Non-Imported**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**PreProcessed Pages**
Actual:   Removed:
Excluded:   Released:

**Standard Case Summary**
Total Pages:   Reviewed:   Removed:
Excluded:   Released Pages:

View OGA Status Summary

Appeal References:

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Rec'd | Assigned To |
|---|---|---|---|---|---|---|

b6 -1
b7C -1
b7E -3

Screenshot Sample-677



Screenshot Sample-678



Screenshot Sample-679



Screenshot Sample-680



Screenshot Sample-681

Screenshot Sample-682





b7E -3

Screenshot Sample-684



Screenshot Sample-685



Screenshot Sample-686

HighView FDPS Case: 1169304-1 LIBERATION COLLECTIVE (Case ID = 917508) Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [          ]   Format: [          ]   Status: [                    ]

Release Create Date: [ 10-20-2023 ]

Destination: [          ]          Delete

Release Creator: [                    ]

Print/Export Analyst: [                    ]

Print/Export Reviewer: [                    ]

Release Complete Date: [ 10-20-2023 ]

**Releases:** [Double Click Release to select and see Item Details]

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**Release Item(s):**          Send To    Print Release    Export Release

Credits: [                    ]

Credit Date: [ 10-20-2023 ]
Credit Amount: [          ]
[                    ]

Apply Credit

**Release Letter:**          Print WI    Export WI

Add Release Letter    Print Release Letter    Export Release Letter

Screenshot Sample-687

HighView FDPS Case: 1169304-1 LIBERATION COLLECTIVE  (Case ID = 917508)  Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: 
Format: 
Status: 
Destination: 
Destination Sub-type: 

Release Create Date: 10-20-2023
Release Creator:
Print/Export Analyst:
Print/Export Reviewer:
Release Complete Date: 10-20-2023

Delete

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|-------------|------|-------|--------|--------|-------------|-----------------|--------|------|-----|

**Release Item(s):**

Send To | Print Release | Export Release | Print/Export See Through Release

**Release Letter:**

Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

HighView FDPS Case: 1169304-1 LIBERATION COLLECTIVE (Case ID = 917508), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00     Date: 07-26-2012     User: [        ]     Update          Requester Fee Category: Favored

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add          Remove

Date: 10-26-2023     User: [        ]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-26-2023     Fee Type: [        ]     Amount: [        ]     Add

Case Fees: [        ]     Remove

b6 -1
b7C -1

Screenshot Sample-689

HighView FDPS Case: 1169304-1 LIBERATION COLLECTIVE  (Case ID = 917508), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|-----------|---------------|------|

b6  -1
b7C -1
b7E -3

Screenshot Sample-690

HighView FDPS Case: 1171404-0 FUR COMMISSION USA  (Case ID = 6792803, Work Item: [])

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**
Type: FOIa
Sub Type: Standard
Sub Sub Type:
FOI/PA #: 1171404    -    0
Requester Category:
Requested Media: Paper
Case Size:

**Case ETNs**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**
Description: FUR COMMISSION USA
Sub Desc:
Type: Individual
Category:

**Requester**
Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

**Originating Offices**

| HQ - FBI Headquarters |
| AA - Ankara |
| AC - Accra |
| AD - Abu Dhabi |
| AG - Algiers |
| AH - Athens |
| AL - Albany |
| AM - Amman |
| AN - Anchorage |

Selected
FBI Headquarters

Select >>

<< Remove

**Negotiations**
To:
From:
Date: 10-26-2023

<< Add

>> Remove

b7E  -3

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 08-15-2011   By:

Disposition: Closed

**Closed**
Reason: No Record:

Other Desc:

On: 12-30-2011   By:

Reviewer:

**Reopened**
Reason:

On: 10-20-2023   By:

Received Date: 08-15-2011   By:

Created Date: 08-15-2011   By:

Perfected Date: 08-15-2011   By:

Date Ready:   By:

Reviewer:

Assigned FOIPA Date:   By:

Direct Assign   Direct Assign User:

Suspension Reason:

Deadline: 10-20-2023   Processed Under:

Batch Search:   User:

Batch Date:

**Info Flags:**

**Info Flags Applied:**

Add >>

<< Remove

**Standard Pages**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**Non Imported**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**PreProcessed Pages**
Actual:   Removed:
Excluded:   Released:

**Standard Case Summary**
Total Pages:   Reviewed:   Removed:
Excluded:   Released Pages:

View OGA Status Summary

| Appeal References. | Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|---|
| | 2013-07-25 | Closed | Remanded (FOI/PA Process) | 201201146 | | 2012-01-20 | |

b6 -1,5
b7C -1,5
b7E -3

Screenshot Sample-692

HighView FDPS Case: 1171464-0 FUR COMMISSION USA  {Case ID = 679280}, Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Clear All Case Expedite Data

Date of Expedite Request*  10-20-2023

**Expedite Reason Given***

List of Reasons

Inform public of government activity when person is engaged in disseminating information
Loss of due process
Media interest affects public confidence in the government
No Reason Provided
Other Invalid Reason Provided
Threat to life or physical safety

Select >>

<< Remove

Reason Selected

Status*  [            ]

N/A

Date  10-20-2023   User [            ]

**Adjudication***

Date  10-20-2023   Entity [            ]   User [            ]

**Approved/Disapproved Reason***

List of Reasons

Select >>

<< Remove

Reason Selected





b7E -3

Screenshot Sample-695



Screenshot Sample-696

HighView FDPS Case: 1171404-0 FUR COMMISSION USA  (Case ID = 679280), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Work Item Object Information

Current OGA Work Item Objects:

Work Item Assignment

Case Owner Report

Screenshot Sample-697



Screenshot Sample-698



b7E -3



Screenshot Sample-700



Screenshot Sample-701

HighView FDPS Case: 1171404-0 FUR COMMISSION USA  (Case ID = 679280); Work Items []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [            ]   Format: [          ]   Status: [                          ]

Destination: [              ]                    Delete

Release Create Date: [ 10-20-2023 ]
Release Creator: [                    ]
Print/Export Analyst: [                    ]
Print/Export Reviewer: [                    ]
Release Complete Date: [ 10-20-2023 ]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|-------------|------|---------|--------|--------|-------------|--------|------|----------------|----------------|--------------------|
| | | | | | | | | | | |

**Release Item(s):**        Send To    Print Release    Export Release

Credits:
[                    ]

Credit Date: [ 10-20-2023 ]
Credit Amount: [          ]
[                    ]
Apply Credit

**Release Letter:**        Print WI    Export WI

Add Release Letter    Print Release Letter    Export Release Letter

HighView FDPS Case: 1171404-0 FUR COMMISSION USA  (Case ID = 679280), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment:

Format:

Status:

Destination:

Destination Sub-type:

Delete

Release Create Date: 10-20-2023

Release Creator:

Print/Export Analyst:

Print/Export Reviewer:

Release Complete Date: 10-20-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**

Send To | Print Release | Export Release | Print/Export See Through  Release

Print WI | Export WI

**Release Letter:**

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-703

HighView FDPS Case: 1171404-0 FUR COMMISSION USA  (Case ID = 679280), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00    Date: 08-18 2011    User: [            ]    Update

Requester Fee Category: [            ]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

[                                                                                    ]

Date: 10-20 2023    User: [            ]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20 2023    Fee Type: [         ]    Amount: [         ]    Add

Case Fees: [                            ]    Remove

b6  -1
b7C -1

Screenshot Sample-704



b7E -3

Screenshot Sample-705



b7E -3

Screenshot Sample-706



b6 -1
b7C -1
b7E -3

Screenshot Sample-707

Case 1:13-cv-00555-RDM   Document 204-2   Filed 11/22/23   Page 709 of 908

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Clear All Case Expedite Data

Date of Expedite Request* 10-26-2023

**Expedite Reason Given***

List of Reasons
- Inform public of government activity when person is engaged in disseminating information
- Loss of due process
- Media interest affects public confidence in the government
- No Reason Provided
- Other Invalid Reason Provided
- Threat to life or physical safety

Select >>
<< Remove

Reason Selected

Status* 

N/A
Date 10-26-2023   User

**Adjudication***
Date 10-26-2023   Entity   User

**Approved/Disapproved Reason***

List of Reasons

Select >>
<< Remove

Reason Selected

Screenshot Sample-708

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Clear All Case Fee Waiver Data

Date of Fee Waiver Request*    10-20-2023

Requester Category

**FeeWaiver Reasons***

List of Reasons

Inability to Pay Fees
Information will contribute to public understanding of government operations or activities
No Reason Provided
Other Invalid Reason Provided
Public Interest in Information

Select >>

<< Remove

Reason Selected

N/A

Status*        Date    10-20-2023    User

Deferral

**Adjudication***

Date    10-20-2023    User

**Approved/Disapproved Reason***

List of Reasons

Select >>

<< Remove

Reason Selected



HighView FDPS Case: 1171404-0 FUR COMMISSION USA  (Case ID = 685357), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Title | DocID | Create Date | To OCR | OCR D... | Appr. Offi... | ETS Date | Policy | Policy Na... | Analyst | Vault | Seal... |
|-------|-------|-------------|--------|----------|--------------|----------|--------|-------------|---------|-------|---------|
| Case Files | | | | | | | | | | | |

**Work Item Object Information**

Current Work Item Object(s)

**Create Work Item**

Objects for New Work Item    Add    Remove

Description

Assign To [            ]  ☐ Unassigned    Create

Work Item Assignment

Case Owner Report

HighView FDPS Case: 1171404-0 FUR COMMISSION USA  (Case ID = 685857)  Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Work Item Object Information

Current OGA Work Item Objects:

Work Item Assignment

Case Owner Report

Screenshot Sample-712



Screenshot Sample-713



b7E -3

Screenshot Sample-714



Screenshot Sample-715

Screenshot Sample-716

HighView FDPS Case: 1-171404-0 FUR COMMISSION USA  (Case ID = 685657), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: _____    Format: _____    Status: _____

Destination: _____    Delete

Release Create Date: 10-20-2023
Release Creator: _____
Print/Export Analyst: _____
Print/Export Reviewer: _____
Release Complete Date: 10-20-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**     Send To    Print Release    Export Release

Credits:

Credit Date: 10-20-2023
Credit Amount: _____

**Release Letter:**    Print WI    Export WI

Apply Credit

Add Release Letter    Print Release Letter    Export Release Letter

HighView FDPS Case: 1171404-0 FUR COMMISSION USA  (Case ID = 685857); Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [          ]   Format: [          ]        Status: [                              ]        Release Create Date: [ 10-29-2023 ]

Destination: [              ]   Destination Sub-type: [              ]        Release Creator: [          ]

Print/Export Analyst: [          ]

Delete        Print/Export Reviewer: [          ]

Release Complete Date: [ 10-29-2023 ]

**Releases:**  (Double Click Release to select and see Item Details)

| Description | Date | Segm | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**        Send To    Print Release    Export Release    Print/Export See Through  Release

**Release Letter:**        Print WI    Export WI

Add Release Letter    Print Release Letter    Export Release Letter

Screenshot Sample-718



b6 -1
b7C -1



b7E -3



b7E -3

Screenshot Sample-721

HighView FDPS Case: 1171404-1 FUR COMMISSION USA/CROSS-REFERENCES  (Case ID = 680008);  Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner: [          ] FOI/PA Team 2.0

Current Status: Out of Workflow

Updated: 03-16-2020   By: [          ]

Disposition: Closed

**Closed**
Reason: Partial Grant / Partial Denial (includes partial grants/no records responses)

Other Desc: [          ]

On: 03-16-2020   By: [          ]
Reviewer: [          ]

**Reopened**
Reason: [          ]

On: 02-13-2012   By: [          ]

Received Date: 08-15-2011   By: [          ]

Created Date: 08-15-2011   By: [          ]

Perfected Date: 08-15-2011   By: [          ]

Date Ready: 10-16-2019   By: [          ]
Reviewer: [          ]

Assigned FOIPA Date: 10-21-2019   By: [          ]

☑ Direct Assign   Direct Assign User:

Suspension Reason: [          ]

Deadline: 10-28-2020   Processed Under: [          ]

Batch Search: [          ]   User: [          ]
Batch Date: [          ]

Info Flags
Info Flags Applied

Add >>
<< Remove

**Standard Pages**
Actual: [    ]   Reviewed: [    ]   Removed: [    ]
Excluded: [    ]   Released: [    ]

**Non Imported**
Actual: [    ]   Reviewed: [    ]   Removed: [    ]
Excluded: [    ]   Released: [    ]

**PreProcessed Pages**
Actual: [    ]   Removed: [    ]
Excluded: [    ]   Released: [    ]

**Standard Case Summary**
Total Pages: [    ]   Reviewed: [    ]   Removed: [    ]
Excluded: [    ]   Released Pages: [    ]

