UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO, *et al.* ) | |
| ) | |
| Plaintiffs ) | |
| ) | Civil Action No. 13-0555 (RDM) |
| v. ) | (ECF) |
| ) | |
| DEPARTMENT OF JUSTICE ) | |
| ) | |
| Defendant. ) | |

**MOTION TO ENLARGE TIME TO FILE DEFENDANT'S SUPPLEMENTAL BRIEF**

Pursuant to Federal Rule of Civil Procedure ("Rule") 6(b)(1)(A), the Department of Justice ("Defendant" or "FBI"), by and through the undersigned counsel, respectfully moves for an enlargement of time until January 12, 2024, to file Defendant's Supplemental Brief. In support hereof, Defendant states the following good cause:

1. By Minute Order entered on December 4, 2023, because the Court "conclude[d] that supplemental briefing on the question of whether the entries in the FDPS constitute 'records' subject to FOIA is appropriate," it "order[ed] that the Government shall file its brief on this question on or before Dec. 18, 2023." *See* Min. Ord. This is Defendant's first request for an enlargement of time of this deadline.

2. The FBI does not seek this enlargement lightly or to unduly delay a final resolution of this long-running litigation. The undersigned respectfully requests this enlargement because he has accrued use or lose leave (from lack of use during the year due to increased caseload) and is on leave starting this Friday until the end of the year.

1

3.      Although the undersigned had begun and attempted to file Defendant's brief by this Friday, it is not realistic given the undersigned's other litigation obligations, which include two other summary judgment briefs due tomorrow in another FOIA case and the other in a Title VII case.  It would also not have been realistic given the required reviews and reviewers' schedules.

4.      The requested enlargement would enable the undersigned to complete Defendant's supplemental brief and enable review by both the FBI's lawyers and the Civil Division's supervisory staff.

5.      Pursuant to LCvR 7(m), much earlier in the week, the undersigned conferred with Plaintiffs' Counsel who indicated that they would oppose this motion based on an agreed briefing schedule.

WHEREFORE, Defendant respectfully requests that this motion be granted.   A proposed order is attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

December 14, 2023                                       Respectfully submitted,

                                                        MATTHEW M. GRAVES, D.C. Bar #481052
                                                        United States Attorney

                                                        BRIAN P. HUDAK
                                                        Chief, Civil Division

                                                        By:        /s/
                                                        KENNETH ADEBONOJO
                                                        Assistant United States Attorney
                                                        United States Attorney's Office – Civil Division
                                                        601 D Street, NW
                                                        Washington, D.C.  20530
                                                        Telephone: (202) 252-2562

                                                        *Counsel for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO, *et al.* ) | |
| ) | |
| Plaintiffs ) | |
| ) | Civil Action No. 13-0555 (RDM) |
| v. ) | (ECF) |
| ) | |
| DEPARTMENT OF JUSTICE ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**UPON CONSIDERATION** of Defendant's Motion to Enlarge Time, it is hereby

**ORDERED** that Defendant's Motion is hereby GRANTED, and

**ORDERED** that Defendant's supplement brief is due no later than January 10, 2024; Plaintiffs' Opposition is due no later than January 31, 2024, and Defendant's Reply is due on February 7, 2024.

_____                                    _____
DATE                                              HONORABLE RANDOLPH M. MOSS
                                                  UNITED STATES DISTRICT JUDGE

3