UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO, *et al.*  )<br>)<br>Plaintiffs  )<br>)<br>v.  )<br>)<br>DEPARTMENT OF JUSTICE,  )<br>)<br>Defendant.  )<br>) | Civil Action No. 13-0555 (RDM)<br>(ECF) |

**NOTICE OF CORRECTION TO DEFENDANT'S MOTION TO
ENLARGE TIME TO FILE A SUPPLEMENTAL BRIEF**

The Department of Justice ("Defendant") respectfully submits this Notice of Correction of Defendant's Motion to Enlarge Time to File a Supplemental Brief. The undersigned inadvertently misstated that Plaintiffs "oppose" Defendant's motion. Actually, Plaintiffs consent to the relief sought therein. *See* ECF No. 206. The undersigned regrets the error.

December 14, 2023                                     Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      /s/
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office – Civil Division
601 D Street, NW
Washington, D.C.  20530
Telephone: (202) 252-2562

*Counsel for the United States of America*