UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RYAN NOAH SHAPIRO**, *et al.*, | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Civil Action No. 13-0555 (RDM) |
| **U.S. DEPARTMENT OF JUSTICE,** | ) ) ) | |
| Defendant. | ) ) | |

## PLAINTIFFS' CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE JOINT STATUS REPORT

The Court's August 1, 2024 Order directed the parties to file "a joint status report on or before August 9, 2024, proposing a schedule for the processing of the additional materials and describing any further steps that are needed to bring this long-running case to a close." Plaintiffs respectfully request an extension of time of one week, until August 16, 2024, so that the parties may continue to confer on next steps. Defendant consents to the relief requested in this motion.

Respectfully submitted,

/s/ Jeffrey L. Light
Jeffrey L. Light, Esq.
D.C. Bar #485360
1712 Eye Street, NW
Suite 915
Washington, DC  20006
202-277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.

                                                D.C. Bar #984704  
                                                National Security Counselors  
                                                4702 Levada Terrace  
                                                Rockville, MD  20853  
                                                301-728-5908  
                                                240-681-2189 fax  
                                                Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*