**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **RYAN NOAH SHAPIRO,** *et al.*, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No. 13-0555 (RDM) |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Plaintiffs' Consent Motion for an Extension of Time to File Joint Status Report, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that the parties shall file a joint status report on or before August 16, 2024, proposing a schedule for the processing of the additional materials and describing any further steps that are needed to bring this case to a close.

_____
Hon. Randolph D. Moss
U.S. District Judge