UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RYAN NOAH SHAPIRO**, *et al*. | ) ) ) | |
| **Plaintiffs** | ) ) | Civil Action No. 13-0555 (RDM) |
| v. | ) ) | (ECF) |
| **DEPARTMENT OF JUSTICE** | ) ) ) | |
| **Defendant.** | ) ) ) | |

## ERRATA

The Joint Status Report filed today contained the notation "/draft/" for Defendant's signature. This was inadvertent, as it is final and not a draft. Defendant authorized Plaintiffs to file the Joint Status Report as a joint filing.

/s/ Jeffrey L. Light
Jeffrey L. Light, Esq.
D.C. Bar #485360
1629 K Street, NW
Suite 300
Washington, DC   20006
202-277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD   20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*