UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RYAN NOAH SHAPIRO, *et al.* | ) | |
| Plaintiffs | ) | |
| v. | ) | Civ. A. No. 13-0555 (RDM) |
| DEPARTMENT OF JUSTICE | ) | |
| Defendant. | ) | |

**MOTION TO ENLARGE TIME TO THE PARTIES' JOINT STATUS REPORT**

Pursuant to Federal Rule of Civil Procedure ("Rule") 6(b)(1)(A), the Department of Justice ("Defendant" or "FBI"), by and through the undersigned counsel, respectfully moves for an enlargement of time until September 10, 2024, to file the parties' Joint Status Report. In support hereof, Defendant states the following good cause:

1. Following the Court's ruling on FDPS records, it "ordered that the parties [to] submit a further joint status report on or before September 3, 2024, proposing a joint schedule for the production of the remaining records [and] the parties shall appear for a status conference on September 18, 2024." Minute Order entered on Aug. 20, 2024.

2. Currently, the parties Joint Status Report is due next Tuesday. The parties have been discussing different options for the release of records covered by the Court's recent rulings, but need additional time to conclude their discussions. The additional week requested will not impact that status conference currently scheduled for September 18, 2024.

3. Pursuant to LCvR 7(m), the undersigned conferred with Opposing Counsel who graciously consented to this request.

1

WHEREFORE, Defendant respectfully requests that this motion be granted. A proposed order is attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

August 30, 2024                                            Respectfully submitted,

                                                MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      /s/
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, D.C.  20530
Telephone: (202) 252-2562

*Counsel for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RYAN NOAH SHAPIRO, *et al.* ) | |
| Plaintiffs ) | |
| ) | Civil Action No. 13-0555 (RDM) |
| v. ) | (ECF) |
| DEPARTMENT OF JUSTICE ) | |
| Defendant. ) | |

## **ORDER**

**UPON CONSIDERATION** of Defendant's Motion to Enlarge Time, it is hereby

**ORDERED** that Defendant's Motion is hereby GRANTED, and

**ORDERED** that that the parties shall file a Joint Status Report no later than September 10, 2024.

_____  _____
DATE     HONORABLE RANDOLPH M. MOSS
         UNITED STATES DISTRICT JUDGE

3