UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RYAN NOAH SHAPIRO**, *et al*.  )<br> ) <br>    **Plaintiffs**   )<br> )<br>    **v.**    )<br> )<br>**DEPARTMENT OF JUSTICE**    )<br> )<br>    **Defendant.**   )<br>_____) | Civil Action No. 13-0555 (RDM) (ECF) |

## JOINT STATUS REPORT

Pursuant to this Court's Order of August 20, 2024, the parties submit this Joint Status Report to provide an update regarding a schedule for processing the remaining information contained within the FBI's Freedom of Information and Privacy Act Document Processing System ("FDPS") for the remaining FOIA requests at issue in this litigation.

The parties sent each other proposals to consider in regards to a processing schedule. The parties have agreed to the following:

- The FBI will begin the process of de-duplication of email records, to be finished within 60 days (November 9, 2024).
- The FBI will continue the process of creating screenshot images for FDPS records.
- The FBI's first production of FDPS screenshots will be due to Plaintiffs in 45 days (October 25, 2024), and will consist of 500 pages reviewed.
- The FBI's next production of email records will be due to Plaintiffs in 30 days after completion of the de-duplication process (December 9, 2024), and will consist of 500 pages reviewed.

Accordingly, the parties request that this Court vacate the hearing currently scheduled for September 18, 2024. The parties further propose that they file a Joint Status Report on or before January 17, 2025, advising the Court of any remaining issues and, if appropriate, proposing a briefing schedule for any remaining issues.

September 10, 2024						MATTHEW M. GRAVES, D.C. Bar #481052
								United States Attorney

								BRIAN P. HUDAK
								Chief, Civil Division

								By:        /s/
								KENNETH ADEBONOJO
								Assistant United States Attorney
								Judiciary Center Building
								601 D Street, N.W. B Civil Division
								Washington, D.C.   20530
								Telephone: (202) 252-2562

								*Counsel for Defendant*



								/s/ Jeffrey L. Light
								Jeffrey L. Light, Esq.
								D.C. Bar #485360
								1629 K Street, NW
								Suite 300
								Washington, DC   20006
								202-277-6213
								Jeffrey@LawOfficeOfJeffreyLight.com

								 /s/ Kelly B. McClanahan
								Kelly B. McClanahan, Esq.
								D.C. Bar #984704
								National Security Counselors
								4702 Levada Terrace
								Rockville, MD   20853
								301-728-5908
								240-681-2189 fax
								Kel@NationalSecurityLaw.org

								*Counsel for Plaintiffs*