UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RYAN NOAH SHAPIRO**, *et al*.  )<br>  )<br>  Plaintiffs  )<br>  )<br>  v.  )<br>  )<br>**DEPARTMENT OF JUSTICE**  )<br>  )<br>  Defendant.  )<br>  ) | Civil Action No. 13-0555 (RDM) (ECF) |

## JOINT STATUS REPORT

Pursuant to this Court's Order of September 11, 2024, the parties submit this Joint Status Report to provide an update regarding the processing of the remaining information at issue in this litigation: email communications (*see* August 8, 2023 Order) and screenshots from the Freedom of Information and Privacy Act Document Processing System ("FDPS") for the remaining FOIA requests (*see* August 1, 2024 Order).

Pursuant to the parties' agreement in the September 10, 2024 status report, Defendant completed the process of de-duplication of email records in November 2024. Prior to de-duplication, there were approximately 19,000 pages of email communications records pending processing. After completing the de-duplication process, there were approximately 9,700 pages of email communications records. In accordance with the agreement in the parties' September 10, 2024 status report, the Defendant made its next production of email records to Plaintiffs on December 9, 2024, which consisted of 500 pages reviewed. Defendant will continue to provide monthly interim releases until processing is complete.

Additionally, the Defendant has completed the process of creating screenshot images for

FDPS records. In accordance with the agreement in the parties' September 10, 2024 status report, the Defendant made its first production of FDPS screenshots to Plaintiffs on October 25, 2024, which consisted of 500 pages reviewed. Defendant will continue to provide monthly interim releases until processing is complete.

To date, the Defendant has made the following productions:

*Email Communications*

| Release # | Date | Bates Page # | Exemptions Applied | Reviewed pages | Released pages | Pages Withheld in Full / Removed for Consult / Duplicate[1] |
|---|---|---|---|---|---|---|
| 1 | 7/31/2024 | 6175-6679 | b5; b6; b7C; b7E | 505 | 110 | 395 |
| 2 | 8/30/2024 | 6680-7180 | b3; (50 USC 3024); b5; b6; b7C; b7D; b7E | 501 | 138 | 363 |
| 3 | 12/9/2024 | 7181-7682 | b3; (50 USC 3024); b5; b6; b7A; b7C; b7D; b7E | 502 | 279 | 223 |
| 4 | 1/8/2025 | 7683-8182 | b3; (50 USC 3024); b5; b6; b7A; b7C; b7D; b7E | 500 | 253 | 247 |

*FDPS Screenshots*

| Release # | Date | Bates Page # | Exemptions Applied | Reviewed pages | Released pages | Pages Withheld in Full |
|---|---|---|---|---|---|---|
| 1 | 10/25/2024 | 1-500 | b6; b7C; b7E | 500 | 500 | 0 |
| 2 | 11/25/2024 | 501-1000 | b6; b7C; b7E | 500 | 500 | 0 |

---

[1] There are no duplicate pages for the 3rd and 4th interim releases of the Email Communication records, as these releases were made after the de-duplication process was complete.

| 3 | 12/23/2024 | 1001-1500 | b3 (50 USC 3024); b6; b7C; b7E | 500 | 500 | 0 |

There are approximately 8,700 pages of email communications records remaining to be processed. The FBI anticipates that it will make the 5th Interim Release of email communications on or before February 7, 2025.

There are approximately 7,400 pages of FDPS screenshot material remaining to be processed. The FBI anticipates that it will make the 4th Interim Release of FDPS Screenshot material on or before January 24, 2025.

Now that the number of non-duplicative, responsive records has been calculated by the FBI, Plaintiffs believe that the current rate of processing is too slow because it guarantees the case will last for nearly two more years at a minimum. The parties will confer about the rate of processing and provide an update on the status of their discussions in the next Joint Status Report.

Accordingly, the parties propose that they file a Joint Status Report on or before April 17, 2025, advising the Court of the status of processing, and, if appropriate, proposing a briefing schedule for any remaining issues.

January 17, 2025

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:          /s/
KENNETH ADEBONOJO
Assistant United States Attorney

Judiciary Center Building
601 D Street, N.W. B Civil Division
Washington, D.C.   20530
Telephone: (202) 252-2562

*Counsel for Defendant*


/s/ Jeffrey L. Light
Jeffrey L. Light, Esq.
D.C. Bar #485360
1629 K Street, NW
Suite 300
Washington, DC   20006
202-277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counsels
4702 Levada Terrace
Rockville, MD   20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*