UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RYAN NOAH SHAPIRO,** *et al.* | ) ) ) |  |
| **Plaintiffs** | ) ) | **Civil Action No. 13-0555 (RDM)** |
| v. | ) ) |  |
| **DEPARTMENT OF JUSTICE** | ) ) |  |
| **Defendant.** | ) ) |  |

## JOINT STATUS REPORT

Pursuant to this Court's Order of January 21, 2025, Ryan Shapiro, et al. ("Plaintiffs") and the Department of Justice ("Defendant") (collectively, "the parties"), submit this Joint Status Report in this FOIA action to provide an update regarding Defendant's processing rate for emails and FDPS Screenshots. *See* ECF No. 218.

1. Defendant believes its processing and releases are up to date.

2. Previously, the parties had reported that they would be attempting to find common ground regarding Defendant's processing rate. The parties are happy to report that they have resolved this issue on their own.

3. FBI anticipates that, for its email release scheduled for June 9, 2025, it will be able to commence processing at a rate of 1,000 pages a month of emails until completion. As for FDPS screenshots, FBI anticipates that it will process 1,000 pages a month of FDPS screenshots starting with its May 25, 2025 release until completion.

4. FBI anticipates that it will be able to continue at these processing rates until completion of processing of both emails and FDPS screenshots. Accordingly, the parties

propose that the Court permit them to file subsequent Joint Status Reports every ninety days until the processing of emails and screenshots is complete.

WHEREFORE, the parties respectfully request that the Court adopt their foregoing proposal.

April 17, 2025
EDWARD R. MARTIN, JR.
D.C. Bar #481866
United States Attorney

By:      *Kenneth Adebonojo*
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, N.W. – Civil Division
Washington, D.C.   20530
Telephone: (202) 252-2562

*Counsel for Defendant*

/s/ Jeffrey L. Light
Jeffrey L. Light, Esq.
D.C. Bar #485360
1629 K Street, NW
Suite 300
Washington, DC   20006
202-277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD   20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*