UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RYAN NOAH SHAPIRO, *et al.*** ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | **Civil Action No. 13-0555 (RDM)** |
| **v.** ) | |
| ) | |
| **DEPARTMENT OF JUSTICE** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## JOINT STATUS REPORT

Pursuant to this Court's Order of May 18, 2025, Ryan Shapiro, et al. ("Plaintiffs") and the Department of Justice ("Defendant" or "FBI") (collectively, "the parties"), submit this Joint Status Report in this FOIA action to provide an update regarding Defendant's processing rate for emails and FDPS Screenshots.   Previously, the parties reported progress on this front.   *See* ECF No. 219.

1. Defendant believes its processing and releases are up to date.

2. Specifically, as previously reported, for its releases of email records, the FBI has continued processing at a rate of 1,000 pages a month of emails starting with its June 9, 2025 release until completion.   Since the filing of the last status report referenced above, the FBI has provided releases of email records on May 9, 2025, June 9, 2025, and July 9, 2025.

3. The same processing rate has applied to the FDPS screenshots starting with its May 25, 2025 release until completion.    Since the filing of the last status report, the FBI has provided releases of FDPS screenshots on April 25, 2025, May 23, 2025, and June 25, 2025.

1

4.      Thus, to allow the processing to continue apace, the parties jointly request that the

Court permit them to file another Joint Status Report no later than October 17, 2025.

WHEREFORE, the parties respectfully request that the Court adopt their foregoing

proposal.

July 20, 2025                                          JEANINE FERRIS PIRRO
                                                      United States Attorney


                                                      By:_____*Kenneth Adebonojo*_____
                                                      KENNETH ADEBONOJO
                                                      Assistant United States Attorney
                                                      601 D Street, N.W. – Civil Division
                                                      Washington, D.C.   20530
                                                      Telephone: (202) 252-2562

                                                      *Counsel for Defendant*

                                                      /s/ Jeffrey L. Light
                                                      Jeffrey L. Light, Esq.
                                                      D.C. Bar #485360
                                                      1629 K Street, NW
                                                      Suite 300
                                                      Washington, DC   20006
                                                      202-277-6213
                                                      Jeffrey@LawOfficeOfJeffreyLight.com

                                                       /s/ Kelly B. McClanahan
                                                      Kelly B. McClanahan, Esq.
                                                      D.C. Bar #984704
                                                      National Security Counselors
                                                      1451 Rockville Pike Ste. 250
                                                      Rockville, MD    20852
                                                      501-301-4672/240-681-2189 fax
                                                      Kel@NationalSecurityLaw.org

                                                      *Counsel for Plaintiffs*