UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RYAN NOAH SHAPIRO,** *et al.* ) <br> ) <br> **Plaintiffs** ) <br> ) <br> v. ) <br> ) <br> **DEPARTMENT OF JUSTICE** ) <br> ) <br> **Defendant.** ) <br> ) | Civil Action No. 13-0555 (RDM) |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of November 17, 2025, Ryan Shapiro, et al. ("Plaintiffs") and the Department of Justice ("Defendant" or "FBI") (collectively, "the parties"), respectfully submit this Joint Status Report in this action under the Freedom of Information Act ("FOIA"). The parties now jointly state the following to update the Court regarding Defendant's processing of records:

1. Per the aforementioned Minute Order, the Court "ordered [] the parties shall file a further joint status report on or before December 17, 2025, and every 90 days thereafter." Min. Ord. Previously, the parties reported earlier progress on records releases. *See* ECF No. 220.

2. The lapse in executive branch appropriations and ensuing government shutdown adversely affect the FBI's processing and release of records. Nevertheless, since the parties' last Joint Status Report, on September 25, 2025, the FBI released in full all 1000 pages that it had reviewed.

1

3.      Since the restoration of funding and reopening of the government, the FBI released its thirteenth and final interim production of FDPS screenshots on November 25, 2025. The FBI's thirteenth interim production of FDPS emails was mailed on December 9, 2025. The FBI anticipates that its fourteenth release of email records will occur by the end of this month. Subsequent releases of email records will continue at the agreed monthly processing rate.

4.      The FBI will update the Court on processing progress by the time that the parties' next Joint Status Report is due on March 17, 2026.

WHEREFORE, the parties respectfully request that the Court adopt their foregoing proposal.

December 17, 2025
                                        JEANINE FERRIS PIRRO
                                        United States Attorney

                                        By:        *Kenneth Adebonojo*
                                        KENNETH ADEBONOJO
                                        Assistant United States Attorney
                                        601 D Street, N.W. – Civil Division
                                        Washington, D.C.   20530
                                        Telephone: (202) 252-2562

                                        *Counsel for Defendant*

                                        */s/ Jeffrey L. Light*
                                        Jeffrey L. Light, Esq.
                                        D.C. Bar #485360
                                        1629 K Street, NW
                                        Suite 300
                                        Washington, DC   20006
                                        202-277-6213
                                        Jeffrey@LawOfficeOfJeffreyLight.com

                                         */s/ Kelly B. McClanahan*
                                        Kelly B. McClanahan, Esq.
                                        D.C. Bar #984704
                                        National Security Counselors
                                        1451 Rockville Pike Ste. 250

Rockville, MD  20852
501-301-4672/240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*