**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **RYAN NOAH SHAPIRO,** *et al.* | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | **Civil Action No. 13-0555 (RDM)** |
| **v.** | ) | |
| | ) | |
| **DEPARTMENT OF JUSTICE** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's Order of November 17, 2025, Ryan Shapiro, et al. ("Plaintiffs") and the Department of Justice ("Defendant" or "FBI") (collectively, "the parties"), respectfully submit this Joint Status Report in this action under the Freedom of Information Act ("FOIA"). The parties now jointly state the following to update the Court regarding Defendant's processing of records:

1.      Per the aforementioned Minute Order, the Court "ordered [] the parties shall file a further joint status report on or before December 17, 2025, and every 90 days thereafter."   Min. Ord.   Previously, the parties reported earlier progress on records releases.   *See* ECF No. 221.

2.      FBI has completed production of new material and is now working on consultations.   FBI anticipates that it will have the results of the consultation process by the time the parties' next Joint Status Report is due on or about June 19, 2026.

WHEREFORE, the parties respectfully request that the Court adopt their foregoing proposal.

1

March 30, 2026

JEANINE FERRIS PIRRO
United States Attorney


By:        *Kenneth Adebonojo*
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, N.W. – Civil Division
Washington, D.C.    20530
Telephone: (202) 252-2562

*Counsel for Defendant*

*/s/ Jeffrey L. Light*
Jeffrey L. Light, Esq.
D.C. Bar #485360
1629 K Street, NW
Suite 300
Washington, DC    20006
202-277-6213
Jeffrey@LawOfficeOfJeffreyLight.com


 */s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike Ste. 250
Rockville, MD    20852
501-301-4672/240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*