**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **RYAN NOAH SHAPIRO, *et al.*** | ) | |
| **Plaintiffs** | ) | |
| **v.** | ) | **Civil Action No. 13-0555 (RDM)** |
| **DEPARTMENT OF JUSTICE** | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of November 17, 2025, Ryan Shapiro, et al. ("Plaintiffs") and the Department of Justice ("Defendant" or "FBI") (collectively, "the parties"), respectfully submit this Joint Status Report in this action under the Freedom of Information Act ("FOIA"). The parties now jointly state the following:

1. Per the aforementioned Minute Order, the parties' last Joint Status Report was due on September 17, 2026. Due to an inadvertent oversight, the parties missed that deadline, regret it, and respectfully request the Court's understanding.

2. The parties previously reported that they were conferring regarding the status of one of the releases. The FBI has re-sent the release and the parties agree that processing is complete.

3. The only issue that remains outstanding is costs and attorney fees. The parties intend to confer in an attempt to resolve the issue without further litigation. If the parties are unable to resolve the issue between themselves, they will propose a briefing schedule in a future Joint Status Report.

4. Per the Court's September 17, 2025 Minute Order, the parties next Joint Status Report is due on December 17, 2026. The parties propose filing another Joint Status Report updating the Court with the status of their fees settlement discussions.

September 24, 2026

*Kenneth Adebonojo*
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, N.W. – Civil Division
Washington, D.C. 20530
Telephone: (202) 252-2562

*Counsel for Defendant*

*/s/ Jeffrey L. Light*
Jeffrey L. Light, Esq.
D.C. Bar #485360
1629 K Street, NW
Suite 300
Washington, DC 20006
202-277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*/s/ Kelly B. McClanahan*
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike Ste. 250
Rockville, MD 20852
501-301-4672/240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*