View OGA Status Summary

**Appeal References**

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|
| | | | | | | |

b6 -1
b7C -1
b7E -3

Screenshot Sample-722



Screenshot Sample-723



Screenshot Sample-724



b3 -1
b7E -4

Screenshot Sample-725



Screenshot Sample-726

HighView FDPS Case: 1171404-1 FUR COMMISSION USA/CROSS-REFERENCES  (Case ID = 690008), Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Title | DocID | Create Date | To OCR | OCR D... | Appr Off... | Vault | Seal... |
|-------|-------|-------------|--------|----------|-------------|-------|---------|

Work Item Object Information

Current OGA Work Item Objects:

Work Item Assignment

Case Owner Report



HighView FDPS Case: 1171404-1 FUR COMMISSION USA/CROSS-REFERENCES (Case ID = 698008), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Filter by Work Item Type: All

| Description | Queue | Status | Type | From | Assigned | Pages Reviewed | Pages Released | Approved/Sealed | Released |
|---|---|---|---|---|---|---|---|---|---|

**Processing Information**

Standard
- Actual: Reviewed: Removed:
- Excluded: Released:

OGA
- Actual: Reviewed: Removed:
- Excluded: Released:

Preprocessed
- Actual: Removed:
- Excluded: Released:

User:
Reviewer:
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023
Update Processing Info

**Classification Information**

Sent to OJ   Sent to CU Date: 10-20-2023

Reviewed:   Withheld In Full:
Declass:   Partial:
Unclass:

User:
Reviewer:
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023
Return To Processing: 10-20-2023   Update OJ Info

WI Created: 10-20-2023   WI Closed: 10-20-2023
Description:
Type:
Status:
Update WI

b3 -1
b7E -3,4

Screenshot Sample-729



Screenshot Sample-730



HighView FDPS Case: 1171404-1 FUR COMMISSION USA/CROSS-REFERENCES (Case ID = 690908), Work Item: []

| Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History |

Segment: [_____]  Format: [_____]  Status: [_____]

Release Create Date: [10-20-2023]

Release Creator: [_____]

Destination: [_____]   Delete

Print/Export Analyst: [_____]

Print/Export Reviewer: [_____]

Release Complete Date: [10-20-2023]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm.. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 355608 | 03-13-2020 | Final | Released and Delivered | CD | Requester | 03-16-2020 | 0 | 83 | 62 | 0 |

**Release Item(s):**    Send To    Print Release    Export Release

Credits:

Credit Date: [10-20-2023]

Credit Amount: [_____]

[_____]

Apply Credit

**Release Letter:**    Print WI    Export WI

Add Release Letter    Print Release Letter    Export Release Letter

Screenshot Sample-732

HighView FDPS Case: 1171404-1 FUR COMMISSION USA/CROSS-REFERENCES (Case ID = 690008). Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | **OGA Releases** | Case Fees | Case History

Segment: [ ] Format: [ ] Status: [ ]

Release Create Date: 10-20-2023

Release Creator:

Destination: [ ] Destination Sub-type: [ ]

Print/Export Analyst:

Print/Export Reviewer:

Delete

Release Complete Date: 10-20-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|-------------|------|-------|--------|--------|-------------|-----------------|--------|------|-----|

**Release Item(s):**     Send To     Print Release     Export Release     Print/Export See Through Release

**Release Letter:**     Print WI     Export WI

Add Release Letter     Print Release Letter     Export Release Letter

Screenshot Sample-733

HighView FDPS Case: 1171404-1 FUR COMMISSION USA/CROSS-REFERENCES (Case ID = 680008) Work Items (

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00     Date: 09-15-2011 ▾     User: [            ]     Update          Requester Fee Category: Favored ▾

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add          Remove

Date: 10-29-2023 ▾     User: [            ]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-29-2023 ▾     Fee Type: [      ] ▾     Amount: [        ]     Add

Case Fees: [                    ]     Remove

b6  -1
b7C -1



b3 -1
b6 -1
b7C -1
b7E -3,4

HighView FDPS Case: 1173579-0 TRANS-SPECIES UNLIMITED (CROSS-REFERENCES)  (Case ID = 686142), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case:**
Type: FOIA    Sub Type: Standard    Sub Sub Type:
FOI/PA #: 1173579 - 0    Requester Category: Private Citizen    Requested Media: Paper
Case Size:

**Case ETNs:**
Create Duplicate ETN
Delete Duplicate ETN

**Subject:**
Description: TRANS-SPECIES UNLIMITED (CROSS-REFERENCES)    Sub Desc:
Type: Individual    Category:

**Requester:**
Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

**Originating Offices:**

| | Selected |
|--|----------|
| HQ - FBI Headquarter | FBI Headquarters |
| AA - Ankara | |
| AC - Accra | |
| AD - Abu Dhabi | |
| AG - Algiers | |
| AH - Athens | |
| AL - Albany | |
| AM - Amman | |
| AN - Anchorage | |

Select >>
<< Remove

**Negotiations:**
To:    From:    Date: 10-20-2020

<< Add
>> Remove

b7E -3

Screenshot Sample-736

HighView FDPS Case: 1173579-0 TRANS-SPECIES UNLIMITED (CROSS-REFERENCES)  (Case ID = 686142). Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Workflow

Updated: 09-16-2011   By:

Disposition: Closed

**Closed**
Reason: No Record

Other Desc:

On: 11-29-2011   By:

Reviewer:

**Reopened**
Reason:

On: 10-20-2023   By:

Received Date: 09-16-2011   By:

Created Date: 09-16-2011   By:

Perfected Date: 09-16-2011   By:

Date Ready:   By:

Reviewer:

Assigned FOIPA Date:   By:

Direct Assign   Direct Assign User:

Suspension Reason:

Deadline: 10-20-2023   Processed Under:

Batch Search:   User:

Batch Date:

Info Flags

Info Flags Applied

Add >>

<< Remove

**Standard Pages**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**Non-Imaged**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**PreProcessed Pages**
Actual:   Removed:
Excluded:   Released:

**Standard Case Summary**
Total Pages:   Reviewed:   Removed:
Excluded:   Released Pages:

View OGA Status Summary

| Appeal References | Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|---|
| | 2013-07-25 | Closed | Remanded (FOI/PA Process) | 201200882 | | 2011-12-19 | |
| | 2016-05-19 | Closed | Affirmed | AP 20160908 | | 2016-01-10 | |

b6 -1
b7C -1
b7E -3

b7E -3

b6 -5
b7C -5

Screenshot Sample-737





Screenshot Sample-739



b6 -1
b7C -1
b7E -3



Screenshot Sample-741

HighView FDPS Case: 1173579-0 TRANS-SPECIES UNLIMITED (CROSS-REFERENCES)  (Case ID = 686142)  Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Work Item Object Information

Current OGA Work Item Objects:

Work Item Assignment

Case Owner Report

Screenshot Sample-742



Screenshot Sample-743

HighView FDPS Case: 1173579-0 TRANS-SPECIES UNLIMITED (CROSS-REFERENCES)  (Case ID = 686142), Work Items: []

b7E -3

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Filter by Work Item Type: All

| Description | Queue | Status | Type | From | Assigned | Pages Reviewed | Pages Released | Approved/Sealed | Released |
|---|---|---|---|---|---|---|---|---|---|

**Processing Information**

Standard
- Actual: Reviewed: Removed:
- Excluded: Released:

OGA
- Actual: Reviewed: Removed:
- Excluded: Released:

Preprocessed
- Actual: Removed:
- Excluded: Released:

User:
Reviewer:
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023
Update Processing Info

**Classification Information**

Sent to CU   Sent to CU Date: 10-20-2023
- Reviewed: Withheld In Full:
- Declass: Partial:
- Unclass:

User:
Reviewer:
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023
Return To Processing: 10-20-2023   Update CU Info

WI Created: 10-20-2023   WI Closed: 10-20-2023
Description:
Type:
Status:
Update WI

Screenshot Sample-744



Screenshot Sample-745



HighView FDPS Case: 1173579-0 TRANS-SPECIES UNLIMITED (CROSS-REFERENCES)  (Case ID = 686142), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [            ]  Format: [            ]  Status: [                        ]

Release Create Date: [ 10-20-2023 ]

Destination: [                ]  Delete

Release Creator: [                ]

Print/Export Analyst: [                ]

Print/Export Reviewer: [                ]

Release Complete Date: [ 10-20-2023 ]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**

Send To | Print Release | Export Release

Credits: [                ]

Credit Date: [ 10-20-2023 ]

Credit Amount: [        ]

**Release Letter:**

Print WI | Export WI

Apply Credit

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-747

HighView FDPS Case: 1173579-0 TRANS-SPECIES UNLIMITED (CROSS-REFERENCES)  (Case ID = 686142), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [            ]  Format: [            ]  Status: [                    ]   Release Create Date: [ 10-20-2023 ]

Destination: [            ]  Destination Sub-type: [            ]   Release Creator: [            ]

Print/Export Analyst: [            ]

Update   Print/Export Reviewer: [            ]

Release Complete Date: [ 10-20-2023 ]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub... | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |

**Release Item(s):**

Send To   Print Release   Export Release   Print/Export See Through  Release

**Release Letter:**

Print WI   Export WI

Add Release Letter   Print Release Letter   Export Release Letter

Screenshot Sample-748

HighView FDPS Case: 1173579-0 TRANS-SPECIES UNLIMITED (CROSS-REFERENCES)  (Case ID = 686142), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

### Case Max Fee

Amount: 0.00   Date: 09-16-2011   User: [          ]   Update

Requester Fee Category: [          ▼]

### Case Fee Agreement

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add   Remove

Date: 10-20-2023   User: [          ]

### Case Applied Fees

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023   Fee Type: [          ▼]   Amount: [          ]   Add

Case Fees: [                    ]   Remove

b6   -1
b7C  -1

Screenshot Sample-749

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b6  -1
b7C -1
b7E -3

Screenshot Sample-750



b7E -3

Screenshot Sample-751



Screenshot Sample-752





HighView FDPS Case: 1173579-0 TRANS-SPECIES UNLIMITED (CROSS-REFERENCES)  (Case ID = 685272) Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Clear All Case Fee Waiver Data

Date of Fee Waiver Request*     10-20-2023

Requester Category

**FeeWaiver Reasons***

List of Reasons
Inability to Pay Fees
Information will contribute to public understanding of government operations or activities
No Reason Provided
Other Invalid Reason Provided
Public Interest in Information

Select >>

<< Remove

Reason Selected

Status*

N/A
Date   10-20-2023   User

Deferral

Adjudication*
Date   10-20-2023   User

**Approved/Disapproved Reason***

List of Reasons

Select >>

<< Remove

Reason Selected

Screenshot Sample 754

b7E -3

HighView FDPS Case: 1173579-0 TRANS-SPECIES UNLIMITED (CROSS-REFERENCES) (Case ID = 685272) Work Items

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Create Search Slip    Import Search Slip

Screenshot Sample-755



Screenshot Sample-756





Screenshot Sample-758

HighView FDPS Case: 1173579-0 TRANS-SPECIES UNLIMITED (CROSS-REFERENCES), (Case ID = 685272), Work Items: []

b7E -3

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Filter by Work Item Type: All

| Description | Queue | Status | Type | From | Assigned | Pages Reviewed | Pages Released | Approved/Sealed | Released |
|---|---|---|---|---|---|---|---|---|---|

WI Created: 10-20-2023   WI Closed: 10-20-2023

Description:

Type:

Status:

Update WI

**Processing Information**

Standard
Actual:   Reviewed:   Removed:

Excluded:   Released:

OGA
Actual:   Reviewed:   Removed:

Excluded:   Released:

Preprocessed
Actual:   Removed:

Excluded:   Released:

User:

Reviewer:

Initial Review Date: 10-20-2023

Final Review Date: 10-20-2023

Update Processing Info

**Classification Information**

Sent to CU   Sent to CU Date: 10-20-2023

Reviewed:   Withheld In Full:

Declass:   Partial:

Unclass:

User:

Reviewer:

Initial Review Date: 10-20-2023

Final Review Date: 10-20-2023

Return To Processing: 10-20-2023   Update CU Info

Screenshot Sample-759





Screenshot Sample-761

HighView FDPS Case: 1173579-0 TRANS-SPECIES UNLIMITED (CROSS-REFERENCES)  (Case ID = 685272), Work Item: ()

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Release Create Date:  10-20-2023

Segment: [        ]   Format: [        ]   Status: [                    ]

Release Creator: [            ]

Destination: [            ]                    Delete

Print/Export Analyst: [            ]

Print/Export Reviewer: [            ]

Release Complete Date:  10-20-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**          Send To    Print Release    Export Release

Credits:
[                    ]

Credit Date:  10-20-2023

Credit Amount: [            ]

**Release Letter:**          Print WI    Export WI

Apply Credit

Add Release Letter    Print Release Letter    Export Release Letter

HighView FDPS Case: 1173579-0 TRANS-SPECIES UNLIMITED (CROSS-REFERENCES) (Case ID = 685272), Work Item: ()

| Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History |

Segment: [ ]   Format: [ ]   Status: [ ]

Release Create Date: 10-20-2023
Release Creator: [ ]

Destination: [ ]   Destination Sub-type: [ ]

Print/Export Analyst: [ ]
Print/Export Reviewer: [ ]

Delete

Release Complete Date: 10-20-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**

Send To   Print Release   Export Release   Print/Export See Through Release

**Release Letter:**

Print WI   Export WI

Add Release Letter   Print Release Letter   Export Release Letter

Screenshot Sample-763

HighView FDPS Case: 1179579-0 TRANS-SPECIES UNLIMITED (CROSS-REFERENCES)  (Case ID = 685272), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00    Date: 12-19-2011    User: ADMIN    Update

Requester Fee Category: [                    ]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

Date: 10-20-2023    User: [                    ]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023    Fee Type: [            ]    Amount: [        ]    Add

Case Fees: [                    ]    Remove

Screenshot Sample-764



b7E -3

Screenshot Sample-765



b7E -3



b6 -1
b7C -1

b6 -1
b7C -1
b7E -3

b6 -1
b7C -1
b7E -3

b6 -5
b7C -5

Screenshot Sample-767





Screenshot Sample-769



HighView FDPS Case: 1173S79-1 TRANS-SPECIES UNLIMITED (CROSS-REFERENCES) (Case ID = 724375), Work item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Create Search Slip      Import Search Slip

- Virtual Search
- ACS
- Sentinel
- Manual Index Cards
- ELSUR
- Consult
- FOGSR
- ESI
- Intranet
- Other
- Previously Scanned
- Pre-Processed
- Legacy
  - 100A-NY-183022 Serial: 86X1 [FF]
  - 100A-SC-8101-B Serial: 116 [FF]
  - 100A-SF-80398 Serial: 172P8 [FF]
  - 100A-SC-8101-J Serial: 92 [FF]
  - 174A-SC-998-N Serial: 1PO;1PL42,49 [FF]
  - 266A-DE-65402 Serial: 240 [FF]
  - 266I-WF-C217262 Serial: 3P11; [FF]
  - 100A-SC-8101-C Serial: 238P8; [FF]
  - 100A-SC-8101 Serial: SEE MISC [FF]
  - 100A-NY-183022 Serial: 44P2 [FF]
  - 100A-SC-8101-B Serial: 115P119;253;249;241; 305,344 [FF]
  - 100A-SC-8101-C Serial: 180P3 [FF]
  - 100A-SC-8101-E Serial: 202;201P2;280;275 [FF]
  - 174A-NY-3318 Serial: 43P3 [FF]
  - 174A-NY-3318 Serial: 64C [FF]
  - 174A-NY-3318-D Serial: 2AP1 [FF]
  - 174A-NY-3318-D Serial: 22 [FF]
  - 266I-NY-C268023 Serial: 31P8; [FF]
  - 100A-NY-183022 Serial: 4P2; [FF]

Screenshot Sample-770



Screenshot Sample-771



HighView FDPS Case: 1173579-1 TRANS-SPECIES UNLIMITED (CROSS-REFERENCES)  (Case ID = 724375), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

- Administrative Documents
- Outgoing Requester Correspondence

b7E -3

HighView FOPS Case: I173579-1 TRANS-SPECIES UNLIMITED (CROSS-REFERENCES)  (Case ID = 724375), Work Item:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Filter by Work Item Type: All

| Description | Queue | Status | Type | From | Assigned | Pages Reviewed | Pages Released | Approved/Sealed | Released |
|---|---|---|---|---|---|---|---|---|---|

**Processing Information**

Standard
Actual: | Reviewed: | Removed:
Excluded: | Released:

OGA
Actual: | Reviewed: | Removed:
Excluded: | Released:

Preprocessed
Actual: | Removed:
Excluded: | Released:

User:
Reviewer:
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023

Update Processing Info

**Classification Information**

Sent to CU   Sent to CU Date: 10-20-2023

Reviewed: | Withheld In Full:
Declass: | Partial:
Unclass:

User:
Reviewer:
Initial Review Date: 10-20-2023
Final Review Date: 10-20-2023
Return To Processing: 10-20-2023   Update CU Info

WI Created: 10-20-2023   WI Closed: 10-20-2023
Description:
Type:
Status:

Update WI

Screenshot Sample-774



Screenshot Sample-775



HighView FDPS Case: 1173579-1 TRANS-SPECIES UNLIMITED (CROSS-REFERENCES)  (Case ID = 724375), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [          ]   Format: [          ]   Status: [                              ]

Release Create Date: [ 10-20-2023 ]

Release Creator: [                    ]

Destination: [                    ]   Delete

Print/Export Analyst: [                    ]

Print/Export Reviewer: [                    ]

Release Complete Date: [ 10-20-2023 ]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**   Send To | Print Release | Export Release

Credits: [                    ]

Credit Date: [ 10-20-2023 ]

Credit Amount: [          ]

**Release Letter:**   Print WI | Export WI

[                    ]

Apply Credit

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-777

HighView FDPS Case: 1173579-1 TRANS-SPECIES UNLIMITED (CROSS-REFERENCES)  (Case ID = 724375), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [        ]  Format: [        ]  Status: [                        ]   Release Create Date: [10-23-2023]

Destination: [            ]   Destination Sub-type: [            ]   Release Creator: [            ]

Print/Export Analyst: [            ]

Delete   Print/Export Reviewer: [            ]

Release Complete Date: [10-23-2023]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub... | Closed | Cost | Pag |
|-------------|------|-------|--------|--------|-------------|--------------------|--------|------|-----|

**Release Item(s):**   Send To   Print Release   Export Release   Print/Export See Through  Release

**Release Letter:**   Print WI   Export WI

Add Release Letter   Print Release Letter   Export Release Letter

Screenshot Sample-778

HighView FDPS Case: 1173579-1 TRANS-SPECIES UNLIMITED (CROSS-REFERENCES)  (Case ID = 724375), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00    Date: 03-16-2011    User: [ ]    Update

Requester Fee Category: [ ]

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

Date: 10-20-2023    User: [ ]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023    Fee Type: [ ]    Amount: [ ]    Add

Case Fees: [ ]    Remove

b6 -1
b7C -1

Screenshot Sample-779

HighView FDPS Case: 1173579-1 TRANS-SPECIES UNLIMITED (CROSS-REFERENCES)   (Case iD = 724575), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b6 -1
b7C -1
b7E -3

Screenshot Sample-780

HighView FDPS Case: 1173580-0 UNITED ACTION FOR ANIMALS  (Case ID = 686143), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**

Type: FOIA   Sub Type: Standard   Sub Sub Type:

FOI/PA #: 1173580 - 0   Requester Category: Private Citizen   Requested Media: Paper

Case Size:

**Case ETNs**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**

Description: UNITED ACTION FOR ANIMALS   Sub Desc:

Type: Individual   Category:

**Requester**

Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

**Originating Offices**

Selected

HQ - FBI Headquarte
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

FBI Headquarters

Select >>

<< Remove

**Negotiations**

To:    From:    Date: 10-20-2023

<< Add

>> Remove

b7E -3

Screenshot Sample-781





Screenshot Sample-783

HighView FDPS Case: 1173580-0 UNITED ACTION FOR ANIMALS (Case ID...686143) [Work Item: [?]

Case 1:13-cv-00555-RDM   Document 204-2   Filed 11/22/23   Page 785 of 908

| Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History |

Clear All Case Fee Waiver Data

Date of Fee Waiver Request*  ☑ 11-28-2011 ▼

Requester Category ▼

**Fee Waiver Reasons***

List of Reasons

Inability to Pay Fees
Information will contribute to public understanding of government operations or activities
No Reason Provided
Other Invalid Reason Provided
Public Interest in Information

Select >>

<< Remove

Reason Selected

**N/A**

Status*  N/A ▼     Date ☐ 10-20-2023 ▼   User

Deferral ▼

**Adjudication***

Date ☐ 10-20-2023 ▼   User ▼

**Approved/Disapproved Reason***

List of Reasons

Select >>

<< Remove

Reason Selected



b6 -1
b7C -1
b7E -3

Screenshot Sample-785





Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Work Item Object Information

Current OGA Work Item Objects:

Work Item Assignment

Case Owner Report



b7E -3

Screenshot Sample-789



Screenshot Sample-790



Screenshot Sample-791

HighView FDPS Case: 1173580-0 UNITED ACTION FOR ANIMALS  (Case ID = 686147)  Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: 

Format: 

Status: 

Destination: 

Delete

Release Create Date: 10-20-2023

Release Creator:

Print/Export Analyst:

Print/Export Reviewer:

Release Complete Date: 10-20-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**

Send To | Print Release | Export Release

Credits:

Credit Date: 10-20-2023

Credit Amount:

Apply Credit

Print WI | Export WI

**Release Letter:**

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-792

HighView FDPS Case: 1173580-0 UNITED ACTION FOR ANIMALS  (Case ID = 686143)  Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [        ]   Format: [        ]   Status: [                    ]

Destination: [            ]   Destination Sub-type: [            ]

Release Create Date: [10-20-2023]
Release Creator: [                ]
Print/Export Analyst: [                ]
Print/Export Reviewer: [                ]
Release Complete Date: [10-20-2023]

Delete

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub ... | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**

Send To | Print Release | Export Release | Print/Export See Through  Release

**Release Letter:**

Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-793



HighView FDPS Case: 1173580-0 UNITED ACTION FOR ANIMALS (Case ID = 686143) Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00   Date: 09-16-2011   User: [            ]   Update

Requester Fee Category: [            ▼]

b6  -1
b7C -1

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add     Remove

Date: 10-20-2023   User: [            ]

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023   Fee Type: [            ▼]   Amount: [        ]   Add

Case Fees: [            ]   Remove

Screenshot Sample-794

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b7E -3

HighView FDPS Case: 1173580-0 UNITED ACTION FOR ANIMALS  (Case ID = 6808491, Work Item: [])

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case:**

Type: Appeal
Sub Type: FOIA
Sub Sub Type:

FOI/PA #: 1173580 - 0
Requester Category: Private Citizen
Requested Media: Paper

Case Size:
Appeal Number: 201200383
View Original Case

**Case ETNs**

Create Duplicate ETN

Delete Duplicate ETN

**Subject**

Description: UNITED ACTION FOR ANIMALS
Sub Desc:

Type: Individual
Category:

**Requester**

Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

**Originating Offices**

| | Selected |
|---|---|
| HQ - FBI Headquarters | FBI Headquarters |
| AA - Ankara | |
| AC - Accra | |
| AD - Abu Dhabi | |
| AG - Algiers | |
| AH - Athens | |
| AL - Albany | |
| AM - Amman | |
| AN - Anchorage | |

Select >>
<< Remove

**Negotiations**

To:
From:
Date: 10-20-2023

<< Add
>> Remove

b7E -3

Screenshot Sample-796

HighView FDPS Case: 1173580-0 UNITED ACTION FOR ANIMALS  (Case ID = 680349). Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner:

Current Status: Out of Work Box

Updated: 12-19-2011   By:

Disposition: Closed

**Closed**
Reason:

Other Desc:

On: 10-02-2012   By: ADMIN

Reviewer:

**Reopened**
Reason:

On: 10-26-2023   By:

Received Date: 12-19-2011   By:

Created Date: 12-19-2011   By: ADMIN

Perfected Date: 12-19-2011   By:

Date Ready:   By:

Reviewer:

Assigned FOIPA Date:   By:

Direct Assign   Direct Assign User:

Suspension Reason:

Deadline: 10-26-2023   Processed Under:

Batch Search:   User:

Batch Date:

Info Flags

Info Flags Applied

Add >>

<< Remove

**Standard Pages**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**Non Imported**
Actual:   Reviewed:   Removed:
Excluded:   Released:

**PreProcessed Pages**
Actual:   Removed:
Excluded:   Released:

**Standard Case Summary**
Total Pages:   Reviewed:   Removed:
Excluded:   Released Pages:

View OGA Status Summary

Appeal References:

| Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|

b7E -3

b7E -3

Screenshot Sample-797



Screenshot Sample-798





b7E -3

Screenshot Sample-800



Screenshot Sample-801



Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Administrative Documents

Screenshot Sample-803



b7E -3

Screenshot Sample-804

HighView FDPS Case: 1173580-0 UNITED ACTION FOR ANIMALS  (Case ID = 680349), Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**OGA Coordination**

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**OGA Coordination Items**

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**User Information**

OGA WI Owner: [        ]   Last Modified User: [        ]   Last Modified Date: [10-30-2023]

**OGA Coordination Item Information**

OGA: [        ]   Coord Type: [        ]   Coord Status: [        ]

Address: [        ]

Classification: [        ]   Sent To OGA Date: [10-30-2023]

Disposition: [        ]   Deadline Date: [10-30-2023]

Disposition Reason: [        ]   Return Date: [10-30-2023]

Disposition User: [        ]   Disposition Date: [10-30-2023]

Page(s)   Returned Page(s)/Analyst/Date

Update

Screenshot Sample-805



Screenshot Sample-806

HighView FDPS Case: 1173580-0 UNITED ACTION FOR ANIMALS  (Case ID = 680349), Work Items: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [ ]   Format: [ ]   Status: [ ]

Destination: [ ]   Delete

Release Create Date: 10-20-2023
Release Creator: [ ]
Print/Export Analyst: [ ]
Print/Export Reviewer: [ ]
Release Complete Date: 10-20-2023

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**   Save To   Print Release   Export Release

Credits:

Credit Date: 10-20-2023
Credit Amount: [ ]

**Release Letter:**   Print WI   Export WI

[ ]

Apply Credit

Add Release Letter   Print Release Letter   Export Release Letter

Screenshot Sample-807

HighView FDPS Case: 1173580-0 UNITED ACTION FOR ANIMALS  (Case ID = 580349), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | **OGA Releases** | Case Fees | Case History

Segment: [                ]   Format: [              ]   Status: [                        ]

Release Create Date: [ 10-23-2023 ]

Destination: [                ]   Destination Sub-type: [              ]

Release Creator: [                        ]

Print/Export Analyst: [                        ]

[ Delete ]

Print/Export Reviewer: [                        ]

Release Complete Date: [ 10-23-2023 ]

**Releases:**  (Double Click Release to select and see Item Details)

| Description | Date | Segm. | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**Release Item(s):**     [ Send To ]  [ Print Release ]  [ Export Release ]  [ Print/Export See Through  Release ]

**Release Letter:**     [ Print WI ]  [ Export WI ]

[ Add Release Letter ]   [ Print Release Letter ]   [ Export Release Letter ]

Screenshot Sample-808

HighView FDPS Case: 1173580-0 UNITED ACTION FOR ANIMALS  (Case ID = 680349), Work Items:

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

### Case Max Fee

Amount: 0.00     Date: 12-19-2011     User: ADMIN     [Update]     Requester Fee Category: [_____]

### Case Fee Agreement

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

[Add]     [Remove]

Date: 10-20-2023     User: [_____]

### Case Applied Fees

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023     Fee Type: [_____]     Amount: [_____]     [Add]

Case Fees: [_____]     [Remove]

Screenshot Sample-809



b7E -3

Screenshot Sample-810

HighView FDPS Case: 1173580-1 UNITED ACTION FOR ANIMALS (CROSS REFERENCES). (Case ID = 685100). Work Item: []

b7E -3

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case:**

Type: FOIA
Sub Type: Standard
Sub Sub Type:

FOI/PA #: 1173580 - 1
Requester Category: Private Citizen
Requested Media: Paper

Case Size:

**Case ETNs:**

Create Duplicate ETN

Delete Duplicate ETN

**Subject:**

Description: UNITED ACTION FOR ANIMALS (CROSS REFERENCES)
Sub Desc:

Type: Individual
Category:

**Requester:**

Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

**Originating Offices:**

| | Selected |
|---|---|
| HQ - FBI Headquarte | FBI Headquarters |
| AA - Ankara | |
| AC - Accra | |
| AD - Abu Dhabi | |
| AG - Algiers | |
| AH - Athens | |
| AL - Albany | |
| AM - Amman | |
| AN - Anchorage | |

Select >>
<< Remove

**Negotiation:**

To:
From:
Date: 10-26-2023

<< Add
>> Remove

Screenshot Sample-811

HighView FDPS Case: 1173580-1 UNITED ACTION FOR ANIMALS (CROSS REFERENCES) (Case ID = 585100), Work Items: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Case Owner: FOI/PA Team 4.0

Current Status: Out of Workflow

Updated: 02-18-2015 By:

Disposition: Closed

**Closed**
Reason: Full Grant (excludes directing requester to agency website for posted information)

Other Desc:

On: 02-16-2015 By:

Reviewer:

**Reopened**
Reason:

On: 02-08-2012 By:

Received Date: 09-15-2011 By:

Created Date: 09-15-2011 By:

Perfected Date: 09-15-2011 By:

Date Ready: 02-24-2012 By:

Reviewer:

Assigned FOIPA Date: 02-27-2012 By:

☑ Direct Assign    Direct Assign User:

Suspension Reason:

Deadline: 10-20-2023    Processed Under:

Batch Search:    User:

Batch Date:

Info Flags

Info Flags Applied

Add >>

<< Remove

**Standard Pages**
Actual:    Reviewed:    Removed:

Excluded:    Released:

**PreProcessed Pages**
Actual:    Removed:

Excluded:    Released:

**Non Imputed**
Actual:    Reviewed:    Removed:

Excluded:    Released:

**Standard Case Summary**
Total Pages:    Reviewed:    Removed:

Excluded    Released Pages:

View OGA Status Summary

| Appeal References | Status Date | Status | Disposition | Appeal Number | Attorney | Date Recd | Assigned To |
|---|---|---|---|---|---|---|---|
| | 2015-10-15 | Closed | Affirmed | AP20153054 | | 2015-06-02 | |

b6 -1
b7C -1

b6 -1
b7C -1
b7E -3

b7E -3

b6 -5
b7C -5

Screenshot Sample-812



Screenshot Sample-813





Screenshot Sample-815





Screenshot Sample-817

Screenshot Sample-818



b7E -3

HighView FDPS Case: 1173580-1 UNITED ACTION FOR ANIMALS (CROSS REFERENCES)  (Case ID = 685100), Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**OGA Coordination**

| OGA Coordination Shell Name | Classification | Created Date | Created By | Coord Type | Coord Status | OGA Release Date | Return Status | Final Return Date | Close |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**OGA Coordination Itemlist**

| OGA | Classification | Page(s) | Coord Type | Coord Status | OGA Release # | OGA Release Date | Return Status | Return Date |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**User Information**

OGA WI Owner: [                    ]    Last Modified User: [              ]    Last Modified Date: [ 10-30-2023 ]

**OGA Coordination Item Information**

OGA: [            ]    Coord Type: [            ]    Coord Status: [            ]    Page(s)    Returned Page(s)/Analyst/Date

Address: [                    ]

Classification: [                    ]    Sent To OGA Date: [ 10-30-2023 ]

Disposition: [                    ]    Deadline Date: [ 10-30-2023 ]

Disposition Reason: [                    ]    Return Date: [ 10-30-2023 ]

Disposition User: [          ]    Disposition Date: [ 10-30-2023 ]    Update

Screenshot Sample-820



Screenshot Sample-821

HighView FDPS Case: 1173580-1 UNITED ACTION FOR ANIMALS (CROSS REFERENCES)  (Case ID = 6851000)  Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: _____  Format: _____  Status: _____

Destination: _____

Release Create Date: 10-20-2023
Release Creator: _____
Print/Export Analyst: _____
Print/Export Reviewer: _____
Release Complete Date: 10-20-2023

Delete

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| Release 304720 | 02-05-2015 | Final | Released and Delivered | CD | Requester | 02-10-2015 | 0 | 4 | 4 | 0 |

**Release Item(s):**   Send To | Print Release | Export Release

Credits: _____

Credit Date: 10-20-2023
Credit Amount: _____

**Release Letter:**   Print WI | Export WI

Apply Credit

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-822

HighView FDPS Case: 1173580-1 UNITED ACTION FOR ANIMALS (CROSS REFERENCES) (Case ID = 685100) Work Item: 0

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [        ]  Format: [        ]  Status: [                    ]  Release Create Date: [10-20-2023]

Destination: [          ]  Destination Sub-type: [          ]  Release Creator: [                ]

Print/Export Analyst: [                ]

Delete

Print/Export Reviewer: [                ]

Release Complete Date: [10-20-2023]

**Releases:** (Double Click Release to select and see Item Details)

| Description | Date | Segm... | Status | Format | Destination | Destination Sub ... | Closed | Cost | Pag |
|-------------|------|---------|--------|--------|-------------|---------------------|--------|------|-----|

**Release Item(s):**

Send To | Print Release | Export Release | Print/Export See Through Release

**Release Letter:**

Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-823

HighView FDPS Case: 1173580-1 UNITED ACTION FOR ANIMALS (CROSS REFERENCES)  Case ID = 685100  Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case Max Fee**

Amount: 0.00   Date: 09-16-2011   User: ____   Update    Requester Fee Category: ____

**Case Fee Agreement**

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

Add    Remove

Date: 10-20-2023   User: ____

**Case Applied Fees**

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-20-2023   Fee Type: ____   Amount: ____   Add

Case Fees: ____   Remove

b6 -1
b7C -1

Screenshot Sample-824

HighView FDPS Case: 1173580-1 UNITED ACTION FOR ANIMALS (CROSS REFERENCES)  (Case ID = 685109), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|-----------|---------------|------|

b6  -1
b7C  -1
b7E  -3

Screenshot Sample-825

HighView FDPS Case: 1178613-0 ANTI-VIVISECTION MOVEMENT (1961-1988)  (Case ID = 684302), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

**Case**
Type: FOIA
Sub Type: Standard
Sub Sub Type:
FOI/PA #: 1178613 . 0
Requester Category:
Requested Media: Paper
Case Size:

**Case ETNs**
Create Duplicate ETN
Delete Duplicate ETN

**Subject**
Description: ANTI-VIVISECTION MOVEMENT (1961-1988)
Sub Desc:
Type: Individual
Category:

**Requester**
Organization/Individual

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

Organization Members

**Originating Offices**
Selected
HQ - FBI Headquarte
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage
FBI Headquarters
Select >>
<< Remove

**Negotiations**
To:   From:   Date: 10-20-2023
<< Add
>> Remove

b7E -3



b6 -1
b7C -1
b7E -3

b6 -1,5
b7C -1,5
b7E -3

Screenshot Sample-827





Screenshot Sample-829



b7E -3



Screenshot Sample-831

HighView FDPS Case: 1173613-0 ANTI-VIVISECTION MOVEMENT (1961-1980)  (Case ID = 664862), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Work Item Object Information
Current OGA Work Item Objects:

Work Item Assignment

Case Owner Report

Screenshot Sample-832

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

📁 Administrative Documents



b7E -3



Screenshot Sample-835



Screenshot Sample-836

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment:

Format:

Status:

Destination:

Delete

Release Create Date: 10-20-2023

Release Creator:

Print/Export Analyst:

Print/Export Reviewer:

Release Complete Date: 10-20-2023

**Releases:**  [Double Click Release to select and see Item Detail:]

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**

Send To | Print Release | Export Release

**Credits:**

Credit Date: 10-20-2023

Credit Amount:

Apply Credit

Print WI | Export WI

**Release Letter:**

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-837

HighView FDPS Case: 1178613-0 ANTI-VIVISECTION MOVEMENT (1981-1980)  (Case ID = 684302)  Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [          ]   Format: [          ]   Status: [                              ]

Destination: [          ]   Destination Sub-type: [                    ]

Release Create Date: [10-20-2023 ▼]
Release Creator: [                    ]
Print/Export Analyst: [                    ]
Print/Export Reviewer: [                    ]
Release Complete Date: [10-20-2023 ▼]

Delete

**Releases:** [Double Click Release to select and see Item Details]

| Description | Date | Segm. | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**Release Item(s):**

Send To | Print Release | Export Release | Print/Export See Through  Release

**Release Letter:**

Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

HighView FDPS Case: 1178613-0 ANTI-VIVISECTION MOVEMENT (1961-1989):   (Case ID = 664302), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | **Case Fees** | Case History

### Case Max Fee

Amount: 0.00   Date: 12-06-2011   User: [ ]   [Update]   Requester Fee Category: [ ▾ ]

### Case Fee Agreement

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

[Add]   [Remove]

Date: 10-20-2023   User: [ ]

### Case Applied Fees

(For Fees Applied at the Case Level, not Specific to a Release )

Fee Date: 10-29-2022   Fee Type: [ ▾ ]   Amount: [ ]   [Add]

Case Fees: [ ]   [Remove]

b6 -1
b7C -1

Screenshot Sample-839

b6 -1
b7C -1
b7E -3

HighView FDPS Case: 1178613-0 ANTI-VIVISECTION MOVEMENT (1961-1980)  (Case ID = 684302), Work Item: []

| Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History |

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

Screenshot Sample-840

HighView FDPS Case: 1179613-0 ANTI-VIVISECTION MOVEMENT (1961-1980)  (Case ID = 694100), Work Item: []

**Case Summary** | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

### Case:

Type: Appeal   Sub Type: FOIA   Sub Sub Type:

FOI/PA #: 1179613 - 0   Requester Category:   Requested Media: Paper

Case Size:   Appeal Number: 2012091443   View Original Case

### Case ETNs:

Create Duplicate ETN

Delete Duplicate ETN

### Subject:

Description: ANTI-VIVISECTION MOVEMENT (1961-1980)   Sub Desc:

Type: Individual   Category:

### Requester:

**Organization/Individual**

| Type | Name |
|------|------|
| Individual | Shapiro, Ryan Dr. |

**Organization Members**

### Originating Offices:

HQ - FBI Headquarters
AA - Ankara
AC - Accra
AD - Abu Dhabi
AG - Algiers
AH - Athens
AL - Albany
AM - Amman
AN - Anchorage

Select >>
<< Remove

**Selected**
FBI Headquarters

### Negotiations:

To:   From:   Date: 10-20-2023

<< Add
>> Remove

b7E  -3

Screenshot Sample-841



Screenshot Sample-842



Screenshot Sample-843



Screenshot Sample-844



b7E -3



Screenshot Sample-846



Administrative Documents



b7E -3

Screenshot Sample-849



Screenshot Sample-850

HighView FDPS Case: 1178613-0 ANTI-VIVISECTION MOVEMENT (1961-1980)  (Case ID = 694100), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Release Destination Type*

● Requester        ○ OGA        OGA Release Dest Sub Type*

### Ready Work Item(s)

| Description | Ready Date |
|---|---|
| | |

### Ready Letter Work Item(s)

| Description |
|---|
| |

Create Release

Add    Remove

Standard: Reviewed: 0   Released: 0

PreProcessed: Released: 0

Reference:

### Work Item(s) to Release

Segment: 
Format: 
Date: 10-26-2023

### Letter to Release

Create Release

HighView FDPS Case: 1178613-0 ANTI-VIVISECTION MOVEMENT (1961-1980). (Case ID = 694100), Work Items: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: [            ]   Format: [            ]   Status: [                                    ]

Destination: [                    ]

Release Create Date: [ 10-26-2023 ]
Release Creator: [                    ]
Print/Export Analyst: [                    ]
Print/Export Reviewer: [                    ]
Release Complete Date: [ 10-26-2023 ]

Delete

**Releases:** [Double Click Release to select and see Item Details]

| Description | Date | Segm. | Status | Format | Destination | Closed | Cost | Pages Reviewed | Pages Released | Pages PreProcessed |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

**Release Item(s):**

Send To | Print Release | Export Release

Credits:
[                    ]

Credit Date: [ 10-26-2023 ]
Credit Amount: [            ]
[                    ]

Apply Credit

**Release Letter:**

Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-852

HighView FDPS Case: 1178613-0 ANTI-VIVISECTION MOVEMENT (1961-1980)  (Case ID = 694100), Work Items: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

Segment: _____   Format: _____   Status: _____

Destination: _____   Destination Sub-type: _____

Release Create Date: 10-26-2023
Release Creator: _____
Print/Export Analyst: _____
Print/Export Reviewer: _____
Release Complete Date: 10-26-2023

Delete

**Releases:**  [Double Click Release to select and see Item Details]

| Description | Date | Segm. | Status | Format | Destination | Destination Sub | Closed | Cost | Pag |
|---|---|---|---|---|---|---|---|---|---|

**Release Item(s):**

Send To | Print Release | Export Release | Print/Export See Through  Release

**Release Letter:**

Print WI | Export WI

Add Release Letter | Print Release Letter | Export Release Letter

Screenshot Sample-853

HighView FDPS Case: 1178813-0 ANTI-VIVISECTION MOVEMENT (1961-1980)  (Case ID = 694100), Work Items: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

### Case Max Fee

Amount: 0.00    Date: 02-28-2012    User: ADMIN    [Update]    Requester Fee Category: [        ▼]

### Case Fee Agreement

I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.
I am requesting a Fee Waiver for my request, and have reviewed the FOIA reference guide. If my fee waiver is denied, I am willing to pay additional fees and I will enter that amount below.
I am limiting my request to the free two hours of searching and 100 duplicated pages. I am not willing to pay additional fees.
I am willing to pay additional fees. Please enter the amount you are willing to pay.

[Add]    [Remove]

Date: 10-29-2023    User:

### Case Applied Fees

(For Fees Applied at the Case Level, not Specific to a Release.)

Fee Date: 10-29-2023    Fee Type: [        ▼]    Amount:       [Add]

Case Fees:       [Remove]

Screenshot Sample-854

HighView FDPS Case: 1178813-0 ANTI-VIVISECTION MOVEMENT (1961-1980)  (Case ID = 694100), Work Item: []

Case Summary | Status | Expedite | Fee Waiver | Case Searches | Case Files | OGA Case Files | Documents | Work Items | OGA Coordination | Ready Work Items | Requester Releases | OGA Releases | Case Fees | Case History

| Date | Action | Field | Prev Value | Current Value | User |
|------|--------|-------|------------|---------------|------|

b7E -3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RYAN NOAH SHAPIRO, et al.,

       Plaintiffs,

       v.

U.S. DEPARTMENT OF JUSTICE,

       Defendant.

Civil Action No. 13-0555 (RDM)

## **<u>Exhibit B</u>**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
*RYAN SHAPIRO ET AL v. DOJ*
**13-cv-0555 (RDM)**

| Page Disposition Totals |
|---|
| **Total: 855** |
| RIF: 518 |
| RIP: 337 |

# Exemption Application Index

| SUMMARY OF FOIA EXEMPTION JUSTIFICATION CATEGORIES | |
|---|---|
| **CODED CATEGORIES** | **INFORMATION WITHHELD** |
| **EXEMPTION (b)(3)** | **INFORMATION PROTECTED BY STATUTE** |
| (b)(3)-1 | Protection of Intelligence Sources and Methods – 50 U.S.C. § 3024(i)(1) |
| **EXEMPTION (b)(7)(A)** | **PENDING LAW ENFORCEMENT PROCEEDINGS** |
| (b)(7)(A)-1 | Information, the Disclosure of which Could Reasonably be Expected to Interfere with Pending Enforcement Proceedings |
| **EXEMPTION (b)(6) and EXEMPTION (b)(7)(C)** | **CLEARLY UNWARRANTED INVASION OF PERSONAL PRIVACY AND UNWARRANTED INVASION OF PERSONAL PRIVACY** |
| (b)(6)-1 and (b)(7)(C)-1 | Names of FBI Professional Staff |
| (b)(6)-2 and (b)(7)(C)-2 | Identifying Information of a Third Party Merely Mentioned |
| (b)(6)-4 and (b)(7)(C)-4 | Names of Third Parties of Investigative Interest |
| (b)(6)-5 and (b)(7)(C)-5 | Names of Non-FBI Federal Government Personnel |
| **EXEMPTION (b)(7)(D)** | **CONFIDENTIAL SOURCE INFORMATION** |
| (b)(7)(D)-1 | Confidential Source File Number |
| **EXEMPTION (b)(7)(E)** | **INVESTIGATIVE TECHNIQUES AND PROCEDURES** |
| (b)(7)(E)-3 | Specific Investigative Techniques and Procedures |
| (b)(7)(E)-4 | Sensitive Investigative File Numbers |
| (b)(7)(E)-7 | Investigative Focus of Specific Investigations |

| INDEX KEY | |
|---|---|
| RIF: | Released in Full |
| RIP: | Released in Part |

| FBI DOCUMENT TYPES |
|---|
| Case Summary Tab – This tab displays information concerning the type of case (i.e., FOIA or Privacy Act request), case size, date of receipt, subject, requester, and other basic information concerning the request. |
| Status Tab – This tab displays information concerning the current administrative status of the case (i.e., "open" or "closed") and information concerning workflow tracking such as unit or team assignment. Additionally, if the case is closed, the closing reason is indicated on this tab. This tab also includes flags identifying additional administrative case information, such as whether a fee waiver or expedite request was granted, if a case was negotiated, etc. Administrative appeal information, and case page totals are also located on this tab. |
| Expedite Tab – This tab displays information related to a request for expedited processing, if sought by the requester. This includes the date of the expedite request, the status of expedite request, the reason expedited processing was sought, the date of adjudication, and the reason the request was approved or disapproved. |
| Fee Waiver Tab- This tab displays information related to a fee waiver request, if sought by the requester. This includes the date of the fee waiver request, the reason a fee waiver was sought, the requester fee category, the status of the request, and the reason for approval or disapproval. |

| |
|---|
| Case Searches Tab– This tab displays the results of RIDS search efforts, including search terms used, a list of the records located, and the location in which the records were found. After search results are entered on this tab, the responsive records populate in the Case Files tab, where the viewable documents can be accessed. The documents containing search results are the search slips, located in the Administrative Documents tab; the Case Searches tab does not contain any documents, but a copy of it can be exported via the Print Search Slip Function |
| Case Files Tab– This tab is where multiple versions of the responsive records are stored and processed in response to the FOIA/Privacy Act request: the version as scanned into the system; a read-through version showing redacted/withheld information and identifying the basis for withholding; and the redacted version as released to the requester. |
| OGA Case Files Tab – Similar to the Case Files tab, this tab contains the versions of records that were consulted or referred to another government agency. This also contains the version as scanned into the system; a readthrough version showing redacted/withheld information and identifying the basis for withholding; and the redacted version as sent to the OGA. |
| Documents Tab – This tab is where RIDS personnel import and store additional documents relevant to processing of a FOIA or Privacy Act request. This section is broken down into three subgroups; "Administrative Documents", "Outgoing OGA (Other Government Agency) Correspondence", and "Outgoing Requester Correspondence." Older FOIA Cases show "Administrative Documents" as the other subgroups were added in a later version of FDPS. |
| Work Items Tab – The Work Items tab displays administrative information concerning all work items in the case, their status, and which RIDS analyst is assigned to handle each work item. This section also includes fields for administrative tracking of employee workload and work item data points. The Work Items tab does not contain the documents themselves, which are located in the Case Files or OGA Case Files tabs, as appropriate. |
| OGA Coordination Tab– The OGA Coordination tab displays information concerning documents that were sent to OGAs for referral or consultation, the status of those consultations or referrals, and the OGA to which they were sent. |
| Ready Work Items Tab – This tab displays information regarding work items which have been approved for release. RIDS analysts use this tab to assemble the work items and correspondence into a final FOIPA release. This tab does not contain the documents themselves, which are located in the Case Files tab or the OGA Case Files tab. |
| Requester Releases Tab– This tab shows the requester releases generated in the case. From this tab, an analyst can print or export a release to be mailed to the requester. The release letter, located in the Documents tab, and the redacted released pages, located in the Case Files tab, are placeholders in this tab to be printed to paper or exported to a compact disc ("CD") for release to Plaintiffs. This tab contains no additional documents; it only links to the documents that are then "pulled" from the Documents tab or Case Files tab when an analyst chooses the "print" or "export" button. |
| OGA Releases Tab – This tab is similar to the Requester Releases tab, but from here, a RIDS analyst can print or export releases made to an OGA of material consulted to the FBI, or the consult or direct referral packages sent to OGAs seeking their consultation, or for their review and release directly to the requester. The placeholders in this tab would be comprised of the response or consultation/referral letter, which is located in the Documents tab, and the released or consulted pages located in the Case Files or OGA Case Files tabs. Similarly to the Requester Releases tab, this tab contains no additional documents; it only links to the documents that are then "pulled" from the Documents tab, the Case Files tab, or the OGA Case Files tab when an analyst chooses the "print" or "export" button. |
| Case Fees Tab – This tab displays information concerning any fees collected for the FOIPA request. |
| Case History Tab – This tab displays the history of interactions with the case and associated work items. Some of the information it tracks and logs includes the creation of the case, creation of work items, reassignment of the case or work items, creation of case notes, importing of case files or administrative documents, etc. |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Case Summary Tab of FOIPA Request No. 1001628-000. | 1 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1001628-000. | 2 | | | X | | | X | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1001628-000. | 3 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1001628-000. | 4 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1001628-000. | 5 | | | | | | | | X | | | | X |
| The Case Files Tab of FOIPA Request No. 1001628-000. | 6 | | | | | | | | X | | | | X |
| The OGA Case Files Tab of FOIPA Request No. 1001628-000. | 7 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1001628-000. | 8 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1001628-000. | 9 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1001628-000. | 10 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1001628-000. | 11 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1001628-000. | 12 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1001628-000. | 13 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1001628-000. | 14 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1001628-000. | 15 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1001628-000 (Appeal). | 16 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1001628-000 (Appeal) | 17 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1001628-000 (Appeal) | 18 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Fee Waiver Tab of FOIPA Request No. 1001628-000 (Appeal) | 19 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1001628-000 (Appeal) | 20 | | | | | | | | | | | X | |
| The Case Files Tab of FOIPA Request No. 1001628-000 (Appeal) | 21 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1001628-000 (Appeal) | 22 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1001628-000 (Appeal) | 23 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1001628-000 (Appeal) | 24 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1001628-000 (Appeal) | 25 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1001628-000 (Appeal) | 26 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1001628-000 (Appeal) | 27 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1001628-000 (Appeal) | 28 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1001628-000 (Appeal) | 29 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1001628-000 (Appeal) | 30 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1001628-001. | 31 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1001628-001. | 32 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1001628-001. | 33 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1001628-001. | 34 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1001628-001. | 35 | X | | | | | | | | X | | | X |
| The Case Files Tab of FOIPA Request No. 1001628-001. | 36 | X | | | | | | | | X | | | X |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The OGA Case Files Tab of FOIPA Request No. 1001628-001. | 37 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1001628-001. | 38 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1001628-001. | 39 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1001628-001. | 40 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1001628-001. | 41 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1001628-001. | 42 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1001628-001. | 43 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1001628-001. | 44 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1001628-001. | 45 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1001628-002. | 46 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1001628-002. | 47 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1001628-002. | 48 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1001628-002. | 49 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1001628-002. | 50 | | | | | | | | | | | X | |
| The Case Files Tab of FOIPA Request No. 1001628-002. | 51 | X | | | | | | | | X | | | X |
| The OGA Case Files Tab of FOIPA Request No. 1001628-002. | 52 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1001628-002. | 53 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1001628-002. | 54 | | | | | | | | X | | | | X |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The OGA Coordination Tab of FOIPA Request No. 1001628-002. | 55 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1001628-002. | 56 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1001628-002. | 57 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1001628-002. | 58 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1001628-002. | 59 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1001628-002. | 60 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1001628-003. | 61 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1001628-003. | 62 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1001628-003. | 63 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1001628-003. | 64 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1001628-003. | 65 | | | | | | | | | | | X | |
| The Case Files Tab of FOIPA Request No. 1001628-003. | 66 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1001628-003. | 67 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1001628-003. | 68 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1001628-003. | 69 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1001628-003. | 70 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1001628-003. | 71 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1001628-003. | 72 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The OGA Releases Tab of FOIPA Request No. 1001628-003. | 73 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1001628-003. | 74 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1001628-003. | 75 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1049408-000. | 76 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1049408-000. | 77 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1049408-000. | 78 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1049408-000. | 79 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 11049408-000. | 80 | | | X | | | | | | | | | X |
| The Case Files Tab of FOIPA Request No. 1049408-000. | 81 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1049408-000. | 82 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1049408-000. | 83 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1049408-000. | 84 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1049408-000. | 85 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1049408-000. | 86 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 10494058-000. | 87 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1049408-000. | 88 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1049408-000. | 89 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1049408-000. | 90 | | | | | | | | X | | | | X |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Case Summary Tab of FOIPA Request No. 1049408-001. | 91 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1049408-001. | 92 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1049408-001. | 93 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1049408-001. | 94 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 11049408-001. | 95 | X | X | | | | | | | X | | | X |
| The Case Files Tab of FOIPA Request No. 1049408-001. | 96 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1049408-001. | 97 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1049408-001. | 98 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1049408-001. | 99 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1049408-001. | 100 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1049408-001. | 101 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 10149058-001. | 102 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1049408-001. | 103 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1049408-001. | 104 | | | | | | | | | | | X | |
| The Case History Tab of FOIPA Request No. 1049408-001. | 105 | | | X | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1049408-002. | 106 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1049408-002. | 107 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1049408-002. | 108 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Fee Waiver Tab of FOIPA Request No. 1049408-002. | 109 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 11049408-002. | 110 | | | | | | | | | | | X | |
| The Case Files Tab of FOIPA Request No. 1049408-002. | 111 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1049408-002. | 112 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1049408-002. | 113 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1049408-002. | 114 | | | | | | | | | | | X | |
| The OGA Coordination Tab of FOIPA Request No. 1049408-002. | 115 | | | | | | | | X | | | | X |
| The Ready Work Items Tab of FOIPA Request No. 1049408-002. | 116 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1049408-002. | 117 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1049408-002. | 118 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1049408-002. | 119 | | | | | | | | | | | X | |
| The Case History Tab of FOIPA Request No. 1049408-002. | 120 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1063060-000. | 121 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1063060-000. | 122 | | | X | | X | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1063060-000. | 123 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1063060-000. | 124 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1063060-000. | 125 | | | | | | | | | X | | | X |
| The Case Files Tab of FOIPA Request No. 1063060-000 | 126 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The OGA Case Files Tab of FOIPA Request No. 1063060-000. | 127 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1063060-000. | 128 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1063036-000. | 129 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1063060-000. | 130 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1063060-000. | 131 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1063060-000. | 132 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1063060-000. | 133 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1063060-000. | 134 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1063060-000. | 135 | | | X | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1063060-000 (Appeal). | 136 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1063060-000 (Appeal). | 137 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1063060-000 (Appeal). | 138 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1063060-000 (Appeal). | 139 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1063060-000 (Appeal). | 140 | | | | | | | | | | | X | |
| The Case Files Tab of FOIPA Request No. 1063060-000 (Appeal). | 141 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1063060-000 (Appeal). | 142 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1063060-000 (Appeal). | 143 | | | | | | | | | | | X | |

8

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Work Items Tab of FOIPA Request No. 1063060-000 (Appeal). | 144 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1063060-000 (Appeal). | 145 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1063060-000 (Appeal). | 146 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1063060-000 (Appeal). | 147 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1063060-000 (Appeal). | 148 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1063060-000 (Appeal). | 149 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1063060-000 (Appeal). | 150 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1063060-001. | 151 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1063060-001. | 152 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1063060-001. | 153 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1063060-001. | 154 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1063060-001. | 155 | X | | | | | | | | X | | | X |
| The Case Files Tab of FOIPA Request No. 1063060-001 | 156 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1063060-001. | 157 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1063060-001. | 158 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1063036-001. | 159 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1063060-001. | 160 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Ready Work Items Tab of FOIPA Request No. 1063060-001. | 161 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1063060-001. | 162 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1063060-001. | 163 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1063060-001. | 164 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1063060-001. | 165 | | | X | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1063060-002. | 166 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1063060-002. | 167 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1063060-002. | 168 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1063060-002. | 169 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1063060-002. | 170 | | | | | | | | | | | X | |
| The Case Files Tab of FOIPA Request No. 1063060-002. | 171 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1063060-002. | 172 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1063060-002. | 173 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1063036-002. | 174 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1063060-002. | 175 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1063060-002. | 176 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1063060-002. | 177 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1063060-002. | 178 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Case Fees Tab of FOIPA Request No. 1063060-002. | 179 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1063060-002. | 180 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1063060-003. | 181 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1063060-003. | 182 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1063060-003. | 183 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1063060-003. | 184 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1063060-003. | 185 | | | | | | | | | | | X | |
| The Case Files Tab of FOIPA Request No. 1063060-003. | 186 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1063060-003. | 187 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1063060-003. | 188 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1063036-003. | 189 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1063060-003. | 190 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1063060-003. | 191 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1063060-003. | 192 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1063060-003. | 193 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1063060-003. | 194 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1063060-003. | 195 | | | X | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1121258-000. | 196 | | | | | | | | X | | | | X |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Status Tab of FOIPA Request No. 1121258-000 | 197 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1121258-000. | 198 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1121258-000. | 199 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1121258-000. | 200 | | | | | | | | X | | | | X |
| The Case Files Tab of FOIPA Request No. 1121258-000. | 201 | | | | | | | | X | | | | X |
| The OGA Case Files Tab of FOIPA Request No. 1121258-000. | 202 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1121258-000. | 203 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1121258-000. | 204 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1121258-000. | 205 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1121258-000. | 206 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1121258-000. | 207 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1121258-000. | 208 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1121258-000. | 209 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1121258-000. | 210 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1133487-000. | 211 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1133487-000. | 212 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1133487-000. | 213 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1133487-000. | 214 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Case Searches Tab of FOIPA Request No. 1133487-000. | 215 | | | X | X | | | | | | | | X |
| The Case Files Tab of FOIPA Request No. 1133487-000. | 216 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1133487-000. | 217 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1133487-000. | 218 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1133487-000. | 219 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1133487-000. | 220 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1133487-000. | 221 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1133487-000. | 222 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1133487-000. | 223 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1133487-000. | 224 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1133487-000. | 225 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1133487-001. | 226 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1133487-001. | 227 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1133487-001. | 228 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1133487-001. | 229 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1133487-001. | 230 | | | | | | | | | | | X | |
| The Case Files Tab of FOIPA Request No. 1133487-001. | 231 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1133487-001. | 232 | | | | | | | | | | | X | |

13

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Documents Tab of FOIPA Request No. 1133487-001. | 233 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1133487-001. | 234 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1133487-001. | 235 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1133487-001. | 236 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1133487-001. | 237 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1133487-001. | 238 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1133487-001. | 239 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1133487-001. | 240 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1133487-002. | 241 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1133487-002. | 242 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1133487-002. | 243 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1133487-002. | 244 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1133487-002. | 245 | | | | | | | | | | | X | |
| The Case Files Tab of FOIPA Request No. 1133487-002. | 246 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1133487-002. | 247 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1133487-002. | 248 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1133487-002. | 249 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1133487-002. | 250 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Ready Work Items Tab of FOIPA Request No. 1133487-002. | 251 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1133487-002. | 252 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1133487-002. | 253 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1133487-002. | 254 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1133487-002. | 255 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1133487-003. | 256 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1133487-003. | 257 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1133487-003. | 258 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1133487-003. | 259 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1133487-003. | 260 | | | | | | | | | | | X | |
| The Case Files Tab of FOIPA Request No. 1133487-003. | 261 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1133487-003. | 262 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1133487-003. | 263 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1133487-003. | 264 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1133487-003. | 265 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1133487-003. | 266 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1133487-003. | 267 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1133487-003. | 268 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Case Fees Tab of FOIPA Request No. 1133487-003. | 269 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1133487-003. | 270 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1143759-000. | 271 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1143759-000 | 272 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1143759-000. | 273 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1143759-000. | 274 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1143759-000. | 275 | | | | | | | | X | | | | X |
| The Case Files Tab of FOIPA Request No. 1143759-000. | 276 | | | | | | | | X | | | | X |
| The OGA Case Files Tab of FOIPA Request No. 1143759-000. | 277 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1143759-000. | 278 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1143759-000. | 279 | | | | | | | | | | | X | |
| The OGA Coordination Tab of FOIPA Request No. 1143759-000. | 280 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1143759-000. | 281 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1143759-000. | 282 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1143759-000. | 283 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1143759-000. | 284 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1143759-000. | 285 | | | X | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1143759-001. | 286 | | | | | | | | X | | | | X |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Status Tab of FOIPA Request No. 1143759-001 | 287 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1143759-001. | 288 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1143759-001. | 289 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1143759-001. | 290 | X | | | | | | | | X | | | X |
| The Case Files Tab of FOIPA Request No. 1143759-001. | 291 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1143759-001. | 292 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1143759-001. | 293 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1143759-001. | 294 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1143759-001. | 295 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1143759-001. | 296 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1143759-001. | 297 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1143759-001. | 298 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1143759-001. | 299 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1143759-001. | 300 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1156519-000. | 301 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No.1156519-000 | 302 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1156519-000. | 303 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1156519-000. | 304 | | | | | | | | | | | X | |

17

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Case Searches Tab of FOIPA Request No. 1156519-000. | 305 | | | | | | | | | | | X | |
| The Case Files Tab of FOIPA Request No. 1156519-000. | 306 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1156519-000. | 307 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1156519-000. | 308 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1156519-000. | 309 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1156519-000. | 310 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1156519-000. | 311 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1156519-000. | 312 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1156519-000. | 313 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1156519-000. | 314 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1156519-000. | 315 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1156519-001. | 316 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No.1156519-001 | 317 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1156519-001. | 318 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1156519-001. | 319 | | | X | | | | | | | | | X |
| The Case Searches Tab of FOIPA Request No. 1156519-001. | 320 | | | | | | | | | X | | | X |
| The Case Files Tab of FOIPA Request No. 1156519-001. | 321 | | | | | | | | | X | | | X |
| The OGA Case Files Tab of FOIPA Request No. 1156519-001. | 322 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Documents Tab of FOIPA Request No. 1156519-001. | 323 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1156519-001. | 324 | | | | | | | | X | X | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1156519-001. | 325 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1156519-001. | 326 | | | X | | | | | | | | | X |
| The Requester Releases Tab of FOIPA Request No. 1156519-001. | 327 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1156519-001. | 328 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1156519-001. | 329 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1156519-001. | 330 | | | X | | | | | X | X | | | X |
| The Case Summary Tab of FOIPA Request No. 1156661-000. | 331 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No.1156661-000 | 332 | | | X | | | X | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1156661-000. | 333 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1156661-000. | 334 | | | X | | | | | | | | | X |
| The Case Searches Tab of FOIPA Request No. 1156661-000. | 335 | | | | | | | | | | | X | |
| The Case Files Tab of FOIPA Request No. 1156661-000. | 336 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1156661-000. | 337 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1156661-000. | 338 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1156661-000. | 339 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1156661-000. | 340 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Ready Work Items Tab of FOIPA Request No. 1156661-000. | 341 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1156661-000. | 342 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1156661-000. | 343 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1156661-000. | 344 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1156661-000. | 345 | | | X | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1156661-000 (Appeal). | 346 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1156661-000 (Appeal). | 347 | | | | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1156661-000 (Appeal). | 348 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1156661-000 (Appeal). | 349 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1156661-000 (Appeal). | 350 | | | | | | | | | | | X | |
| The Case Files Tab of FOIPA Request No. 1156661-000 (Appeal). | 351 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1156661-000 (Appeal). | 352 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1156661-000 (Appeal). | 353 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1156661-000 (Appeal). | 354 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1156661-000 (Appeal). | 355 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1156661-000 (Appeal). | 356 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Requester Releases Tab of FOIPA Request No. 1156661-000 (Appeal). | 357 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1156661-000 (Appeal). | 358 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1156661-000 (Appeal). | 359 | | | | | | | | | | | X | |
| The Case History Tab of FOIPA Request No. 1156661-000 (Appeal). | 360 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1156661-001. | 361 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No.1156661-001 | 362 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1156661-001. | 363 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1156661-001. | 364 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1156661-001. | 365 | | | | | | | | | X | | | X |
| The Case Files Tab of FOIPA Request No. 1156661-001. | 366 | | | | | | | | | X | | | X |
| The OGA Case Files Tab of FOIPA Request No. 1156661-001. | 367 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1156661-001. | 368 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1156661-001. | 369 | | | | | | | | X | X | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1156661-001. | 370 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1156661-001. | 371 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1156661-001. | 372 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1156661-001. | 373 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Case Fees Tab of FOIPA Request No. 1156661-001. | 374 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1156661-001. | 375 | | | X | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1157021-000. | 376 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1157021-000. | 377 | | | X | | | X | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1157021-000. | 378 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1157021-000. | 379 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1157021-000. | 380 | | X | | | | | | | X | | | X |
| The Case Files Tab of FOIPA Request No. 1157021-000. | 381 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1157021-000. | 382 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1157021-000. | 383 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1157021-000. | 384 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1157021-000. | 385 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1157021-000. | 386 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1157021-000. | 387 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1157021-000. | 388 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1157021-000. | 389 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1157021-000. | 390 | | | X | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1157021-000 (Appeal 1). | 391 | | | | | | | | X | | | | X |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Status Tab of FOIPA Request No. 1157021-000 (Appeal 1). | 392 | | | | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1157021-000 (Appeal 1). | 393 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1157021-000 (Appeal 1). | 394 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1157021-000 (Appeal 1). | 395 | | | | | | | | | | | X | |
| The Case Files Tab of FOIPA Request No. 1157021-000 (Appeal 1). | 396 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1157021-000 (Appeal 1). | 397 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1157021-000 (Appeal 1). | 398 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1157021-000 (Appeal 1). | 399 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1157021-000 (Appeal 1). | 400 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1157021-000 (Appeal 1). | 401 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1157021-000 (Appeal 1). | 402 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1157021-000 (Appeal 1). | 403 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1157021-000 (Appeal 1). | 404 | | | | | | | | | | | X | |
| The Case History Tab of FOIPA Request No. 1157021-000 (Appeal 1). | 405 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1157021-000 (Appeal 2). | 406 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1157021-000 (Appeal 2). | 407 | | | | | | | | X | | | | X |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Expedite Tab of FOIPA Request No. 1157021-000 (Appeal 2). | 408 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1157021-000 (Appeal 2). | 409 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1157021-000 (Appeal 2). | 410 | | | | | | | | | | | X | |
| The Case Files Tab of FOIPA Request No. 1157021-000 (Appeal 2). | 411 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1157021-000 (Appeal 2). | 412 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1157021-000 (Appeal 2). | 413 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1157021-000 (Appeal 2). | 414 | | | | | | | | | X | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1157021-000 (Appeal 2). | 415 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1157021-000 (Appeal 2). | 416 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1157021-000 (Appeal 2). | 417 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1157021-000 (Appeal 2). | 418 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1157021-000 (Appeal 2). | 419 | | | | | | | | | | | X | |
| The Case History Tab of FOIPA Request No. 1157021-000 (Appeal 2). | 420 | | | | | | | | | X | | | X |
| The Case Summary Tab of FOIPA Request No. 1157021-001 (Appeal). | 421 | | | | | | | | | X | | | X |
| The Status Tab of FOIPA Request No. 1157021-001 (Appeal). | 422 | | | | | | | | | X | | | X |
| The Expedite Tab of FOIPA Request No. 1157021-001 (Appeal). | 423 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Fee Waiver Tab of FOIPA Request No. 1157021-001 (Appeal). | 424 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1157021-001 (Appeal). | 425 | | | | | | | | | | | X | |
| The Case Files Tab of FOIPA Request No. 1157021-001 (Appeal). | 426 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1157021-001 (Appeal). | 427 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1157021-001 (Appeal). | 428 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1157021-001 (Appeal). | 429 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1157021-001 (Appeal). | 430 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1157021-001 (Appeal). | 431 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1157021-001 (Appeal). | 432 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1157021-001 (Appeal). | 433 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1157021-001 (Appeal). | 434 | | | | | | | | | | | X | |
| The Case History Tab of FOIPA Request No. 1157021-001 (Appeal). | 435 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1157021-001. | 436 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1157021-001. | 437 | | | X | | X | | X | | | | | X |
| The Expedite Tab of FOIPA Request No. 1157021-001. | 438 | | | X | | | | | | | | | X |
| The Fee Waiver Tab of FOIPA Request No. 1157021-001. | 439 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1157021-001. | 440 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Case Files Tab of FOIPA Request No. 1157021-001. | 441 | | X | | | X | | | | X | X | | X |
| The OGA Case Files Tab of FOIPA Request No. 1157021-001. | 442 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1157021-001. | 443 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1157021-001. | 444 | | X | X | | | | | X | X | X | | X |
| The OGA Coordination Tab of FOIPA Request No. 1157021-001. | 445 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1157021-001. | 446 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1157021-001. | 447 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1157021-001. | 448 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1157021-001. | 449 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1157021-001. | 450 | | | X | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1159897-000. | 451 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No.1159897-000 | 452 | | | X | | X | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1159897-000. | 453 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1159897-000. | 454 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1159897-000. | 455 | X | X | | | | | | | X | X | | X |
| The Case Files Tab of FOIPA Request No. 1159897-000. | 456 | | | | | | | | | X | X | | X |
| The OGA Case Files Tab of FOIPA Request No. 1159897-000. | 457 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1159897-000. | 458 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Work Items Tab of FOIPA Request No. 1159897-000. | 459 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1159897-000. | 460 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1159897-000. | 461 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1159897-000. | 462 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1159897-000. | 463 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1159897-000. | 464 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1159897-000. | 465 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1159897-000 (Appeal). | 466 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1159897-000 (Appeal). | 467 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1159897-000 (Appeal). | 468 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1159897-000 (Appeal). | 469 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1159897-000 (Appeal). | 470 | | | | | | | | | | | X | |
| The Case Files Tab of FOIPA Request No. 1159897-000 (Appeal). | 471 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1159897-000 (Appeal). | 472 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1159897-000 (Appeal). | 473 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1159897-000 (Appeal). | 474 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1159897-000 (Appeal). | 475 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Ready Work Items Tab of FOIPA Request No. 1159897-000 (Appeal). | 476 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1159897-000 (Appeal). | 477 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1159897-000 (Appeal). | 478 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1159897-000 (Appeal). | 479 | | | | | | | | | | | X | |
| The Case History Tab of FOIPA Request No. 1159897-000 (Appeal). | 480 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1159897-001. | 481 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No.1159897-001 | 482 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1159897-001. | 483 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1159897-001. | 484 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1159897-001. | 485 | | | | | | | | | | | X | |
| The Case Files Tab of FOIPA Request No. 1159897-001. | 486 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1159897-001. | 487 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1159897-001. | 488 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1159897-001. | 489 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1159897-001. | 490 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1159897-001. | 491 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1159897-001. | 492 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The OGA Releases Tab of FOIPA Request No. 1159897-001. | 493 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1159897-001. | 494 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1159897-001. | 495 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1159897-002. | 496 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No.1159897-002 | 497 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1159897-002. | 498 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1159897-002. | 499 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1159897-002. | 500 | X | | | | | | | | X | X | | X |
| The Case Files Tab of FOIPA Request No. 1159897-002. | 501 | X | | | | | | | | X | X | | X |
| The OGA Case Files Tab of FOIPA Request No. 1159897-002. | 502 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1159897-002. | 503 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1159897-002. | 504 | X | | | | | | | X | X | X | | X |
| The OGA Coordination Tab of FOIPA Request No. 1159897-002. | 505 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1159897-002. | 506 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1159897-002. | 507 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1159897-002. | 508 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1159897-002. | 509 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1159897-002. | 510 | | | X | | | | | X | | | | X |

29

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Case Summary Tab of FOIPA Request No. 1160815-000. | 511 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No.1160815-000 | 512 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1160815-000. | 513 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1160815-000. | 514 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1160815-000. | 515 | | | X | | | | | X | | | | X |
| The Case Files Tab of FOIPA Request No. 1160815-000. | 516 | | | | | | | | X | | | | X |
| The OGA Case Files Tab of FOIPA Request No. 1160815-000. | 517 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1160815-000. | 518 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1160815-000. | 519 | | | | | | | | | | | X | |
| The OGA Coordination Tab of FOIPA Request No. 1160815-000. | 520 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1160815-000. | 521 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1160815-000. | 522 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1160815-000. | 523 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1160815-000. | 524 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1160815-000. | 525 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1161231-000. | 526 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No.1161231-000. | 527 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1161231-000. | 528 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Fee Waiver Tab of FOIPA Request No. 1161231-000. | 529 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1161231-000. | 530 | | | | | | | X | | | | | X |
| The Case Files Tab of FOIPA Request No. 1161231-000. | 531 | | | | | | | X | | | | | X |
| The OGA Case Files Tab of FOIPA Request No. 1161231-000. | 532 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1161231-000. | 533 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1161231-000. | 534 | | | | | | | | | | | X | |
| The OGA Coordination Tab of FOIPA Request No. 1161231-000. | 535 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1161231-000. | 536 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1161231-000. | 537 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1161231-000. | 538 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1161231-000. | 539 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1161231-000. | 540 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1164662-000. | 541 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No.1164662-000 | 542 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1164662-000. | 543 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1164662-000. | 544 | | | X | | | | | | | | | X |
| The Case Searches Tab of FOIPA Request No. 1164662-000. | 545 | X | | X | | | | X | | X | | | X |
| The Case Files Tab of FOIPA Request No. 1164662-000. | 546 | X | | X | | | | X | | X | | | X |

31

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The OGA Case Files Tab of FOIPA Request No. 1164662-000. | 547 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1164662-000. | 548 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1164662-000. | 549 | | | X | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1164662-000. | 550 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1164662-000. | 551 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1164662-000. | 552 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1164662-000. | 553 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1164662-000. | 554 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1164662-000. | 555 | | | X | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1164662-000. | 556 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No.1164662-000 | 557 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1164662-000. | 558 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1164662-000. | 559 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1164662-000. | 560 | | | | | | | | | | | X | |
| The Case Files Tab of FOIPA Request No. 1164662-000. | 561 | X | | X | | | | | | X | | | X |
| The OGA Case Files Tab of FOIPA Request No. 1164662-000. | 562 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1164662-000. | 563 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1164662-000. | 564 | | | | | | | | X | | | | X |

32

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The OGA Coordination Tab of FOIPA Request No. 1164662-000. | 565 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1164662-000. | 566 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1164662-000. | 567 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1164662-000. | 568 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1164662-000. | 569 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1164662-000. | 570 | | | X | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1164662-001. | 571 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No.1164662-001 | 572 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1164662-001. | 573 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1164662-001. | 574 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1164662-001. | 575 | X | | X | | | | X | | X | | | X |
| The Case Files Tab of FOIPA Request No. 1164662-001. | 576 | X | | X | | | | | | X | | | X |
| The OGA Case Files Tab of FOIPA Request No. 1164662-001. | 577 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1164662-001. | 578 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1164662-001. | 579 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1164662-001. | 580 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1164662-001. | 581 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1164662-001. | 582 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The OGA Releases Tab of FOIPA Request No. 1164662-001. | 583 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1164662-001. | 584 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1164662-001. | 585 | | | X | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1164662-002. | 586 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No.1164662-002 | 587 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1164662-002. | 588 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1164662-002. | 589 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1164662-002. | 590 | | | | | | | | | | | X | |
| The Case Files Tab of FOIPA Request No. 1164662-002. | 591 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1164662-002. | 592 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1164662-002. | 593 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1164662-002. | 594 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1164662-002. | 595 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1164662-002. | 596 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1164662-002. | 597 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1164662-002. | 598 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1164662-002. | 599 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1164662-002. | 600 | | | X | | | | | X | | | | X |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Case Summary Tab of FOIPA Request No. 1165550-000. | 601 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No.1165550-000 | 602 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1165550-000. | 603 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1165550-000. | 604 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1165550-000. | 605 | | | X | | | | | | | | | X |
| The Case Files Tab of FOIPA Request No. 1165550-000. | 606 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1165550-000. | 607 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1165550-000. | 608 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1165550-000. | 609 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1165550-000. | 610 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1165550-000. | 611 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1165550-000. | 612 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1165550-000. | 613 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1165550-000. | 614 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1165550-000. | 615 | | | X | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1167292-000. | 616 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No.1167292-000 | 617 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1167292-000. | 618 | | | | | | | | | | | X | |

35

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Fee Waiver Tab of FOIPA Request No. 1167292-000. | 619 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1167292-000. | 620 | | | | | | | X | | | | | X |
| The Case Files Tab of FOIPA Request No. 1167292-000. | 621 | | | | | | | X | | | | | X |
| The OGA Case Files Tab of FOIPA Request No. 1167292-000. | 622 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1167292-000. | 623 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1167292-000. | 624 | | | | | | | X | | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1167292-000. | 625 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1167292-000. | 626 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1167292-000. | 627 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1167292-000. | 628 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1167292-000. | 629 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1167292-000. | 630 | | | | | | | X | | | | | X |
| The Case Summary Tab of FOIPA Request No. 1167292-001. | 631 | | | | | | | X | | | | | X |
| The Status Tab of FOIPA Request No.1167292-001. | 632 | | | X | | | | X | | | | | X |
| The Expedite Tab of FOIPA Request No. 1167292-001. | 633 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1167292-001. | 634 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1167292-001. | 635 | | | | | | | | X | | | | X |
| The Case Files Tab of FOIPA Request No. 1167292-001. | 636 | | | | | | | | X | | | | X |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The OGA Case Files Tab of FOIPA Request No. 1167292-001. | 637 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1167292-001. | 638 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1167292-001. | 639 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1167292-001. | 640 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1167292-001. | 641 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1167292-001. | 642 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1167292-001. | 643 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1167292-001. | 644 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1167292-001. | 645 | | | X | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1169304-000. | 646 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No.1169304-000. | 647 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1169304-000. | 648 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1169304-000. | 649 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1169304-000. | 650 | | | X | | | | | X | | | | X |
| The Case Files Tab of FOIPA Request No. 1169304-000. | 651 | | | | | | | | X | | | | X |
| The OGA Case Files Tab of FOIPA Request No. 1169304-000. | 652 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1169304-000. | 653 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1169304-000. | 654 | | | | | | | | X | | | | X |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The OGA Coordination Tab of FOIPA Request No. 1169304-000. | 655 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1169304-000. | 656 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1169304-000. | 657 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1169304-000. | 658 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1169304-000. | 659 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1169304-000. | 660 | | | X | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1169304-001. | 661 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No.1169304-001. | 662 | | | X | | | X | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1169304-001. | 663 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1169304-001 | 664 | | | X | | | | | | | | | X |
| The Case Searches Tab of FOIPA Request No. 1169304-001. | 665 | | | | | | | | | | | X | |
| The Case Files Tab of FOIPA Request No. 1169304-001. | 666 | | | | | | | | | X | | | X |
| The OGA Case Files Tab of FOIPA Request No. 1169304-001. | 667 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1169304-001. | 668 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1169304-001. | 669 | | | | | | | | X | X | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1169304-001. | 670 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1169304-001. | 671 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1169304-001. | 672 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The OGA Releases Tab of FOIPA Request No. 1169304-001. | 673 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1169304-001. | 674 | | | | | | | | X | | | | X |
| The Case History Tab of FOIPA Request No. 1169304-001. | 675 | | | X | | | | | X | X | | | X |
| The Case Summary Tab of FOIPA Request No. 1169304-001 (Appeal). | 676 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No.1169304-001 (Appeal). | 677 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1169304-001 (Appeal). | 678 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1169304-001 (Appeal). | 679 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1169304-001 (Appeal). | 680 | | | | | | | | | | | X | |
| The Case Files Tab of FOIPA Request No. 1169304-001 (Appeal). | 681 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1169304-001 (Appeal). | 682 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1169304-001 (Appeal). | 683 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1169304-001 (Appeal). | 684 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1169304-001 (Appeal). | 685 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1169304-001 (Appeal). | 686 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1169304-001 (Appeal). | 687 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1169304-001 (Appeal). | 688 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Case Fees Tab of FOIPA Request No. 1169304-001 (Appeal). | 689 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1169304-001 (Appeal). | 690 | | | X | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1171404-000. | 691 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No.1171404-000. | 692 | | | X | | | X | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1171404-000. | 693 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1171404-000. | 694 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1171404-000. | 695 | | | | | | | | X | | | | X |
| The Case Files Tab of FOIPA Request No. 1171404-000. | 696 | | | | | | | | X | | | | X |
| The OGA Case Files Tab of FOIPA Request No. 1171404-000. | 697 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1171404-000. | 698 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1171404-000. | 699 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1171404-000. | 700 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1171404-000. | 701 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1171404-000. | 702 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1171404-000. | 703 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1171404-000. | 704 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1171404-000. | 705 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1171404-000 (Appeal). | 706 | | | | | | | | X | | | | X |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Status Tab of FOIPA Request No.1171404-000 (Appeal). | 707 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1171404-000 (Appeal). | 708 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1171404-000 (Appeal). | 709 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1171404-000 (Appeal). | 710 | | | | | | | | | | | X | |
| The Case Files Tab of FOIPA Request No. 1171404-000 (Appeal). | 711 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1171404-000 (Appeal). | 712 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1171404-000 (Appeal). | 713 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1171404-000 (Appeal). | 714 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1171404-000 (Appeal). | 715 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1171404-000 (Appeal). | 716 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1171404-000 (Appeal). | 717 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1171404-000 (Appeal). | 718 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1171404-000 (Appeal). | 719 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1171404-000 (Appeal). | 720 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1171404-001. | 721 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No.1171404-001. | 722 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1171404-001. | 723 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Fee Waiver Tab of FOIPA Request No. 1171404-001. | 724 | | | X | | | | | | | | | X |
| The Case Searches Tab of FOIPA Request No. 1171404-001. | 725 | X | | | | | | | | X | | | X |
| The Case Files Tab of FOIPA Request No. 1171404-001. | 726 | X | | | | | | | | X | | | X |
| The OGA Case Files Tab of FOIPA Request No. 1171404-001. | 727 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1171404-001. | 728 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1171404-001. | 729 | X | | | | | | | X | X | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1171404-001. | 730 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1171404-001. | 731 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1171404-001. | 732 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1171404-001. | 733 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1171404-001. | 734 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1171404-001. | 735 | X | | X | | | | | X | X | | | X |
| The Case Summary Tab of FOIPA Request No. 1173579-000. | 736 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1173579-000. | 737 | | | X | | | X | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1173579-000. | 738 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1173579-000. | 739 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1173579-000. | 740 | | | X | | | | | X | | | | X |
| The Case Files Tab of FOIPA Request No. 1173579-000. | 741 | | | | | | | | X | | | | X |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The OGA Case Files Tab of FOIPA Request No. 1173579-000. | 742 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1173579-000. | 743 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1173579-000. | 744 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1173579-000. | 745 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1173579-000. | 746 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1173579-000. | 747 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1173579-000. | 748 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1173579-000. | 749 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1173579-000. | 750 | | | X | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1173579-000 (Appeal). | 751 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1173579-000 (Appeal). | 752 | | | X | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1173579-000 (Appeal). | 753 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1173579-000 (Appeal). | 754 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1173579-000 (Appeal). | 755 | | | | | | | | X | | | | X |
| The Case Files Tab of FOIPA Request No. 1173579-000 (Appeal). | 756 | | | | | | | | X | | | | X |
| The OGA Case Files Tab of FOIPA Request No. 1173579-000 (Appeal). | 757 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1173579-000 (Appeal). | 758 | | | | | | | | | | | X | |

| Document Description | Bates | b31 | 7A1 | 6/7C1 | 6/7C2 | 6/7C4 | 6/7C5 | 7D1 | 7E3 | 7E4 | 7E7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Ready Work Items Tab of FOIPA Request No. 1173579-001. | 776 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1173579-001. | 777 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1173579-001. | 778 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1173579-001. | 779 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1173579-001. | 780 | | | X | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1173580-000. | 781 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1173580-000. | 782 | | | X | | | X | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1173580-000. | 783 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1173580-000. | 784 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1173580-000. | 785 | | | X | | | | | X | | | | X |
| The Case Files Tab of FOIPA Request No. 1173580-000. | 786 | | | | | | | | X | | | | X |
| The OGA Case Files Tab of FOIPA Request No. 1173580-000. | 787 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1173580-000. | 788 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1173580-000. | 789 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1173580-000. | 790 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1173580-000. | 791 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1173580-000. | 792 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1173580-000.. | 793 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Case Fees Tab of FOIPA Request No. 1173580-000. | 794 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1173580-000. | 795 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1173580-000 (Appeal). | 796 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No.1173580-000 (Appeal). | 797 | | | | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1173580-000 (Appeal). | 798 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1173580-000 (Appeal). | 799 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1173580-000 (Appeal). | 800 | | | | | | | | X | | | | X |
| The Case Files Tab of FOIPA Request No. 1173580-000 (Appeal). | 801 | | | | | | | | X | | | | X |
| The OGA Case Files Tab of FOIPA Request No. 1173580-000 (Appeal). | 802 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1173580-000 (Appeal). | 803 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1173580-000 (Appeal). | 804 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1173580-000 (Appeal). | 805 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1173580-000 (Appeal). | 806 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1173580-000 (Appeal). | 807 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1173580-000 (Appeal). | 808 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1173580-000 (Appeal). | 809 | | | | | | | | | | | X | |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Case History Tab of FOIPA Request No. 1173580-000 (Appeal). | 810 | | | | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1173580-001. | 811 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No. 1173580-001. | 812 | | | X | | | X | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1173580-001. | 813 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1173580-001. | 814 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1173580-001. | 815 | | | | | | | | | | | X | |
| The Case Files Tab of FOIPA Request No. 1173580-001. | 816 | | | | | | | | | | | X | |
| The OGA Case Files Tab of FOIPA Request No. 1173580-001. | 817 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1173580-001. | 818 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1173580-001. | 819 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1173580-001. | 820 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1173580-001. | 821 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1173580-001. | 822 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1173580-001. | 823 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1173580-001. | 824 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1173580-001. | 825 | | | X | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1178613-000. | 826 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No.1178613-000. | 827 | | | X | | | X | | X | | | | X |

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Expedite Tab of FOIPA Request No. 1178613-000. | 828 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1178613-000. | 829 | | | | | | | | | | | X | |
| The Case Searches Tab of FOIPA Request No. 1178613-000. | 830 | | | | | | | | X | | | | X |
| The Case Files Tab of FOIPA Request No. 1178613-000. | 831 | | | | | | | | X | | | | X |
| The OGA Case Files Tab of FOIPA Request No. 1178613-000. | 832 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1178613-000. | 833 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1178613-000. | 834 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1178613-000. | 835 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1178613-000. | 836 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1178613-000. | 837 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1178613-000. | 838 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1178613-000. | 839 | | | X | | | | | | | | | X |
| The Case History Tab of FOIPA Request No. 1178613-000. | 840 | | | X | | | | | X | | | | X |
| The Case Summary Tab of FOIPA Request No. 1178613-000 (Appeal). | 841 | | | | | | | | X | | | | X |
| The Status Tab of FOIPA Request No.1178613-000 (Appeal). | 842 | | | | | | | | X | | | | X |
| The Expedite Tab of FOIPA Request No. 1178613-000 (Appeal). | 843 | | | | | | | | | | | X | |
| The Fee Waiver Tab of FOIPA Request No. 1178613-000 (Appeal). | 844 | | | | | | | | | | | X | |

48

| Document Description | Bates | b3 1 | 7A 1 | 6/7C 1 | 6/7C 2 | 6/7C 4 | 6/7C 5 | 7D 1 | 7E 3 | 7E 4 | 7E 7 | RIF | RIP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| The Case Searches Tab of FOIPA Request No. 1178613-000 (Appeal). | 845 | | | | | | | | X | | | | X |
| The Case Files Tab of FOIPA Request No. 1178613-000 (Appeal). | 846 | | | | | | | | X | | | | X |
| The OGA Case Files Tab of FOIPA Request No. 1178613-000 (Appeal). | 847 | | | | | | | | | | | X | |
| The Documents Tab of FOIPA Request No. 1178613-000 (Appeal). | 848 | | | | | | | | | | | X | |
| The Work Items Tab of FOIPA Request No. 1178613-000 (Appeal). | 849 | | | | | | | | X | | | | X |
| The OGA Coordination Tab of FOIPA Request No. 1178613-000 (Appeal). | 850 | | | | | | | | | | | X | |
| The Ready Work Items Tab of FOIPA Request No. 1178613-000 (Appeal). | 851 | | | | | | | | | | | X | |
| The Requester Releases Tab of FOIPA Request No. 1178613-000 (Appeal). | 852 | | | | | | | | | | | X | |
| The OGA Releases Tab of FOIPA Request No. 1178613-000 (Appeal). | 853 | | | | | | | | | | | X | |
| The Case Fees Tab of FOIPA Request No. 1178613-000 (Appeal). | 854 | | | | | | | | | | | X | |
| The Case History Tab of FOIPA Request No. 1178613-000 (Appeal). | 855 | | | | | | | | X | | | | X |